IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WEAVER,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>NESTLÉ USA, INC.,<br><br>　　　　　Defendant(s)._____/ | No. C 08-3636 MEJ<br><br>**ORDER STAYING DEADLINE TO FILE RESPONSIVE PLEADING** |

On July 31, 2008, Defendant Nestlé USA filed an Ex Parte Motion to Enlarge Time to Answer or Respond to Complaint. Good cause appearing, the Court STAYS the deadline for Defendant to answer or respond to Plaintiff Joshua Weaver's Complaint until the earlier of: (a) 10 days following this Court's order on Defendant's anticipated motion to transfer; (b) 10 days following this Court's order on Plaintiff's anticipated motion to remand; or (c) if neither party files their anticipated motions within 14 days from the date of this Order, within 21 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: July 31, 2008

　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge