1  Roxann E. Henry (DC Bar No. 231282; *pro hac vice to be submitted*)
   Peter E. Moll (DC Bar No. 351569; *pro hac vice to be submitted*)
2  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
3  Washington, DC  20004
4  Tel.: (202) 383-6503
   Fax: (202) 383-6610
5  Email: henryr@howrey.com
          mollp@howrey.com
6
7  Leigh A. Kirmssé (SBN 161929)
   HOWREY LLP
8  525 Market St., Suite 3600
   San Francisco, CA 94105-2708
9  Telephone : (415) 848-4993
   Facsimile : (415) 848-4999
10 Email: kirmssel@howrey.com

11 Attorneys for Nestlé USA, Inc.

FILED
JUL 30 AM 9:17
RICHARD W. WIEKING
US DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEJ

JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated,

    Plaintiff,

vs.

NESTLÉ USA, INC.

    Defendant.

CV 08 3636

Case No. _____

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13)**

---

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13)
Case No. _____

HOWREY LLP

Defendant Nestlé USA files this Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rule 3-13.

## I. The MDL Proceeding

1. To date, 84 class action cases have been filed nationwide alleging a conspiracy to fix the price of chocolate confectionary products sold in the United States. Among the 84 cases are several purported class actions filed on behalf of California citizens, including *John Candido v. The Hershey Company et al.,* Case 3:08-cv-00543-JSW ("*Candido*"), filed on January 24, 2008.

2. The *Candido* complaint alleges a conspiracy among chocolate manufacturers to fix the price of chocolate sold in the United States. Candido Compl. at ¶ 1. The putative class in *Candido* is also defined as "[a]ll person and or entities residing in the State of California . . . who or which directly or indirectly purchased Chocolate in the State of California for their own use and not for resale, at any time during the period beginning February 2002 and continuing through [January 24, 2007]." *Candido* Compl. at ¶ 29. The *Candido* complaint further alleges violations of both federal and California state law, including California's Cartwright Act and Unfair Competition Act. *Candido* Compl. at ¶¶ 71-85. The *Candido* complaint does not disclose or cap the amount of damages, and seeks attorneys' fees and treble damages. *Candido* Compl. at ¶ 90.

3. The United States Judicial Panel on Multidistrict Litigation ("MDL") has consolidated these cases, including *Candido*, and transferred them to the Middle District of Pennsylvania for a consolidated proceeding, *In Re: Chocolate Confectionary Antitrust Litigation,* Civil Action No. 1:08-MDL-1935 (Judge Conner). Cases such as these continue to be filed, and are noted as tag-along actions.

## II. The *Weaver* Action

4. On June 28, 2008, five months after the *Candido* complaint was filed in this Court, the plaintiff in the above-captioned action, Joshua A. Weaver, filed an action in the San Francisco County Superior Court, individually and on behalf of all other similarly situated persons, under the caption *Joshua A. Weaver v. Nestlé USA, Inc.,* Case No. CGC-08-476890 ("*Weaver*").

5.  On July 29, 2008, Defendant filed and served a Notice of Removal of the *Weaver* action to this Court pursuant to 28 U.S.C. §§ 1367, 1441, 1446, 1453, and the Class Action Fairness Act of 2005, P.L. 109-2, § 3, 118 Stat. 5 (Feb. 18, 2005).

6.  In the *Weaver* action, Plaintiff alleges that Nestlé USA and its co-conspirators "unreasonably restrain[ed] and fix[ed] price[s] in the market for chocolate confectionary products." Compl. at ¶ 73. Plaintiff alleges that the conspiracy began "in 2002 and continu[ed] until at least approximately 2008." Compl. at ¶ 1. The putative class is defined as "[a]ll California residents who purchased Defendants' chocolate confectionary products in California from 2002 to [June 27, 2008], excluding persons purchasing directly from the Defendant and its co-conspirators." Compl. at ¶ 12. Plaintiff alleges violation of the California Business & Profession Code § 1670 ("Cartwright Act"), and § 17200 ("Unfair Competition Act"), unjust enrichment, civil conspiracy, and seeks an undisclosed and uncapped amount of damages, including attorneys' fees and treble damages. Compl. at ¶¶ 72-84. Nestlé emphatically denies the allegations set forth in the complaint, and expressly reserve all rights to answer or otherwise respond to the complaint.

### III. The *Weaver* Action Should be Transferred Pursuant to 28 U.S.C. § 1407.

7.  28 U.S.C. § 1407 provides in relevant part:

> (a) When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings. Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. . . .
>
> (b) Such coordinated or consolidated pretrial proceedings shall be conducted by a judge or judges to whom such actions are assigned by the judicial panel on multidistrict litigation. . . .

8.  Because the *Weaver* action and the consolidated MDL proceeding involve common issues of fact, transfer of the *Weaver* action to the Middle District of Pennsylvania for consolidation with the MDL proceeding *In Re: Chocolate Confectionary Antitrust Litigation,* Civil Action No. 1:08-MDL-1935 (Judge Conner), should be effected pursuant to 28 U.S.C. § 1407 to avoid conflicting

1 | decisions, conserve resources, and promote an efficient determination of the action.

2 | Dated: July 30, 2008            By: _____

Roxann E. Henry (DC Bar No. 231282; *pro hac vice to be submitted*)
Peter E. Moll (DC Bar No. 351569; *pro hac vice to be submitted*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 383-6503
Fax: (202) 383-6610
Email: henryr@howrey.com
            mollp@howrey.com

Leigh A. Kirmsse (SBN 161929)
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708
Telephone : (415) 848-4993
Facsimile : (415) 848-4999
Email: kirmssel@howrey.com

*Attorneys for Nestlé U.S.A., Inc.*

21366148

-4-
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13)
Case No. _____

HOWREY LLP