ORIGINAL

FILED

08 JUL 30 AM 9: 17

RICHARD W. WIEKING
U.S. DISTRICT COURT

1  Roxann E. Henry (DC Bar No. 231282, *pro hac vice to be submitted*)
   Peter E. Moll (DC Bar No. 351569, *pro hac vice to be submitted*)
2  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
3  Washington, DC 20004
   Tel.: (202) 383-6503
4  Fax: (202) 383-6610
5  Email: henryr@howrey.com
           mollp@howrey.com
6
7  Leigh A. Kirmssé (SBN 161929)
   HOWREY LLP
8  525 Market St., Suite 3600
   San Francisco, CA 94105-2708
9  Telephone : (415) 848-4993
   Facsimile : (415) 848-4999
10 Email: kirmssel@howrey.com
11 Attorneys for Nestlé USA, Inc.
12
13                 UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15                   SAN FRANCISCO DIVISION
16
17 JOSHUA A. WEAVER, on behalf of himself    )
   and a class of persons similarly situated,  )
18                                            )   **CV 08       3636**
                                              )   Case No. _____
19              Plaintiff,                     )
                                              )
20      vs.                                    )   **CERTIFICATE OF SERVICE OF NOTICE**
                                              )   **OF PENDENCY OF OTHER CASE OR**
21 NESTLÉ USA, INC.                            )   **PROCEEDING (CIVIL L.R. 3-13)**
                                              )
22              Defendant.                     )
                                              )
23
24
25
26
27
28

CERTIF. OF SERVICE OF NOTICE OF PENDENCY OF OTHER CASE OR PROCEEDING (CIVIL L.R. 3-13)
                          Case No. _____

HOWREY LLP

1    I, Aaron Myers, certify and declare as follows:

2    I am over the age of 18 years and not a party to this action.

3    My business address is 525 Market St., Suite 3600, San Francisco, California 94105-2708,

4    which is in the city, county and state where the mailing described below took place.

5    On July 30, 2008, I deposited in the United States Mail at San Francisco, California, a copy of

6    the following documents that Defendant Nestlé USA, Inc., filed in this Court on July 30, 2008:

7    **NOTICE OF PENDENCY OF OTHER CASE OR PROCEEDING (CIVIL L.R. 3-13)**

8    in an envelope addressed as follows:

9    **Stuart M. Paynter**
10   **The Paynter Law Firm**
     **1200 G Street NW, Suite 800**
11   **Washington, D.C. 20005**

12   I declare under penalty of perjury that the foregoing is true and correct.

13   Executed on July 30, 2008, at San Francisco, California.

14

15   _____

16

17

18

19

20

21

22

23

24

25

26

27

28   21371716

**HOWREY LLP**    CERTIF. OF SERVICE OF NOTICE OF PENDENCY OF OTHER CASE OR PROCEEDING (CIVIL L.R. 3-13)
Case No. _____ _____