ORIGINAL

1  Roxann E. Henry (DC Bar No. 231282, *pro hac vice to be submitted*)
2  Peter E. Moll (DC Bar No. 351569, *pro hac vice to be submitted*)
   HOWREY LLP
3  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
4  Tel.: (202) 383-6503
   Fax: (202) 383-6610
5  Email: henryr@howrey.com
          mollp@howrey.com
6
7  Leigh A. Kirmssé (SBN 161929)
   HOWREY LLP
8  525 Market St., Suite 3600
   San Francisco, CA 94105-2708
9  Telephone : (415) 848-4993
   Facsimile : (415) 848-4999
10 Email: kirmssel@howrey.com

11 Attorneys for Nestlé USA, Inc.

12

FILED
08 JUL 30 AM 9: 18
RICHARD W. WIEKING
U.S. DISTRICT COURT

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                        SAN FRANCISCO DIVISION

16

17 JOSHUA A. WEAVER, on behalf of himself  )   CV 08 3636
   and a class of persons similarly situated, )
18                                           )  Case No. _____
                                             )
19           Plaintiff,                      )
                                             )  **CERTIFICATE OF SERVICE OF**
20     vs.                                   )  **ADMINISTRATIVE MOTION TO CONSIDER**
                                             )  **WHETHER CASES SHOULD BE RELATED**
21 NESTLÉ USA, INC.                          )  **(CIVIL L.R. 13-2)**
                                             )
22           Defendant.                      )
                                             )
23

24
25
26
27
28

---
CERTIF. OF SERVICE OF ADMIN. MTN. RE WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 13-2)
Case No. _____

HOWREY LLP

1  I, Aaron Myers, certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 525 Market St., Suite 3600, San Francisco, California 94105-2708, which is in the city, county and state where the mailing described below took place.

On July 30, 2008, I deposited in the United States Mail at San Francisco, California, a copy of the following documents that Defendant Nestlé USA, Inc., filed in this Court on July 30, 2008:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 13-2);**

2. **DECLARATION OF LEIGH A. KIRMSSE RE ADMINISTRATION MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 13-2); and,**

3. **PROPOSED ORDER RE ADMINISTRATION MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 13-2);**

in an envelope addressed as follows:

> **Stuart M. Paynter**
> **The Paynter Law Firm**
> **1200 G Street NW, Suite 800**
> **Washington, D.C. 20005**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2008, at San Francisco, California.

_____

21371744

-2-
CERTIF. OF SERVICE OF ADMIN. MTN. RE WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 13-2)
Case No. _____

HOWREY LLP