UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua A. Weaver, on behalf of himself and a class of persons similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Nestle USA, Inc.<br><br>　　　　Defendant(s)._____/ | No. C  08-3636 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 1, 2008         Signature  /s/ WILLIAM F. MURPHY

　　　　　　　　　　　　　　　Counsel for  Plaintiff Joshua A. Weaver
　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")