# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSHUA A. WEAVER, et al., )<br><br>                        Plaintiff (s) )<br><br>            v.                       )<br><br>NESTLE USA, INC.        )<br><br>                        Defendant (s) )<br>_____ ) | CASE  NO. C-08-3636 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

_X_   (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____   (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated: August 5, 2008


_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk