STUART M. PAYNTER (SBN 226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com

-and-

WILLIAM F. MURPHY (SBN 82482)
WILLIAM P. WILSON (SBN 230444)
DILLINGHAM & MURPHY LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com
       wpw@dillinghammurphy.com

Attorneys for Plaintiff JOSHUA A. WEAVER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. 08-cv-003636 MEJ<br><br>**NOTICE OF APPEARANCE FOR STUART M. PAYNTER ON BEHALF OF PLAINTIFF JOSHUA A. WEAVER** |

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Stuart M. Paynter hereby enters his appearance as counsel

3  of record for Plaintiff Joshua A. Weaver.

4  Copies of all pleading papers and notices should be served as follows:

5
    Stuart M. Paynter
6    THE PAYNTER LAW FIRM PLLC
    1200 G Street N.W., Suite 800
7    Washington, D.C. 20005
    Telephone: (202) 626-4486
    Facsimile: (866) 734-0622
8    Email: stuart@smplegal.com

9        -and-

10    William F. Murphy
    William P. Wilson
11    DILLINGHAM & MURPHY LLP
    225 Bush Street, Sixth Floor
12    San Francisco, CA 94104
    Telephone: (415) 397-2700
13    Facsimile: (415) 397-3300
    Email: wfm@dillinghammurphy.com
14          wpw@dillinghammurphy.com

15

16

17                          Respectfully submitted,

18  Dated: August 5, 2008        THE PAYNTER LAW FIRM PLLC
                                    STUART M. PAYNTER
19

20                          DILLINGHAM & MURPHY, LLP
                          WILLIAM F. MURPHY
21                          WILLIAM P. WILSON

22
            By:    /s/ Stuart M. Paynter
23                          Attorneys for Plaintiff
                          JOSHUA A. WEAVER
24

25

26

27

28