STUART M. PAYNTER (SBN 226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com

-and-

WILLIAM F. MURPHY (SBN 82482)
WILLIAM P. WILSON (SBN 230444)
DILLINGHAM & MURPHY LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com
       wpw@dillinghammurphy.com

Attorneys for Plaintiff JOSHUA A. WEAVER

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. 08-cv-003636 JSW<br><br>**RE-NOTICE OF PLAINTIFF'S MOTION FOR REMAND**<br><br>Date:      October 10, 2008<br>Time:      9:00 a.m.<br>Courtroom: 17<br>The Hon. Judge Jeffrey S. White |

TO DEFENDANT NESTLE USA, INC. AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, before the Honorable Judge Jeffrey S. White, plaintiff JOSHUA A. WEAVER will and hereby does move the Court for an Order granting Plaintiff's Motion for Remand. This motion is brought on the following grounds, (1) Diversity Jurisdiction Does Not Exist Because Plaintiff, Class Members and Nestle are All California Citizens, and (2) Jurisdiction does not Exist Under 28 U.S.C. § 1367.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

      This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, all pleadings presented for the Court(s) consideration, the Court file on the matter herein, and upon such other evidence as may be presented.

Dated: August 14, 2008

Respectfully submitted,

THE PAYNTER LAW FIRM PLLC
STUART M. PAYNTER

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY
WILLIAM P. WILSON

By:    /s/ William P. Wilson
        Attorneys for Plaintiff
        JOSHUA A. WEAVER