**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    JOSHUA A. WEAVER,
10            Plaintiff,                        No. C 08-03636 JSW
11        v.
12   NESTLE USA, INC.,                   **ORDER SETTING BRIEFING**
                                         **SCHEDULE RE PLAINTIFF'S**
13            Defendant.                 **MOTION TO REMAND**
                                    /
14
15         This matter is set for a hearing on October 31, 2008 on Plaintiff's motion to remand.
16   The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than
17   September 2, 2008 and a reply brief shall be filed by no later than September 9, 2008.
18         If the Court determines that the matter is suitable for resolution without oral argument, it
19   will so advise the parties in advance of the hearing date.  If the parties wish to modify this
20   schedule, they may submit for the Court's consideration a stipulation and proposed order
21   demonstrating good cause for any modification requested.
22         **IT IS SO ORDERED.**
23
24   Dated: August 18, 2008                     _____
25                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
26
27
28