STUART M. PAYNTER (SBN 226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone:  (202) 626-4486
Facsimile:  (866) 734-0622
Email: stuart@smplegal.com

-and-

WILLIAM F. MURPHY (SBN 82482)
WILLIAM P. WILSON (SBN 230444)
DILLINGHAM & MURPHY LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com
        wpw@dillinghammurphy.com

Attorneys for Plaintiff JOSHUA A. WEAVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated,<br><br>                                     Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>                                     Defendant. | Case No.  08-cv-003636 MEJ<br><br>**DECLARATION OF WILLIAM P. WILSON IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING ON REMAND** |

I, WILLIAM P. WILSON, declare:

1.      I am an attorney duly licensed to practice law before the courts of California, and am an attorney with the law firm of Dillingham & Murphy, LLP, attorneys of record for Plaintiff JOSHUA A. WEAVER.  If called upon to do so, I could and would competently testify to the matters of fact set forth within this declaration, as I have personal knowledge thereof.

1.      A true and correct copy of the Docket Report in *Candido v. The Hershey Company et al*, No. 1:08-cv-00861 (Md. Pa. Aug. 29, 2008) is attached hereto as Exhibit A.

2.      A true and correct copy of the Conditional Transfer Order is attached hereto as Exhibit B.

3.      On August 15, 2008, the Judicial Panel on Multi-District Litigation issued an order scheduling its next hearing for September 25, 2008. This action is not subject to that order. A true and correct copy of the Order is attached hereto as Exhibit C.

4.      A true and correct copy of the Docket Report, *In re Chocolate Confectionary Antitrust Litig.,* 1:08-mdl-01935-CCC (Md. Pa. Aug. 29, 2008) is attached hereto as Exhibit D.

5.      On August 28, 2008, I phoned lead counsel for Nestlé Leigh A. Kirmsse and requested that Nestlé stipulate to administrative relief to expedite hearing on plaintiff Joshua Weaver's motion for remand. Ms. Kirmsse declined to stipulate to expedite hearing of the motion to remand.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 29, 2008, in San Francisco, California.

/s/ William P. Wilson
WILLIAM P. WILSON

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Exhibit A

HBG, MDL

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CIVIL DOCKET FOR CASE #: 1:08−cv−00861−CCC

Candido v. The Hershey Company et al
Assigned to: Honorable Christopher C. Conner
Demand: $0
Related Case: 1:08−mdl−01935−CCC
Case in other court:          California Northern,
                              3:08−cv−00543
Cause: 15:1 Antitrust Litigation

Date Filed: 05/20/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2008 | 1 | CLASS ACTION COMPLAINT &Jury Trial Demanded − [Summons Issued] against ITWAL, Ltd., Cadbury Schweppes PLC, The Hershey Company, Hershey Canada, Inc., Mars Inc., Masterfoods U.S.A., Inc., Mars Canada, Inc., Nestle S.A., Nestle U.S.A., Inc. &Nestle Canada, Inc., [Filing Fee: $350.00, Receipt Number 34611014980]. Filed by Plaintiff John Candido. (tn, COURT STAFF) (Filed on 1/24/2008) [Transferred from California Northern on 5/20/2008.] (Entered: 01/29/2008) |
| 01/24/2008 | 2 | ADR SCHEDULING ORDER: Joint Case Management Statement due 4/28/2008 &Initial Case Management Conference set for 5/5/2008 at 4:00 PM.. (Attachments: #(1) BZ Standing Order). (tn, COURT STAFF) (Filed on 1/24/2008) (Additional attachment(s) added on 1/29/2008: # 2 Standing Order for All Judges) (tn, COURT STAFF). [Transferred from California Northern on 5/20/2008.] (Entered: 01/29/2008) |
| 02/07/2008 | 3 | STIPULATION *Stipulation Re Extension of Time to Respond to Complaint; [Proposed] Order Extending Time to Respond to Complaint* by John Candido. (Russell, Lauren) (Filed on 2/7/2008) [Transferred from California Northern on 5/20/2008.] (Entered: 02/07/2008) |
| 02/25/2008 | 4 | STIPULATION AND ORDER. Signed by Magistrate Judge Bernard Zimmerman on 2/24/2008. (bzsec, COURT STAFF) (Filed on 2/25/2008) [Transferred from California Northern on 5/20/2008.] (Entered: 02/25/2008) |
| 02/29/2008 | 5 | Letter re consent from Lashanda Scott. (ls, COURT STAFF) (Filed on 2/29/2008) [Transferred from California Northern on 5/20/2008.] (Entered: 02/29/2008) |
| 02/29/2008 | 6 | Declination to Proceed Before a U.S. Magistrate Judge by John Candido. (Russell, Lauren) (Filed on 2/29/2008) [Transferred from California Northern on 5/20/2008.] (Entered: 02/29/2008) |
| 03/03/2008 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ls, COURT STAFF) (Filed on 3/3/2008) [Transferred from California Northern on 5/20/2008.] (Entered: 03/03/2008) |
| 03/03/2008 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Judge Magistrate Judge Bernard Zimmerman no longer assigned to the case. Signed by Executive Committee on 3/3/08. (mab, COURT STAFF) (Filed on 3/3/2008) [Transferred from California Northern on 5/20/2008.] (Entered: 03/03/2008) |
| 03/04/2008 | 9 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 5/23/2008 01:30 PM. Case Management Statement due by 5/16/2008.. Signed by Judge Jeffrey S. White on 3/4/08. (jjo, COURT STAFF) (Filed on 3/4/2008) [Transferred from California |

| | | |
|---|---|---|
| | | Northern on 5/20/2008.] (Entered: 03/04/2008) |
| 05/15/2008 | 10 | MDL 1935 ORDER TRANSFERRING CASE to the Middle District of Pennsylvania. (hdj, COURT STAFF) (Filed on 5/15/2008) (Additional attachment(s) added on 5/16/2008: #1 transfer) (hdj, COURT STAFF). [Transferred from California Northern on 5/20/2008.] (Entered: 05/15/2008) |
| 05/20/2008 | 11 | CASE TRANSFERRED in electronically from District of California Northern; Case Number 3:08−cv−00543 containing electronic documents numbered 1 − 10. (jc) (Entered: 05/20/2008) |
| 05/20/2008 | 12 | CERTIFIED CONDITIONAL TRANSFER ORDER (CTO−1) signed by Jeffrey N. Luthi, Clerk of the Panel, filed 5/7/08 and received from the MDL Panel with Schedule CTO−1−Tag−Along Actions attached. (jc) (Entered: 05/20/2008) |
| 05/20/2008 | 13 | CASE MANAGEMENT ORDER NO. 1 establishing practices and procedures for administration of the Chocolate Confectionary Antitrust Litigation. Signed by Honorable Christopher C. Conner on 4/15/08. (jc) (Entered: 05/20/2008) |
| 05/20/2008 | 14 | CASE MANAGEMENT ORDER NO. 2 RE: ATTORNEY MASTER SERVICE LIST It is hereby ORDERED that: 1) The Clerk of Court shall enter all attorneys listed in Attachment A as counsel of record... 2) Any attorney appearing in the individual actions who desires to be entered as counsel of record but whose name is not listed in Attachment A may enter an appearance by filing a notice thereof via the court's Electronic Case Filing System. SEE ORDER FOR COMPLETE DETAILS Signed by Honorable Christopher C. Conner on 4/22/08. (jc) (Entered: 05/20/2008) |
| 05/20/2008 | 15 | CASE MANAGEMENT ORDER NO. 3 RE: INITIAL CASE MANAGEMENT CONFERENCE It is hereby ORDERED that: 1) An initial case management conference is scheduled for 9:00 a.m. on 5/29/08 in Courtroom No. 2. Signed by Honorable Christopher C. Conner on 4/23/08. (jc ) (Entered: 05/20/2008) |

Exhibit B

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

August 18, 2008

TO INVOLVED COUNSEL

Re: MDL No. 1935 -- IN RE: Chocolate Confectionary Antitrust Litigation

(See Attached CTO-5)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** __September 2, 2008__   **(12 noon EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel <u>Rules</u> before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _(signature)_

Tamika Wimbish
Deputy Clerk

Attachments

JPML Form 39

## . UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION**

| | | |
|---|---|---|
| Joshua Weaver v. Nestle USA, Inc., | ) | |
| N.D. California, C.A. No. 3:08-3636 | ) | MDL No. 1935 |

### CONDITIONAL TRANSFER ORDER (CTO-5)

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 542 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 59 additional actions have been transferred to the Middle District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

RULE 5.2:     SERVICE OF PAPERS FILED

(a)     All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)     The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)     Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)     In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)     If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

(a)      Upon learning o. .he pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation.  The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)      Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)      Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period.  If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel.  The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)      Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof.  The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel.  Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)      Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)      Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:      MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)      Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)      Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)      Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407.  Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown.  The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)      A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)      Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION

MDL No. 1935

## INVOLVED COUNSEL LIST (CTO-5)

Barry Barnett
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX 75202

Allen D. Black
FINE KAPLAN & BLACK RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Jonathan D. Brightbill
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005

Michael M. Buchman
POMERANTZ HAUDEK BLOCK GROSSMAN
  & GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Cadbury Holdings Ltd.
Cadbury House
Sanderson Road
Uxbridge, Middlesex, UB8 1DH United Kingdon

Cadbury Schweppes America
389 Interpace Pkwy.
Parsippany, NJ 07054-1198

Bryan L. Clobes
CAFFERTY FAUCHER LLP
1717 Arch Street, Suite 3610
Philadelphia, PA 19103

Robert Gerard Eisler
COHEN MILSTEIN HAUSFELD & TOLL PLLC
150 East 52nd Street
30th Floor
New York, NY 10022

Mark S. Goldman
GOLDMAN SCARLATO & KARON PC
101 W. Elm Street, Suite 360
Conshohocken, PA 19428

Gregory P. Hansel
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Hershey Canada Inc.
2350 Matheson Blvd. E.
Mississauga ON, L4W 5E9 Canada

Daniel Hume
KIRBY MCINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Fred T. Isquith, Sr.
WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP
270 Madison Avenue
New York, NY 10016

Leigh Aimee Kirmsse
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

Joseph C. Kohn
KOHN SWIFT & GRAF PC
One South Broad St., Suite 2100
Philadelphia, PA 19107-3389

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
Floor 58
New York, NY 10110

**MDL No. 1935 - Involved Counsel List (CTO-5) (Continued)**

Mars Canada Inc.
27 Holland Drive
Bolton, ON L7E 5S4 Canada

David Marx, Jr.
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Suite 4700
Chicago, IL 60606-5096

Peter E. Moll
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Dianne M. Nast
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

Nestle Canada Inc.
25 Sheppard Avenue West
North York, Ontario, M2N 6S8
Canada

Nestle SA
Avenue Nestle 55
CH-1800, Vevey, Vaud
Switzerland

Nestle Suisse S.A.
Avenue Nestle 55
CH-1800, Vevey, Vaud
Switzerland

Dennis P. Orr
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012

Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Stuart M. Paynter
PAYNER LAW FIRM PLLC
1200 G Street, N.W.
Suite 800
Washington, DC 20005

Bernard Persky
LABATON SUCHAROW LLP
140 Broadway
33rd Floor
New York, NY 10005

Warren Rubin
LAW OFFICES OF BERNARD M GROSS PC
John Wanamaker Building, Suite 450
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107

Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108

Eugene A. Spector
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820

William P. Wilson
DILLINGHAM & MURPHY
225 Bush Street
6th Floor
San Francisco, CA 94104-4207

Exhibit C

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:            [202] 502-2888
http://www.jpml.uscourts.gov

August 15, 2008

NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          September 25, 2008

LOCATION OF HEARING SESSION:     Harvard Law School
                                 Ames Courtroom, Austin Hall
                                 1515 Massachusetts Avenue
                                 Cambridge, Massachusetts  02138

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **10:00 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **September 8, 2008.**  Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation."  These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,


Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 25, 2008, the Panel will convene a hearing session in Cambridge, Massachusetts, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

J. Frederick Motz          Robert L. Miller, Jr.
Kathryn H. Vratil          David R. Hansen

SCHEDULE OF MATTERS FOR HEARING SESSION
September 25, 2008 -- Cambridge, Massachusetts


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL No. 1976 -- **IN RE: LENDING TREE, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiffs Constance Spinozzi and Sylvia Carson for centralization of the following actions in the United States District Court for the Western District of North Carolina:

Central District of California

Marvin Garcia v. Lending Tree, LLC, C.A. No. 8:08-841

Northern District of Illinois

Eugene Miller, Jr. v. Lending Tree, LLC, C.A. No. 1:08-2300

Western District of North Carolina

Constance Spinozzi v. Lending Tree, LLC, C.A. No. 3:08-229
Sylvia Carson v. Lending Tree, LLC, C.A. No. 3:08-247
Angela Mitchell v. Home Loan Center, Inc., et al., C.A. No. 3:08-303


MDL No. 1977 -- **IN RE: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION**

Motion, as amended, of defendants LifeLock, Inc., and Richard Todd Davis for centralization of the following actions in the United States District Court for the District of Arizona:

District of Arizona

Byrl Lane v. LifeLock, Inc., C.A. No. 2:08-594

Schedule of Matters for Hearing Session, Section A                    p. 2
Cambridge, Massachusetts


MDL No. 1977 (Continued)


      Central District of California

Robert Dillon v. LifeLock, Inc., et al., C.A. No. 2:08-4515

      Southern District of Florida

Vilma Martinez-Azoy v. LifeLock, Inc., et al., C.A. No. 1:08-21989

      Northern District of Illinois

James Kondrat, et al. v. LifeLock, Inc., C.A. No. 1:08-3244

      District of Maryland

Gerald Falke, et al. v. LifeLock, Inc., et al., C.A. No. 1:08-1351

      District of New Jersey

Jason Sbalcio v. LifeLock, Inc., C.A. No. 1:08-2799
Warren Pasternack, et al. v. LifeLock, Inc., et al., C.A. No. 3:08-2098

      Eastern District of Texas

Tommy Ly v. LifeLock, Inc., et al., C.A. No. 2:08-242

      Southern District of West Virginia

Kevin Gerhold v. LifeLock, Inc., et al., C.A. No. 2:08-857

Schedule of Matters for Hearing Session, Section A                    p. 3
Cambridge, Massachusetts

**MDL No. 1978 -- IN RE: VELOCITY EXPRESS, INC., WAGE & HOUR EMPLOYMENT
PRACTICES LITIGATION**

Motion of defendants Velocity Express Leasing, Inc.; Velocity Express, Inc.; and Velocity
Express Corp. for centralization of the following actions in the United States District Court for the
Northern District of California:

<u>Central District of California</u>

Dwight Moses v. Velocity Express, Inc., et al., C.A. No. 2:08-3078
Heath Jobe v. Velocity Express, Inc., C.A. No. 5:07-1693

<u>Northern District of California</u>

Philip Jones, et al. v. Velocity Express Leasing, Inc., et al., C.A. No. 3:08-773

<u>District of Connecticut</u>

Aaron W. Grider, et al. v. Velocity Express Leasing, Inc., C.A. No. 3:08-82

<u>Southern District of Florida</u>

Guillermo Santacruz, et al. v. Velocity Express Corp., et al., C.A. No. 1:08-21591

<u>Western District of New York</u>

James Charles, et al. v. Velocity Express Corp., et al., C.A. No. 6:07-6610

<u>Western District of North Carolina</u>

Michael L. Carver, et al. v. Velocity Express Corp., et al., C.A. No. 1:07-407

<u>Eastern District of Wisconsin</u>

Gary L. Parizek v. Velocity Express, Inc., C.A. No. 1:08-478

Schedule of Matters for Hearing Session, Section A                    p. 4
Cambridge, Massachusetts


MDL No. 1979 -- **IN RE: AUCTION RATE SECURITIES (ARS) MARKETING
      LITIGATION**

Motion of plaintiffs Lindell Van Dyke, etc.; Richard S. Bondar, etc.; Richard Kraemer; George
Humphrys; David Chandler; Shelly Chandler; Judy Waldman, etc.; Frederick Burton; Lisa Swanson;
Sharon Shawn Jamail; John W. Oughtred; Defer LP; Eugene F. Brigham, etc.; and David T. Vining for
centralization of the following actions in the United States District Court for the Southern District of
New York or, in the alternative, the United States District Court for the Northern District of California:

   <u>Northern District of California</u>

  Lindell Van Dyke, etc. v. Wells Fargo & Co., et al., C.A. No. 3:08-1962
  Richard S. Bondar, etc. v. Bank of America Corp., et al., C.A. No. 3:08-2599
  Nathalie Al-Thani v. Wells Fargo & Co., et al., C.A. No. 4:08-1745


   <u>Northern District of Georgia</u>

  Martin Zisholtz v. SunTrust Banks, Inc., et al., C.A. No. 1:08-1287

   <u>Southern District of New York</u>

  Ronald D. Kassover v. UBS AG, et al., C.A. No. 1:08-2753
  Richard Kraemer v. Deutsche Bank AG, et al., C.A. No. 1:08-2788
  George Humphrys v. TD Ameritrade Holding Corp., et al., C.A. No. 1:08-2912
  Judy Waldman, etc. v. Wachovia Corp., et al., C.A. No. 1:08-2913
  In re UBS Auction Rate Securities Litigation, C.A. No. 1:08-2967
  John Finn v. Citi Smith Barney, et al., C.A. No. 1:08-2975
  Gary Miller v. Morgan Stanley & Co., Inc., C.A. No. 1:08-3012
  Frederick Burton v. Merrill Lynch & Co., Inc., et al., C.A. No. 1:08-3037
  Richard Stanton, etc. v. Merrill Lynch & Co., Inc., et al., C.A. No. 1:08-3054
  Ricardo L. Sanchez v. UBS AG, et al., C.A. No. 1:08-3082
  LHB Insurance Brokerage, Inc. v. Citigroup, Inc., et al., C.A. No. 1:08-3095
  Lisa Swanson v. Citigroup, Inc., et al., C.A. No. 1:08-3139
  Sharon Shawn Jamail v. Morgan Stanley, et al., C.A. No. 1:08-3178
  John W. Oughtred v. E*Trade Financial Corp., et al., C.A. No. 1:08-3295
  Defer LP v. Raymond James Financial, Inc., et al., C.A. No. 1:08-3449
  Bette M. Grossman v. Oppenheimer & Co., Inc., et al., C.A. No. 1:08-3528
  David M. Milch, etc. v. The Goldman Sachs Group, Inc., et al., C.A. No. 1:08-3659

Schedule of Matters for Hearing Session, Section A                    p. 5
Cambridge, Massachusetts

MDL No. 1979 (Continued)


Southern District of New York (Continued)

Samuel A. Stockhamer, et al. v. Citigroup, Inc., C.A. No. 1:08-3904
Randolph Bonnist v. UBS AG, et al., C.A. No. 1:08-4352
Wedgewood Tacoma LLC v. Citigroup, Inc., et al., C.A. No. 1:08-4360
Eugene F. Brigham, etc. v. Royal Bank of Canada, et al., C.A. No. 1:08-4431
David T. Vining v. Oppenheimer Holdings, Inc., et al., C.A. No. 1:08-4435
Milton Ciplet v. JP Morgan Chase & Co., et al., C.A. No. 1:08-4580
Saed Ghalayini v. Citigroup, Inc., et al., C.A. No. 1:08-5016
Sheldon Silverstein v. TD Ameritrade Holding Corp., et al., C.A. No. 1:08-5467


MDL No. 1980 -- **IN RE: TOYS "R" US - DELAWARE, INC., FAIR AND ACCURATE
CREDIT TRANSACTIONS ACT (FACTA) LITIGATION**

Motion of defendant Toys "R" Us-Delaware, Inc., for centralization of the following actions in
the United States District Court for the Central District of California:

Central District of California

Nicola Edwards, et al. v. Toys "R" Us-Delaware, Inc., C.A. No. 2:06-8163

Northern District of Illinois

Gregory J. Ellis v. Toys "R" Us-Delaware, Inc., C.A. No. 1:08-2945

Schedule of Matters for Hearing Session, Section A                    p. 6
Cambridge, Massachusetts

MDL No. 1981 -- **IN RE: AON CORP. WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION**

Motion of defendants Aon Risk Services of Maryland, Inc.; Aon Corp.; and Aon Risk Services Northeast, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

<u>Northern District of Illinois</u>

Angela J. Piersanti v. AON Risk Services of Maryland, Inc., C.A. No. 1:08-1952

<u>Southern District of New York</u>

Denise Mariette Miller v. AON Corp., et al., C.A. No. 1:08-4510

MDL No. 1982 -- **IN RE: TYSON FOODS CHICKEN RAISED WITHOUT ANTIBIOTICS CONSUMER LITIGATION**

Motion of plaintiffs Norman Cutsail, et al., for centralization of certain of the following actions in the United States District Court for the District of Maryland and motion of plaintiffs Mariko Cohen, et al., for centralization of the following actions in the United States District Court for the Eastern District of Arkansas:

<u>Eastern District of Arkansas</u>

Mariko Cohen, et al. v. Tyson Foods, Inc., C.A. No. 4:08-366
Mary F. Wilson v. Tyson Foods, Inc., C.A. No. 4:08-557
John K. Zukowsky, et al. v. Tyson Foods, Inc., C.A. No. 4:08-584

<u>Western District of Arkansas</u>

Rosalyn Mize, et al. v. Tyson Foods, Inc., C.A. No. 4:08-4051

<u>Northern District of California</u>

Eileen Epstein v. Tyson Foods, Inc., C.A. No. 3:08-2800

Schedule of Matters for Hearing Session, Section A                p. 7
Cambridge, Massachusetts

MDL No. 1982 (Continued)

### District of Maryland

Marcia Kranish, et al. v. Tyson Foods, Inc., C.A. No. 1:08-1619
Norman Cutsail, et al. v. Tyson Foods, Inc., C.A. No. 1:08-1643

### District of New Jersey

Diane Wright v. Tyson Foods, Inc., C.A. No. 1:08-3022

### Western District of Washington

Denise Court v. Tyson Foods, Inc., C.A. No. 3:08-5392

## MDL No. 1983 -- IN RE: INDIANAPOLIS LIFE INSURANCE COMPANY I.R.S. § 412(I) PLANS LIFE INSURANCE MARKETING LITIGATION

Motion of defendant Indianapolis Life Insurance Company for centralization of the following actions in the United States District Court for the Northern District of Texas:

### District of Arizona

Dave Hildebrandt, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 2:08-825

### Southern District of Indiana

John B. Phillips, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 1:06-1544

### Northern District of Mississippi

Syed Rafique, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 4:07-11

### Northern District of Texas

Stephen Berry, et al. v. Indianapolis Life Insurance Co., et al., C.A. No. 3:08-248

Schedule of Matters for Hearing Session, Section A                    p. 8
Cambridge, Massachusetts

MDL No. 1984 -- **IN RE: DIRECTECH SOUTHWEST, INC., FAIR LABOR
            STANDARDS ACT (FLSA) LITIGATION**

Motion of defendant DirecTech Southwest, Inc., for centralization of the following actions in the
United States District Court for the Eastern District of Louisiana:

    Eastern District of Louisiana

Renee Melson, et al. v. DirecTech Southwest, Inc., C.A. No. 2:07-1087

    Western District of Tennessee

Patrick Townsend, et al. v. DirecTech Southwest, Inc., et al., C.A. No. 2:08-2335

    Eastern District of Texas

Robert Simmons, et al. v. DirecTech Southwest, Inc., C.A. No. 1:08-306

MDL No. 1985 -- **IN RE: TOTAL BODY FORMULA PRODUCTS LIABILITY
            LITIGATION**

Motion of plaintiffs John W. Wilkerson; Bryan Hicks; David L. Dickens; Virginia R. Dickens;
Edward Patalas; B. Chase Hicks; Jennifer Wood; Hazel White; and James L. Kassner, Jr., for
centralization of the following actions in the United States District Court for the Northern District of
Alabama:

    Northern District of Alabama

Cindi B. Howard, et al. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 1:08-1012
John W. Wilkerson v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-626
Bryan Hicks v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-627
David L. Dickens v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-712
Virginia R. Dickens v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-713
Edward Patalas v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-758
B. Chase Hicks, etc. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-759
Jennifer Wood v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-827
Hazel White v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-828

Schedule of Matters for Hearing Session, Section A                    p. 9
Cambridge, Massachusetts


MDL No. 1985 (Continued)


    <u>Northern District of Alabama</u> (Continued)

Flora Doss v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-949
Marcella Sparks v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-1010
James L. Kassner, Jr. v. Total Body Essential Nutrition, Inc., et al., C.A. No. 2:08-1094

    <u>Middle District of Florida</u>

Frank Eriquez v. Total Body Essential Nutrition, Inc., C.A. No. 6:08-1000
Judy Golembeski v. Total Body Essential Nutrition, Inc., et al., C.A. No. 6:08-1159

    <u>Northern District of Florida</u>

Stockton Hess, et al. v. Wright Pharma, Inc., et al., C.A. No. 5:08-200


MDL No. 1986 -- **IN RE: TYSON MEAT PROCESSING FACILITIES FAIR LABOR**
        **STANDARDS ACT (FLSA) LITIGATION**

    Motion of defendant Tyson Foods, Inc., for centralization of the following actions in the United
States District Court for the District of Kansas:

    <u>Northern District of Iowa</u>

Dale T. Sharp, et al. v. Tyson Foods, Inc., C.A. No. 5:07-4009

    <u>Southern District of Iowa</u>

Guadalupe Briseno Salazar, et al. v. Tyson Foods, Inc., C.A. No. 1:08-17
Gary Ray Robinson, et al. v. Tyson Foods, Inc., C.A. No. 3:07-88
Thongliane Edwards, et al. v. Tyson Foods, Inc., C.A. No. 4:08-113

Schedule of Matters for Hearing Session, Section A                    p. 10
Cambridge, Massachusetts

MDL No. 1986 (Continued)

    <u>Central District of Illinois</u>

John Murray, et al. v. Tyson Foods, Inc., C.A. No. 4:08-4001

    <u>Northern District of Indiana</u>

David R. Carter, et al. v. Tyson Foods, Inc., et al., C.A. No. 3:08-209

    <u>District of Kansas</u>

Adelina Garcia, et al. v. Tyson Foods, Inc., et al., C.A. No. 2:06-2198

    <u>District of Nebraska</u>

Dimas Lopez, et al. v. Tyson Foods, Inc., C.A. No. 8:06-459
Jose A. Gomez, et al. v. Tyson Foods, Inc., C.A. No. 8:08-21
Manuel Acosta, et al. v. Tyson Foods, Inc., C.A. No. 8:08-86

    <u>Middle District of Tennessee</u>

Lewis Cunningham v. Tyson Fresh Meats, Inc., C.A. No. 3:08-523


MDL No. 1987 -- **IN RE: WEBKINZ ANTITRUST LITIGATION**

    Motion of plaintiff Nuts for Candy for centralization of the following actions in the United States
District Court for the Northern District of California:

    <u>Northern District of California</u>

Nuts for Candy v. Ganz, Inc., et al., C.A. No. 3:08-2873

    <u>Northern District of Illinois</u>

Scott Comstock, et al. v. Ganz, Inc., et al., C.A. No. 1:08-4167

Schedule of Matters for Hearing Session, Section A                    p. 11
Cambridge, Massachusetts

MDL No. 1987 (Continued)

<u>District of Massachusetts</u>

Cortes Country Stores, Inc., etc. v. Ganz, Inc., et al., C.A. No. 1:08-11184

## MDL No. 1988 -- IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION

Motion of defendants Countrywide Financial Corp.; Countrywide Bank, FSB; Countrywide Home Loans, Inc.; and Bank of America Corp. for centralization of the following actions in the United States District Court for the Central District of California:

<u>Central District of California</u>

Heath O. White, et al. v. Countrywide Financial Corp., et al., C.A. No. 2:07-6094
The People of the State of California v. Countrywide Financial Corp., et al.,
    C.A. No. 2:08-4861
Symone Leyvas, et al. v. Bank of America Corp., et al., C.A. No. 8:08-787

<u>Southern District of California</u>

Roy V. Hursh v. Countrywide Financial Corp., et al., C.A. No. 3:08-1313
The People of the State of California v. Countrywide Financial Corp., et al.,
    C.A. No. 3:08-1348

<u>Northern District of Illinois</u>

The People of the State of Illinois v. Countrywide Financial Corp., et al.,
    C.A. No. 1:08-4210

Schedule of Matters for Hearing Session, Section A                    p. 12
Cambridge, Massachusetts


MDL No. 1989 -- **IN RE: SEMGROUP ENERGY PARTNERS, L.P., SECURITIES
        LITIGATION**

Motion of plaintiff Craig Carson for centralization of the following actions in the United States
District Court for the Northern District of Oklahoma or, in the alternative, the United States District
Court for the Western District of Oklahoma:

Southern District of New York

Erik M. Poelman v. SemGroup Energy Partners, L.P., et al., C.A. No. 1:08-6477
Charles D. Maurer Simp Profit Sharing Plan, etc. v. SemGroup Energy Partners, L.P.,
    et al., C.A. No. 1:08-6598

Northern District of Oklahoma

Craig Carson v. SemGroup Energy Partners, L.P., et al., C.A. No. 4:08-425

Schedule of Matters for Hearing Session, Section B                    p. 13
Cambridge, Massachusetts

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Allen Christiansen, et al.; Gail Garner, etc.; Lawrence David Weaver; and William W. Bussey to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Allen Christiansen, et al. v. CBS Corp., et al., C.A. No. 2:08-3133

Western District of New York

Gail Garner, etc. v. DII Industries, LLC, et al., C.A. No. 6:08-6191

District of South Carolina

Lawrence David Weaver v. Owens-Illinois, Inc., et al., C.A. No. 6:08-2060

Eastern District of Virginia

William W. Bussey v. Buffalo Pumps, Inc., et al., C.A. No. 2:08-9367

MDL No. 1373 -- **IN RE: BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff Jennie Mitchell, etc., and defendant Bernice Hill to transfer of the following action to the United States District Court for the Southern District of Indiana:

Southern District of Mississippi

Jennie Mitchell, etc. v. Bridgestone/Firestone, Inc., et al., C.A. No. 4:08-43

Schedule of Matters for Hearing Session, Section B                     p. 14
Cambridge, Massachusetts


## MDL No. 1431 -- IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs United States of America ex rel. Laurie Simpson, Commonwealth of Massachusetts, State of California, State of Texas, State of Hawaii, State of Illinois, State of Nevada, State of Tennessee, State of Louisiana, State of Delaware, State of Florida and District of Columbia to transfer of the following action to the United States District Court for the District of Minnesota:

<u>District of New Jersey</u>

United States of America ex rel. Laurie Simpson v. Bayer Healthcare, et al.,
   C.A. No. 2:06-4796


## MDL No. 1507 -- IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

Oppositions of certain plaintiffs and defendants Pharmacia Corp.; Pharmacia & Upjohn LLC; Pharmacia & Upjohn Company LLC; Greenstone Ltd.; Wyeth, Inc.; Wyeth Pharmaceuticals, Inc.; and Pfizer Inc. to transfer of their respective following actions listed on Attachment A to the United States District Court for the Eastern District of Arkansas.


## MDL No. 1708 -- IN RE: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Patricia Ann Yates, etc., and Nancy Della-Porta, etc., and defendants Cardiology Associates of Mobile, Inc.; Stephanie D. Grosz, M.D.; Scott D. Kirby, M.D.; The Spectranetics Corp.; Claude LaFont; Harold G. Card, M.D.; F.A.C.C.; Saratoga Cardiology Associates; and Saratoga Hospital to transfer of their respective following actions to the United States District Court for the District of Minnesota:

<u>Southern District of Alabama</u>

Patricia Ann Yates, etc. v. Medtronic, Inc., et al., C.A. No. 1:08-337

<u>Northern District of New York</u>

Nancy Della-Porta, etc. v. Saratoga Hospital, et al., C.A. No. 1:08-539

Schedule of Matters for Hearing Session, Section B                     p. 15
Cambridge, Massachusetts


MDL No. 1715 -- **IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Motion of defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company to transfer the following action to the United States District Court for the Northern District of Illinois:

District of Massachusetts

Richard Blume, et al. v. Ameriquest Mortgage Co., et al., C.A. No. 1:07-12149


MDL No. 1763 -- **IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Martha Wilson, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

Eastern District of Pennsylvania

Martha Wilson, et al. v. BioMedical Tissue Services, Ltd., et al., C.A. No. 2:08-2453


MDL No. 1785 -- **IN RE: BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Monica Sandoval to transfer of the following action to the United States District Court for the District of South Carolina:

Central District of California

Monica Sandoval v. Bausch & Lomb, Inc., et al., C.A. No. 2:08-2855


MDL No. 1836 -- **IN RE: MIRAPEX PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Robyn Wilhoit, et al., to transfer of the following action to the United States District Court for the District of Minnesota:

Western District of Oklahoma

Robyn Wilhoit, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 5:08-488

Schedule of Matters for Hearing Session, Section B                    p. 16
Cambridge, Massachusetts

## MDL No. 1840 -- IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION

Opposition of defendant Domino Oil Company, Inc., to transfer of the following action to the United States District Court for the District of Kansas:

District of Virgin Islands

Marvin Bryan v. Esso Virgin Islands, Inc., et al., C.A. No. 3:08-72

## MDL No. 1842 -- IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Loy Noe, et al., to transfer of the following action to the United States District Court for the District of Rhode Island:

District of New Jersey

Loy Noe, et al. v. Davol, Inc., et al., C.A. No. 1:08-2198

## MDL No. 1845 -- IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Deidra P. Proveaux, etc., to transfer of the following action to the United States District Court for the Northern District of Georgia:

Middle District of Florida

Deidra P. Proveaux, etc. v. ConAgra Foods, Inc., C.A. No. 3:08-623

Schedule of Matters for Hearing Session, Section B                           p. 17
Cambridge, Massachusetts


MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND
             PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Elva Ayala-Castro, et al.; Renee Mick, etc.; and Mary L. Massey, et al.,
to transfer of their respective following actions to the United States District Court for the Eastern
District of Pennsylvania:

       Central District of California

Elva Ayala-Castro, et al. v. GlaxoSmithKline, et al., C.A. No. 5:08-618

       Western District of New York

Renee Mick, etc. v. GlaxoSmithKline PLC, et al., C.A. No. 1:08-386

       Middle District of North Carolina

Mary L. Massey, et al. v. SmithKline Beecham Corp., et al., C.A. No. 1:08-435


MDL No. 1877 -- **IN RE: CLASSICSTAR MARE LEASE LITIGATION**

Opposition of plaintiff C. Edward Cunningham to transfer of the following action to the United
States District Court for the Eastern District of Kentucky:

       Western District of Texas

C. Edward Cunningham v. GeoStar Corp., C.A. No. 1:08-183


MDL No. 1909 -- **IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY
             LITIGATION**

Opposition of plaintiff Udele Rodriguez to transfer of the following action to the United States
District Court for the Northern District of Ohio:

       Southern District of Texas

Udele Rodriguez v. Tyco Healthcare Group, LP, et al., C.A. No. 2:08-199

Schedule of Matters for Hearing Session, Section B                    p. 18
Cambridge, Massachusetts

## MDL No. 1919 -- IN RE: WASHINGTON MUTUAL, INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION

Motion of plaintiffs Felton A. Spears, Jr., et al., to transfer the following action to the United States District Court for the Western District of Washington:

### Northern District of California

Felton A. Spears, Jr., et al. v. Washington Mutual, Inc., et al., C.A. No. 5:08-868

## MDL No. 1945 -- IN RE: STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION

Opposition of plaintiff Welborn Baptist Foundation, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:

### Southern District of Indiana

Welborn Baptist Foundation, Inc. v. State Street Global Advisors, Inc., et al., C.A. No. 3:08-27

## MDL No. 1953 -- IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Mark Andrew Scott, etc.; Betty Valenzo, etc.; Paul Hills; and Isreal Joseph, Sr., et al., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### Northern District of Illinois

Mark Andrew Scott, etc. v. Baxter International, Inc., et al., C.A. No. 1:08-2058
Betty Valenzo, etc. v. Baxter Healthcare Corp., et al., C.A. No. 1:08-2511
Paul Hills v. Baxter Healthcare Corp., et al., C.A. No. 1:08-3329

### Western District of Louisiana

Isreal Joseph, Sr., et al. v. Baxter International, Inc., et al., C.A. No. 6:08-957

Schedule of Matters for Hearing Session, Section B                    p. 19
Cambridge, Massachusetts


MDL No. 1954 -- **IN RE: HANNAFORD BROS. CO. CUSTOMER DATA SECURITY
          BREACH LITIGATION**

Opposition of plaintiff Thomas T. Grimsdale III to transfer of the following action to the United States District Court for the District of Maine:

<u>Middle District of Florida</u>

Thomas T. Grimsdale III v. Kash 'N Karry Food Stores, Inc., C.A. No. 8:08-754

**ATTACHMENT A TO THE SEPTEMBER 25, 2008
SCHEDULE OF MATTERS FOR HEARING SESSION, SECTION B**

MDL No. 1507 -- **IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

District of Minnesota

Jeanette Rick, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1287
Regina Cohen v. Wyeth, Inc., et al., C.A. No. 0:08-1288
Myrna Beer, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1289
Rose Marie O'Leary, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1290
Elizabeth Ansley v. Wyeth, et al., C.A. No. 0:08-1302
Joyce Worthington v. Wyeth, et al., C.A. No. 0:08-1303
Robert F. Coulter, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1816
Tony DeStefano, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1946
Glenn W. Ouart, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1953
C.h. Ragsdale, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1954
Connie J. Sheren v. Wyeth, Inc., et al., C.A. No. 0:08-1955
George W. Shutt, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1956
Morris Lee Smith, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1957
Clarence Weiss, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-1958
Francine D. Slifer, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-2488
Judith Marshall v. Wyeth, et al., C.A. No. 0:08-2494
Ofelia Manuel, et al. v. Wyeth, et al., C.A. No. 0:08-2495
Sandra Rose, et al. v. Wyeth, et al., C.A. No. 0:08-2506
Blodwyn A. Doerfler v. Wyeth, et al., C.A. No. 0:08-2544

Southern District of West Virginia

Blodwyn Doerfler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-346
Ruby Ables, et al. v. American Home Products Corp., et al., C.A. No. 3:08-347
Louise Adams, et al. v. American Home Products Corp., et al., C.A. No. 3:08-348
Alta Adkins v. American Home Products Corp., et al., C.A. No. 3:08-349
Carole Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-350
Carolyn Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-351
Ethel Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-352  Franklin
Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-353
Mamie Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-354
Regina Adkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-355
Clara Allport v. American Home Products Corp., et al., C.A. No. 3:08-356
Bonnie Alvarran, et al. v. American Home Products Corp., et al., C.A. No. 3:08-357
Delores Ambro, et al. v. American Home Products Corp., et al., C.A. No. 3:08-358

Schedule of Matters for Hearing Session, Section B                          p. 2
Cambridge, Massachusetts

**MDL No. 1507 Attachment A (Continued)**

<u>Southern District of West Virginia</u> (Continued)

Juanita Anderson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-359
Canzaza Arkle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-360
Cynthia Armstrong, et al. v. American Home Products Corp., et al., C.A. No. 3:08-361
Betty Arthur, et al. v. American Home Products Corp., et al., C.A. No. 3:08-362
Judy Asbury, et al. v. American Home Products Corp., et al., C.A. No. 3:08-363
Minta Ash, et al. v. American Home Products Corp., et al., C.A. No. 3:08-364
Thelma Atkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-365
Brenda Bailey, et al. v. American Home Products Corp., et al., C.A. No. 3:08-366
Sonja Barnett, et al. v. American Home Products Corp., et al., C.A. No. 3:08-367
Brenda Bates, et al. v. American Home Products Corp., et al., C.A. No. 3:08-368
Norma Beale v. American Home Products Corp., et al., C.A. No. 3:08-369
Connie Beford, et al. v. American Home Products Corp., et al., C.A. No. 3:08-370
Delores Belcher, et al. v. American Home Products Corp., et al., C.A. No. 3:08-371
Gloria Bias v. American Home Products Corp., et al., C.A. No. 3:08-372
Gwendolyn Bias, et al. v. American Home Products Corp., et al., C.A. No. 3:08-373
Barbara Black v. American Home Products Corp., et al., C.A. No. 3:08-374
Mary Blizzard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-375
Frances Bolen, et al. v. American Home Products Corp., et al., C.A. No. 3:08-376
Betty Bonner v. American Home Products Corp., et al., C.A. No. 3:08-377
Dovie Bosher v. American Home Products Corp., et al., C.A. No. 3:08-378
Drema Bousheley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-379
Phyllis Bowcott, et al. v. American Home Products Corp., et al., C.A. No. 3:08-380
Janit Bowen, et al. v. American Home Products Corp., et al., C.A. No. 3:08-381
Evelyn Bower v. American Home Products Corp., et al., C.A. No. 3:08-382
Pearl Fulkes-Bowles, et al. v. American Home Products Corp., et al., C.A. No. 3:08-383
Hazel Brenneman v. American Home Products Corp., et al., C.A. No. 3:08-384
Celesta Bridwell v. American Home Products Corp., et al., C.A. No. 3:08-385
Wilma Brooks, et al. v. American Home Products Corp., et al., C.A. No. 3:08-386
Carol Brown, et al. v. American Home Products Corp., et al., C.A. No. 3:08-387
Freda Brown, et al. v. American Home Products Corp., et al., C.A. No. 3:08-388
Tommy Brown, etc. v. American Home Products Corp., et al., C.A. No. 3:08-389
June Browning, et al. v. American Home Products Corp., et al., C.A. No. 3:08-390
Carolyn Brownlee v. American Home Products Corp., et al., C.A. No. 3:08-391

Schedule of Matters for Hearing Session, Section B                          p. 3
Cambridge, Massachusetts

**MDL No. 1507 Attachment A (Continued)**

<u>Southern District of West Virginia</u> (Continued)

Laura Bryant, et al. v. American Home Products Corp., et al., C.A. No. 3:08-392
Laura Bunnell v. American Home Products Corp., et al., C.A. No. 3:08-393
Jeanette Burns, et al. v. American Home Products Corp., et al., C.A. No. 3:08-394
Patricia Burress v. American Home Products Corp., et al., C.A. No. 3:08-395
Sharon Burton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-396
Norma Cagigas, et al. v. American Home Products Corp., et al., C.A. No. 3:08-397
Linda Caleffie, et al. v. American Home Products Corp., et al., C.A. No. 3:08-398
Colleen Campbell v. American Home Products Corp., et al., C.A. No. 3:08-399
Judith Campbell v. American Home Products Corp., et al., C.A. No. 3:08-400
Viola Capito, et al. v. American Home Products Corp., et al., C.A. No. 3:08-401
Janet Carder, et al. v. American Home Products Corp., et al., C.A. No. 3:08-402
Dorothy Carpenter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-403
Eleanor Carpenter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-404
Carolyn Carper, et al. v. American Home Products Corp., et al., C.A. No. 3:08-405
Betty Carter v. American Home Products Corp., et al., C.A. No. 3:08-406
Connie Carter v. American Home Products Corp., et al., C.A. No. 3:08-407
Linda Carter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-408
Nellie Carter v. American Home Products Corp., et al., C.A. No. 3:08-409
Patty Carter v. American Home Products Corp., et al., C.A. No. 3:08-410
Linda Casdorph, et al. v. American Home Products Corp., et al., C.A. No. 3:08-411
Janet Ann Caudill v. American Home Products Corp., et al., C.A. No. 3:08-412
Janet F. Caudill v. American Home Products Corp., et al., C.A. No. 3:08-413
Dollie Cavender v. American Home Products Corp., et al., C.A. No. 3:08-414
Rita Cavins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-415
Patricia Chandler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-416
Clarice Chapman v. American Home Products Corp., et al., C.A. No. 3:08-417
Janet Chapman v. American Home Products Corp., et al., C.A. No. 3:08-418
Betty Charles, et al. v. American Home Products Corp., et al., C.A. No. 3:08-419
Geraldine Chavis v. American Home Products Corp., et al., C.A. No. 3:08-420
Roberta Childress, et al. v. American Home Products Corp., et al., C.A. No. 3:08-421
Wilma Church, et al. v. American Home Products Corp., et al., C.A. No. 3:08-422
Tena Clay v. American Home Products Corp., et al., C.A. No. 3:08-423
Joyce Clemons, et al. v. American Home Products Corp., et al., C.A. No. 3:08-424

Schedule of Matters for Hearing Session, Section B                                    p. 4
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


　　　　<u>Southern District of West Virginia</u> (Continued)

Barbara Cobb v. American Home Products Corp., et al., C.A. No. 3:08-425
Norma Cole, et al. v. American Home Products Corp., et al., C.A. No. 3:08-426
Wanda Colebank, et al. v. American Home Products Corp., et al., C.A. No. 3:08-427
Catherine Coleman v. American Home Products Corp., et al., C.A. No. 3:08-428
Gloria Collias v. American Home Products Corp., et al., C.A. No. 3:08-429
Dorothy Comer v. American Home Products Corp., et al., C.A. No. 3:08-430
Anna Compton v. American Home Products Corp., et al., C.A. No. 3:08-431
Margaret Comstock v. American Home Products Corp., et al., C.A. No. 3:08-432
Mary Conley v. American Home Products Corp., et al., C.A. No. 3:08-433
Daniel Bifano, et al. v. American Home Products Corp., et al., C.A. No. 3:08-434
Linda Conner, et al. v. American Home Products Corp., et al., C.A. No. 3:08-435
Billy Cook, etc. v. American Home Products Corp., et al., C.A. No. 3:08-436
Carolyn Cook, et al. v. American Home Products Corp., et al., C.A. No. 3:08-437
Joycelyn Cook v. American Home Products Corp., et al., C.A. No. 3:08-438
Andrea Copley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-439
Colleen Copley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-440
Nancy Cornell v. American Home Products Corp., et al., C.A. No. 3:08-441
Julie Coulter v. American Home Products Corp., et al., C.A. No. 3:08-442
Marilyn Counts v. American Home Products Corp., et al., C.A. No. 3:08-443
Mary Crance, et al. v. American Home Products Corp., et al., C.A. No. 3:08-444
Marjorie Cremeans, et al. v. American Home Products Corp., et al., C.A. No. 3:08-445
Geneva Cumbridge v. American Home Products Corp., et al., C.A. No. 3:08-446
Mary Curry v. American Home Products Corp., et al., C.A. No. 3:08-447
Betty Curtis, et al. v. American Home Products Corp., et al., C.A. No. 3:08-448
Donna Day, et al. v. American Home Products Corp., et al., C.A. No. 3:08-449
Shirley Day v. American Home Products Corp., et al., C.A. No. 3:08-450
Donna Dean v. American Home Products Corp., et al., C.A. No. 3:08-451
Arizona Deknight v. American Home Products Corp., et al., C.A. No. 3:08-452
Debra Delp, et al. v. American Home Products Corp., et al., C.A. No. 3:08-453
Rebecca Dennison, et al. v. American Home Products Corp., et al., C.A. No. 3:08-454
Doris Deskins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-455
Sherry Deskins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-456
Patricia Dienes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-457

Schedule of Matters for Hearing Session, Section B                          p. 5
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


<u>Southern District of West Virginia</u> (Continued)

Georgia Dingess, et al. v. American Home Products Corp., et al., C.A. No. 3:08-458
Patricia Doczi, et al. v. American Home Products Corp., et al., C.A. No. 3:08-459
Eleanor Dotson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-460
Lucinda Douglas, et al. v. American Home Products Corp., et al., C.A. No. 3:08-461  Patsy
Duffey v. American Home Products Corp., et al., C.A. No. 3:08-462
Patty Duffield, et al. v. American Home Products Corp., et al., C.A. No. 3:08-463
Nerva Durham, et al. v. American Home Products Corp., et al., C.A. No. 3:08-464
Sandra Eads v. American Home Products Corp., et al., C.A. No. 3:08-465
Norma Earl v. American Home Products Corp., et al., C.A. No. 3:08-466
Karen Edwards v. American Home Products Corp., et al., C.A. No. 3:08-467
Patricia Enrietti, et al. v. American Home Products Corp., et al., C.A. No. 3:08-468
Irene Ervin v. American Home Products Corp., et al., C.A. No. 3:08-469
Beverly Evans v. American Home Products Corp., et al., C.A. No. 3:08-470
Inas Evans v. American Home Products Corp., et al., C.A. No. 3:08-471
Beulah Facemire v. American Home Products Corp., et al., C.A. No. 3:08-472
Janice Farris, et al. v. American Home Products Corp., et al., C.A. No. 3:08-473
Nilia Fauber, et al. v. American Home Products Corp., et al., C.A. No. 3:08-474
Rosa Finley v. American Home Products Corp., et al., C.A. No. 3:08-475
Barbara Fisher v. American Home Products Corp., et al., C.A. No. 3:08-476
Georgia Fisher, et al. v. American Home Products Corp., et al., C.A. No. 3:08-477
Velma Fisher v. American Home Products Corp., et al., C.A. No. 3:08-478
Martha Fleming v. American Home Products Corp., et al., C.A. No. 3:08-479
Hazel Forbes v. American Home Products Corp., et al., C.A. No. 3:08-480
Alice Frady, et al. v. American Home Products Corp., et al., C.A. No. 3:08-481
Janet Fenner Frame, et al. v. American Home Products Corp., et al., C.A. No. 3:08-482
Ruby Frye, et al. v. American Home Products Corp., et al., C.A. No. 3:08-483
Carolyn Furman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-484
Rae Gandee v. American Home Products Corp., et al., C.A. No. 3:08-485
Toney Garrison v. American Home Products Corp., et al., C.A. No. 3:08-486
Esther Gibbs, et al. v. American Home Products Corp., et al., C.A. No. 3:08-487
Betty Gill v. American Home Products Corp., et al., C.A. No. 3:08-488
John Ginn, et al. v. American Home Products Corp., et al., C.A. No. 3:08-489
Karen Givens, et al. v. American Home Products Corp., et al., C.A. No. 3:08-490

Schedule of Matters for Hearing Session, Section B                    p. 6
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


<u>Southern District of West Virginia</u> (Continued)

Sandra Godwin, et al. v. American Home Products Corp., et al., C.A. No. 3:08-491
Betty Good, et al. v. American Home Products Corp., et al., C.A. No. 3:08-492
Lorraine Goodman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-493
Kathryn Gould, et al. v. American Home Products Corp., et al., C.A. No. 3:08-494
Anna Graham v. American Home Products Corp., et al., C.A. No. 3:08-495
Audrey Graham v. American Home Products Corp., et al., C.A. No. 3:08-496
Patricia Granato, et al. v. American Home Products Corp., et al., C.A. No. 3:08-497
Mary Gray, et al. v. American Home Products Corp., et al., C.A. No. 3:08-498
Geraldine Green, et al. v. American Home Products Corp., et al., C.A. No. 3:08-499
Jacqueline Green, et al. v. American Home Products Corp., et al., C.A. No. 3:08-500
Phyllis Green, et al. v. American Home Products Corp., et al., C.A. No. 3:08-501
Rhita Grim, et al. v. American Home Products Corp., et al., C.A. No. 3:08-502
Martha Haga, et al. v. American Home Products Corp., et al., C.A. No. 3:08-503
Janice Hager v. American Home Products Corp., et al., C.A. No. 3:08-504
Eileen Haislop v. American Home Products Corp., et al., C.A. No. 3:08-505
Shirley Hale v. American Home Products Corp., et al., C.A. No. 3:08-506
Gayle Hamon, et al. v. American Home Products Corp., et al., C.A. No. 3:08-507
Dorothy Hardy v. American Home Products Corp., et al., C.A. No. 3:08-508
Nancy Hardy, et al. v. American Home Products Corp., et al., C.A. No. 3:08-509
Mary Harless, et al. v. American Home Products Corp., et al., C.A. No. 3:08-510
Patricia Harman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-511
Karen Harper v. American Home Products Corp., et al., C.A. No. 3:08-512
Phyllis Harris v. American Home Products Corp., et al., C.A. No. 3:08-513
Julia Harford v. American Home Products Corp., et al., C.A. No. 3:08-514
Sharon Hartley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-515
Jacqueline Hatfield, et al. v. American Home Products Corp., et al., C.A. No. 3:08-516
Zelda Hatten, et al. v. American Home Products Corp., et al., C.A. No. 3:08-517
Martha Hayden, et al. v. American Home Products Corp., et al., C.A. No. 3:08-518
Josephine Haynes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-519
Drema Henrich v. American Home Products Corp., et al., C.A. No. 3:08-520
Frances Henson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-521
Marilyn Settle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-522
Dorothy Hiner v. American Home Products Corp., et al., C.A. No. 3:08-523

Schedule of Matters for Hearing Session, Section B                    p. 7
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


<u>Southern District of West Virginia</u> (Continued)

Lawrence Hinkle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-524
Margaret Hoffman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-525
Mary Holstein, et al. v. American Home Products Corp., et al., C.A. No. 3:08-526
Arita Hooser v. American Home Products Corp., et al., C.A. No. 3:08-527
Anna Hubbard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-528
Barbara Hubbard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-529
Donna Huffman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-530
Nancy Humphreys v. American Home Products Corp., et al., C.A. No. 3:08-531
Josephine Hurley v. American Home Products Corp., et al., C.A. No. 3:08-532
Gallie Isaac, Jr., etc. v. American Home Products Corp., et al., C.A. No. 3:08-533
Charlene Jackson v. American Home Products Corp., et al., C.A. No. 3:08-534
Carolyn James, et al. v. American Home Products Corp., et al., C.A. No. 3:08-535
Juanita Jarrell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-536
Macie Jarrell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-537
Rita Javins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-538
Norma Jeffers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-539
Diana Johnson v. American Home Products Corp., et al., C.A. No. 3:08-540
Elsie Johnson v. American Home Products Corp., et al., C.A. No. 3:08-541
Sylvia Johnson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-542
Twila Jordan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-543
Jan Karnes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-544
Joyce Kasey v. American Home Products Corp., et al., C.A. No. 3:08-545
Nancy Kassay, et al. v. American Home Products Corp., et al., C.A. No. 3:08-546
Connie Kay, et al. v. American Home Products Corp., et al., C.A. No. 3:08-547
Fannie Keith, et al. v. American Home Products Corp., et al., C.A. No. 3:08-548
Margaret Kellar v. American Home Products Corp., et al., C.A. No. 3:08-549
Wilma Kelly v. American Home Products Corp., et al., C.A. No. 3:08-550
Judy Kerns v. American Home Products Corp., et al., C.A. No. 3:08-551
Gladys Kessinger v. American Home Products Corp., et al., C.A. No. 3:08-552
Carolyn Kimball, et al. v. American Home Products Corp., et al., C.A. No. 3:08-553
Anna King, et al. v. American Home Products Corp., et al., C.A. No. 3:08-554
Cylinda King, et al. v. American Home Products Corp., et al., C.A. No. 3:08-555
Jean King v. American Home Products Corp., et al., C.A. No. 3:08-556

Schedule of Matters for Hearing Session, Section B                    p. 8
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


    <u>Southern District of West Virginia</u> (Continued)

Billie Kinser v. American Home Products Corp., et al., C.A. No. 3:08-557
Shirley Kittle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-558
Cheryle Knight, et al. v. American Home Products Corp., et al., C.A. No. 3:08-559
Virginia Knight, et al. v. American Home Products Corp., et al., C.A. No. 3:08-560
Janet Koon v. American Home Products Corp., et al., C.A. No. 3:08-561
Susan Kozielec, et al. v. American Home Products Corp., et al., C.A. No. 3:08-562
Wanda Lamb v. American Home Products Corp., et al., C.A. No. 3:08-563
Dorothy Lambert v. American Home Products Corp., et al., C.A. No. 3:08-564
Ellen Lambert, et al. v. American Home Products Corp., et al., C.A. No. 3:08-565
Deborah Lane, et al. v. American Home Products Corp., et al., C.A. No. 3:08-566
Mary Lane, et al. v. American Home Products Corp., et al., C.A. No. 3:08-567
Helen Lanham, et al. v. American Home Products Corp., et al., C.A. No. 3:08-568
Janice Lawrence v. American Home Products Corp., et al., C.A. No. 3:08-569
Joann Layfield, et al. v. American Home Products Corp., et al., C.A. No. 3:08-570
Dorothy Layton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-571
Johnnie Lee, etc. v. American Home Products Corp., et al., C.A. No. 3:08-572
Mary Lemaster v. American Home Products Corp., et al., C.A. No. 3:08-573
Betty Lemasters v. American Home Products Corp., et al., C.A. No. 3:08-574
Arlene Lester-Houston, et al. v. American Home Products Corp., et al.,
   C.A. No. 3:08-575
Polly Lester, et al. v. American Home Products Corp., et al., C.A. No. 3:08-576
Sylvia Underwood-Lewis, et al. v. American Home Products Corp., et al.,
   C.A. No. 3:08-577
Dorothy Lieving, et al. v. American Home Products Corp., et al., C.A. No. 3:08-578
Elizabeth Linkous v. American Home Products Corp., et al., C.A. No. 3:08-579
Joyce Lively, et al. v. American Home Products Corp., et al., C.A. No. 3:08-580
Shelva Lockhart v. American Home Products Corp., et al., C.A. No. 3:08-581
Linda Logan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-582
Deloris Logue v. American Home Products Corp., et al., C.A. No. 3:08-583
Katherine Long v. American Home Products Corp., et al., C.A. No. 3:08-584
Alice Looman v. American Home Products Corp., et al., C.A. No. 3:08-585
Patricia Lovejoy v. American Home Products Corp., et al., C.A. No. 3:08-586
Nancy Lucion v. American Home Products Corp., et al., C.A. No. 3:08-587

Schedule of Matters for Hearing Session, Section B                              p. 9
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


<u>Southern District of West Virginia</u> (Continued)

Patricia Lyons, et al. v. American Home Products Corp., et al., C.A. No. 3:08-588
Frances MacKnight, et al. v. American Home Products Corp., et al., C.A. No. 3:08-589
Nancy Marcum, et al. v. American Home Products Corp., et al., C.A. No. 3:08-590
Juanita Marshall, et al. v. American Home Products Corp., et al., C.A. No. 3:08-591
Imogene Mason, et al. v. American Home Products Corp., et al., C.A. No. 3:08-592
Beverly Massey, et al. v. American Home Products Corp., et al., C.A. No. 3:08-593
Charles Maxwell, etc. v. American Home Products Corp., et al., C.A. No. 3:08-594
Juanita May v. American Home Products Corp., et al., C.A. No. 3:08-595
Judy May v. American Home Products Corp., et al., C.A. No. 3:08-596
Phyllis May v. American Home Products Corp., et al., C.A. No. 3:08-597
Pansy Mayes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-598
Dolores Mayle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-599
Mary Maynard, et al. v. American Home Products Corp., et al., C.A. No. 3:08-600
Ila Maynor, et al. v. American Home Products Corp., et al., C.A. No. 3:08-601
Mary Mayo, et al. v. American Home Products Corp., et al., C.A. No. 3:08-602
Helen McClure, et al. v. American Home Products Corp., et al., C.A. No. 3:08-603
Donna McCormick v. American Home Products Corp., et al., C.A. No. 3:08-604
Terry McElroy v. American Home Products Corp., et al., C.A. No. 3:08-605
Betty McGraw, et al. v. American Home Products Corp., et al., C.A. No. 3:08-606
Alice McManaman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-607
Arlene McMillion v. American Home Products Corp., et al., C.A. No. 3:08-608
Clara Means, et al. v. American Home Products Corp., et al., C.A. No. 3:08-609
Teresa White, et al. v. American Home Products Corp., et al., C.A. No. 3:08-610
Linda Means, et al. v. American Home Products Corp., et al., C.A. No. 3:08-611
Helen Meronuk, et al. v. American Home Products Corp., et al., C.A. No. 3:08-612
Cloudia Metts v. American Home Products Corp., et al., C.A. No. 3:08-613
Evelyn Metz, et al. v. American Home Products Corp., et al., C.A. No. 3:08-614
Loranna Midkiff v. American Home Products Corp., et al., C.A. No. 3:08-615
Jane Milam, et al. v. American Home Products Corp., et al., C.A. No. 3:08-616
Matthew Alan Miles, etc. v. American Home Products Corp., et al., C.A. No. 3:08-617
Anna Miller v. American Home Products Corp., et al., C.A. No. 3:08-618
Mary Miller v. American Home Products Corp., et al., C.A. No. 3:08-619
Sally Miller, et al. v. American Home Products Corp., et al., C.A. No. 3:08-620

Schedule of Matters for Hearing Session, Section B                                p. 10
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


<u>Southern District of West Virginia</u> (Continued)

Violet Miller, et al. v. American Home Products Corp., et al., C.A. No. 3:08-621
Iva Mitchell v. American Home Products Corp., et al., C.A. No. 3:08-622
Linda Moncrief, et al. v. American Home Products Corp., et al., C.A. No. 3:08-623
Margaret Monroe, et al. v. American Home Products Corp., et al., C.A. No. 3:08-624
Sylvia Monty v. American Home Products Corp., et al., C.A. No. 3:08-625
Wilma Morgan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-626
Helen Mounts v. American Home Products Corp., et al., C.A. No. 3:08-627
Lois Mounts v. American Home Products Corp., et al., C.A. No. 3:08-628
Debra Mullins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-629
Jennetie Muncy v. American Home Products Corp., et al., C.A. No. 3:08-630
Alice Murphy, et al. v. American Home Products Corp., et al., C.A. No. 3:08-631
Sandra Murphy v. American Home Products Corp., et al., C.A. No. 3:08-632
Virginia Murphy v. American Home Products Corp., et al., C.A. No. 3:08-633
Barbara Mutters, et al. v. American Home Products Corp., et al., C.A. No. 3:08-634
Linda Napier, et al. v. American Home Products Corp., et al., C.A. No. 3:08-635
Nancy Napier, et al. v. American Home Products Corp., et al., C.A. No. 3:08-636
Judith Neace, et al. v. American Home Products Corp., et al., C.A. No. 3:08-637
Betty Newman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-638
Florence Nichols, et al. v. American Home Products Corp., et al., C.A. No. 3:08-639
Josetta Noble, et al. v. American Home Products Corp., et al., C.A. No. 3:08-640
Teresa Noe v. American Home Products Corp., et al., C.A. No. 3:08-641
Alice Null v. American Home Products Corp., et al., C.A. No. 3:08-642
Betty Nutter v. American Home Products Corp., et al., C.A. No. 3:08-643
Isabelle Nutter v. American Home Products Corp., et al., C.A. No. 3:08-644
Peggy Nutter v. American Home Products Corp., et al., C.A. No. 3:08-645
Margarette Offutt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-646
Josephine Ohler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-647
Carol Overbaugh, et al. v. American Home Products Corp., et al., C.A. No. 3:08-648
Dana Pack, et al. v. American Home Products Corp., et al., C.A. No. 3:08-649
Anita Paden v. American Home Products Corp., et al., C.A. No. 3:08-650
Martha Painter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-651
Carolyn Pauley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-652
Lindsey Parsley v. American Home Products Corp., et al., C.A. No. 3:08-653

Schedule of Matters for Hearing Session, Section B                        p. 11
Cambridge, Massachusetts

**MDL No. 1507 Attachment A (Continued)**

<u>Southern District of West Virginia</u> (Continued)

Joann Paxton v. American Home Products Corp., et al., C.A. No. 3:08-654
Linda Payne, et al. v. American Home Products Corp., et al., C.A. No. 3:08-655
Sharon Pemberton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-656
Brenda Pennington, et al. v. American Home Products Corp., et al., C.A. No. 3:08-657
Mary Perkins, et al. v. American Home Products Corp., et al., C.A. No. 3:08-658
Brenda Perrine, et al. v. American Home Products Corp., et al., C.A. No. 3:08-659
Dorothy Perry, et al. v. American Home Products Corp., et al., C.A. No. 3:08-660
Linda Perry v. American Home Products Corp., et al., C.A. No. 3:08-661
Louella Perry, et al. v. American Home Products Corp., et al., C.A. No. 3:08-662
Sheila Peters v. American Home Products Corp., et al., C.A. No. 3:08-663
Delores Phillips, et al. v. American Home Products Corp., et al., C.A. No. 3:08-664
Elizabeth Pickrell v. American Home Products Corp., et al., C.A. No. 3:08-665
Jane Pierce, et al. v. American Home Products Corp., et al., C.A. No. 3:08-666
Sharon Poe, et al. v. American Home Products Corp., et al., C.A. No. 3:08-667
Connie Porter, et al. v. American Home Products Corp., et al., C.A. No. 3:08-668
Marlene Price v. American Home Products Corp., et al., C.A. No. 3:08-669
Rowena Pritchett v. American Home Products Corp., et al., C.A. No. 3:08-670
Vivian Pursley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-671
Mary Ramey v. American Home Products Corp., et al., C.A. No. 3:08-672
Dorothy Ray v. American Home Products Corp., et al., C.A. No. 3:08-673
Brenda Raynes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-674
Lillian Raynes, et al. v. American Home Products Corp., et al., C.A. No. 3:08-675
Christina Rice, et al. v. American Home Products Corp., et al., C.A. No. 3:08-676
Clara Rigney, et al. v. American Home Products Corp., et al., C.A. No. 3:08-677
Judy Roberts, et al. v. American Home Products Corp., et al., C.A. No. 3:08-678
Teresa Roberts, et al. v. American Home Products Corp., et al., C.A. No. 3:08-679
Caroline Robinson v. American Home Products Corp., et al., C.A. No. 3:08-680
Charlotte Robinson v. American Home Products Corp., et al., C.A. No. 3:08-681
Wanda Robinson v. American Home Products Corp., et al., C.A. No. 3:08-682
Gladys Rogers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-683
Sharon Rogers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-684
Cheryl Rorie v. American Home Products Corp., et al., C.A. No. 3:08-685
Harold Ross, etc. v. American Home Products Corp., et al., C.A. No. 3:08-686

Schedule of Matters for Hearing Session, Section B                    p. 12
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


<u>Southern District of West Virginia</u> (Continued)

Katheryn Ross v. American Home Products Corp., et al., C.A. No. 3:08-687
Thelma Roy, et al. v. American Home Products Corp., et al., C.A. No. 3:08-688
Betty Runyan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-689
Connie Rutherford v. American Home Products Corp., et al., C.A. No. 3:08-690
Phyllis Samples v. American Home Products Corp., et al., C.A. No. 3:08-691
Barbara Sams v. American Home Products Corp., et al., C.A. No. 3:08-692
Judith Sarrett, et al. v. American Home Products Corp., et al., C.A. No. 3:08-693
Cheryl Satterfield v. American Home Products Corp., et al., C.A. No. 3:08-694
Tammy Saunders, et al. v. American Home Products Corp., et al., C.A. No. 3:08-695
Doris Saunders, et al. v. American Home Products Corp., et al., C.A. No. 3:08-696
Lou Ann Scaggs, et al. v. American Home Products Corp., et al., C.A. No. 3:08-697
Myrtle Scaggs, et al. v. American Home Products Corp., et al., C.A. No. 3:08-698
Frances Scarbro, et al. v. American Home Products Corp., et al., C.A. No. 3:08-699
Thomasina Schaffer, et al. v. American Home Products Corp., et al., C.A. No. 3:08-700
Karen Schagat, et al. v. American Home Products Corp., et al., C.A. No. 3:08-701
Jennifer Schmidt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-702
Judith Schultz, et al. v. American Home Products Corp., et al., C.A. No. 3:08-703
Minnie Scott, et al. v. American Home Products Corp., et al., C.A. No. 3:08-704
Mellie Seabolt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-705
Anne Sexton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-706
Barbara Shaffer, et al. v. American Home Products Corp., et al., C.A. No. 3:08-707
Myrtle Shamblin, et al. v. American Home Products Corp., et al., C.A. No. 3:08-708
Jackolin Shiels v. American Home Products Corp., et al., C.A. No. 3:08-709
Philippa Shores, et al. v. American Home Products Corp., et al., C.A. No. 3:08-710  Jeanette
Shumar v. American Home Products Corp., et al., C.A. No. 3:08-711
Bonnie Siders, et al. v. American Home Products Corp., et al., C.A. No. 3:08-712
Sandra Simmons, et al. v. American Home Products Corp., et al., C.A. No. 3:08-713
Gency Simpson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-714
Rhetta Skaggs v. American Home Products Corp., et al., C.A. No. 3:08-715
Yvonna Sloan, et al. v. American Home Products Corp., et al., C.A. No. 3:08-716
Annemarie Slone, et al. v. American Home Products Corp., et al., C.A. No. 3:08-717
Barbara Smith, et al. v. American Home Products Corp., et al., C.A. No. 3:08-718
Jackie Smith v. American Home Products Corp., et al., C.A. No. 3:08-719

Schedule of Matters for Hearing Session, Section B                    p. 13
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


Southern District of West Virginia (Continued)

Josephine Smith v. American Home Products Corp., et al., C.A. No. 3:08-720
Rhodonna Smith, et al. v. American Home Products Corp., et al., C.A. No. 3:08-721
Alice Spainhour, et al. v. American Home Products Corp., et al., C.A. No. 3:08-722
Regenia Stamper, et al. v. American Home Products Corp., et al., C.A. No. 3:08-723
Carolyn Stanley v. American Home Products Corp., et al., C.A. No. 3:08-724
Audalene Starr v. American Home Products Corp., et al., C.A. No. 3:08-725
Doreen Steele, et al. v. American Home Products Corp., et al., C.A. No. 3:08-726
Linda Steen, et al. v. American Home Products Corp., et al., C.A. No. 3:08-727
Shirley Stroehman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-728
Alice Stowers, et al. v. American Home Products Corp., et al., C.A. No. 3:08-729
Julia Sturgell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-730
Hazel Summerville v. American Home Products Corp., et al., C.A. No. 3:08-731
Bonnie Sutphin v. American Home Products Corp., et al., C.A. No. 3:08-732
Geraldine Sweeney, et al. v. American Home Products Corp., et al., C.A. No. 3:08-733
Vicenta Taisacan v. American Home Products Corp., et al., C.A. No. 3:08-734
Betty Talbert v. American Home Products Corp., et al., C.A. No. 3:08-735
Charlotte Taylor v. American Home Products Corp., et al., C.A. No. 3:08-736
Irene Taylor v. American Home Products Corp., et al., C.A. No. 3:08-737
Juanita Taylor v. American Home Products Corp., et al., C.A. No. 3:08-738
Navonda Tenney, et al. v. American Home Products Corp., et al., C.A. No. 3:08-739
Connie Thomas, et al. v. American Home Products Corp., et al., C.A. No. 3:08-740
Brenda Thompson v. American Home Products Corp., et al., C.A. No. 3:08-741
Liddie Thompson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-742   Susie
Thompson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-743
Juanita Tickle v. American Home Products Corp., et al., C.A. No. 3:08-744
Debra Tilley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-745
Beverly Tilson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-746
Goldie Tomblin v. American Home Products Corp., et al., C.A. No. 3:08-747
Nancy Toncray v. American Home Products Corp., et al., C.A. No. 3:08-748
Antha Tolley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-749
Barbara Traeger v. American Home Products Corp., et al., C.A. No. 3:08-750
Joann Truman, et al. v. American Home Products Corp., et al., C.A. No. 3:08-751
Shirley Tucker, et al. v. American Home Products Corp., et al., C.A. No. 3:08-752

Schedule of Matters for Hearing Session, Section B                    p. 14
Cambridge, Massachusetts


**MDL No. 1507 Attachment A (Continued)**


    <u>Southern District of West Virginia</u> (Continued)

Faye Turley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-753
Lisa Tuttle v. American Home Products Corp., et al., C.A. No. 3:08-754
Dorothy Upton, et al. v. American Home Products Corp., et al., C.A. No. 3:08-755
Brenda Utt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-756
Susan Vance, et al. v. American Home Products Corp., et al., C.A. No. 3:08-757
Rebecca Vice, et al. v. American Home Products Corp., et al., C.A. No. 3:08-758
Julie Walker, et al. v. American Home Products Corp., et al., C.A. No. 3:08-759
Mary Walker, et al. v. American Home Products Corp., et al., C.A. No. 3:08-760
Peggy Wallace, et al. v. American Home Products Corp., et al., C.A. No. 3:08-761
Roberta Wallace, et al. v. American Home Products Corp., et al., C.A. No. 3:08-762
Patricia Waller v. American Home Products Corp., et al., C.A. No. 3:08-763
Ella Walls, et al. v. American Home Products Corp., et al., C.A. No. 3:08-764
Helen Ward, et al. v. American Home Products Corp., et al., C.A. No. 3:08-765
Janet Wardle, et al. v. American Home Products Corp., et al., C.A. No. 3:08-766
Agnes Watt, et al. v. American Home Products Corp., et al., C.A. No. 3:08-767
Julia Watts, et al. v. American Home Products Corp., et al., C.A. No. 3:08-768
Marilyn Weaver, et al. v. American Home Products Corp., et al., C.A. No. 3:08-769
Norma Weaver, et al. v. American Home Products Corp., et al., C.A. No. 3:08-770
Elva Weekley v. American Home Products Corp., et al., C.A. No. 3:08-771
Linda Weis, et al. v. American Home Products Corp., et al., C.A. No. 3:08-772
Carroll Westfall v. American Home Products Corp., et al., C.A. No. 3:08-773
Sheila Wheeler, et al. v. American Home Products Corp., et al., C.A. No. 3:08-774
Kenneth Whitt, etc. v. American Home Products Corp., et al., C.A. No. 3:08-775
Paulette Wiley, et al. v. American Home Products Corp., et al., C.A. No. 3:08-776
Sharon Williams v. American Home Products Corp., et al., C.A. No. 3:08-777
Cheryl Wimer-Hoffman v. American Home Products Corp., et al., C.A. No. 3:08-778
Bernice Wilson, et al. v. American Home Products Corp., et al., C.A. No. 3:08-779
Carol Wimmer, et al. v. American Home Products Corp., et al., C.A. No. 3:08-780
Ramona Wolfe, et al. v. American Home Products Corp., et al., C.A. No. 3:08-781
Maxine Workman v. American Home Products Corp., et al., C.A. No. 3:08-782
Moss Workman, etc. v. American Home Products Corp., et al., C.A. No. 3:08-783
Judith Xenos, et al. v. American Home Products Corp., et al., C.A. No. 3:08-784
Sherry Youell, et al. v. American Home Products Corp., et al., C.A. No. 3:08-785
Helen Young, et al. v. American Home Products Corp., et al., C.A. No. 3:08-786
Mary Young v. American Home Products Corp., et al., C.A. No. 3:08-787

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:     HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
　　(i)     the dispositive issue(s) have been authoritatively decided; or
　　(ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.

Exhibit D

HBG, MDL

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CIVIL DOCKET FOR CASE #: 1:08–mdl–01935–CCC

MDL 1935 – IN RE: Chocolate Confectionary Antitrust
Litigation
Assigned to: Honorable Christopher C. Conner
Related Cases:  1:07–cv–02335–CCC
1:07–cv–02336–CCC
1:08–cv–00084–CCC
1:08–cv–00101–CCC
1:08–cv–00122–CCC
1:08–cv–00866–CCC
1:08–cv–00869–CCC
1:08–cv–00876–CCC
1:08–cv–00870–CCC
1:08–cv–00879–CCC
1:08–cv–00651–CCC
1:08–cv–00643–CCC
1:08–cv–00644–CCC
1:08–cv–00645–CCC
1:08–cv–00646–CCC
1:08–cv–00647–CCC
1:08–cv–00652–CCC
1:08–cv–00653–CCC
1:08–cv–00942–CCC
1:08–cv–00255–CCC
1:08–cv–00861–CCC
1:08–cv–00938–CCC
1:08–cv–00642–CCC
1:08–cv–00641–CCC
1:08–cv–00940–CCC
1:08–cv–00174–CCC
1:08–cv–00552–CCC
1:08–cv–00887–CCC
1:08–cv–00889–CCC
1:08–cv–00892–CCC
1:08–cv–00884–CCC
1:08–cv–01345–CCC
1:08–cv–01030–CCC
1:08–cv–00886–CCC
1:08–cv–00888–CCC
1:08–cv–00890–CCC
1:08–cv–00891–CCC
1:08–cv–00893–CCC
1:08–cv–00885–CCC
1:08–cv–00894–CCC
1:08–cv–00939–CCC
1:08–cv–00897–CCC
1:08–cv–01502–CCC
1:08–cv–00874–CCC

Date Filed: 04/07/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

1:08–cv–00868–CCC
1:08–cv–00873–CCC
1:08–cv–00864–CCC
1:08–cv–00875–CCC
1:08–cv–00867–CCC
1:08–cv–00871–CCC
1:08–cv–00878–CCC
1:08–cv–00872–CCC
1:08–cv–00877–CCC
1:08–cv–00865–CCC
1:08–cv–00880–CCC
1:08–cv–00882–CCC
1:08–cv–00883–CCC
1:08–cv–00862–CCC
1:08–cv–00734–CCC
1:08–cv–00648–CCC
1:08–cv–00640–CCC
1:08–cv–00800–CCC
1:08–cv–00895–CCC
1:08–cv–00896–CCC
1:08–cv–01154–CCC
1:08–cv–00854–CCC
1:08–cv–00857–CCC
1:08–cv–00853–CCC
1:08–cv–00856–CCC
1:08–cv–00852–CCC
1:08–cv–00858–CCC
1:08–cv–00859–CCC
1:08–cv–00860–CCC
1:08–cv–00881–CCC
1:08–cv–00996–CCC
1:08–cv–00941–CCC
1:08–cv–00937–CCC
1:08–cv–00936–CCC
1:08–cv–00649–CCC
1:08–cv–00650–CCC
1:08–cv–00935–CCC
1:08–cv–00863–CCC
1:08–cv–01516–CCC
1:08–cv–01517–CCC

Cause: 28:1331 Fed. Question: Anti–trust

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | 1 | ORDER signed by D. Lowell Jensen, MDL Panel Acting Chairman, filed on April 7, 2008 and received from the MDL Panel with Schedule A listing transfer cases included. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 2 | ORDER Pursuant to a conflict of interest as defined by Canons 2(B) and 3(C) of the Code of Judicial Conduct of United States Judges, IT IS HEREBY ORDERED THAT the undersigned shall be recused from the above–captioned MDL action. IT IS FURTHER ORDERED THAT the Clerk of Court shall reassign this matter to the Honorable Christopher C. Conner.Signed by Judge Yvette Kane on 4/10/08. (jc) (Entered: 04/11/2008) |

| 04/10/2008 | 3 | LETTER – from MDPA Clerk's Office to Clerk in the N.D. of California requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
|---|---|---|
| 04/10/2008 | 4 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of Michigan requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 5 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of Michigan requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 6 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of Michigan requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 7 | LETTER – from MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 8 | LETTER – from MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 9 | LETTER – from MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 10 | LETTER – from MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 11 | LETTER – from MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 12 | LETTER – from MDPA Clerk's Office to Clerk in the S.D. of New York requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 13 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of Pennsylvania requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Tranfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 14 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 15 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of Pennsylvania requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 16 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of Pennsylvania requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/10/2008 | 17 | LETTER – from MDPA Clerk's Office to Clerk in the E.D. of Virginia requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 4/7/08. (jc) (Entered: 04/11/2008) |
| 04/14/2008 | 18 | Mail Returned as Undeliverable. Mail (Doc. 1) sent to Thomas Yannucci. Doc. 1 re-mailed as Yannucci's address seems to have been corrected in database; (ep, ) Modified on 4/15/2008 (ep, ). (Entered: 04/14/2008) |
| 04/15/2008 | 19 | CASE MANAGEMENT ORDER NO. 1 establishing practices and procedures for administration of the Chocolate Confectionary Antitrust Litigation.Signed by Honorable Christopher C. Conner on 4/15/08. (jc) (Entered: 04/15/2008) |

| 04/17/2008 | 23 | ADMINISTRATIVE ORDER IT IS ORDERED that: 1) The Clerk of Court is directed to remove the notices of appearance (Docs. 20, 21, 22) from the docket in the above–captioned matter. This action is w/out prejudice to counsels' right to appear on behalf of John Candido in the event that his case is subsequently transferred to this court. 2) The Clerk of Court is directed to DROP plaintiff John Candido as a party to the above–captioned matter.Signed by Honorable Christopher C. Conner on 4/17/08. (jc) (Entered: 04/17/2008) |
| --- | --- | --- |
| 04/17/2008 | | DOCUMENTS 20, 21 and 22 DELETED per Judge Conner's Order filed 4/17/08. 23 (jc) (Entered: 04/17/2008) |
| 04/22/2008 | 24 | CASE MANAGEMENT ORDER NO. 2 RE: ATTORNEY MASTER SERVICE LIST It is hereby ORDERED that: 1) The Clerk of Court shall enter all attorneys listed in Attachment A as counsel of record... 2) Any Attorney appearing in the individual actions who desires to be entered as counsel of record but whose name is not listed in Attachment A may enter an appearance by filing a notice thereof via the court's Electronic Case Filing System... 3) Within 30 days, the Clerk of Court shall create an initial Attorney Master Service List consisting of all entries of appearance pursuant to Paragraphs 1 and 2 hereof. 4) Service of any document shall be deemed sufficient if made upon all individuals on the Attorney Master Service List. Signed by Honorable Christopher C. Conner on 4/22/08. SEE ORDER FOR COMPLETE DETAILS (jc) (Entered: 04/22/2008) |
| 04/22/2008 | 25 | NOTICE of Appearance by Frederick E. Blakelock on behalf of Mars Canada Inc., Mars North America, Mars Snackfoods U.S.A. LLC, Masterfoods USA, Mars, Incorporated (Blakelock, Frederick) (Entered: 04/22/2008) |
| 04/22/2008 | 26 | NOTICE of Appearance by Thomas S. Brown on behalf of Mars Canada Inc., Mars North America, Mars Snackfoods U.S.A. LLC, Masterfoods USA, Mars, Incorporated (Brown, Thomas) (Entered: 04/22/2008) |
| 04/22/2008 | 27 | NOTICE of Appearance by Michael F. Quinn on behalf of Mars Canada Inc., Mars North America, Mars Snackfoods U.S.A. LLC, Masterfoods USA, Mars, Incorporated (Quinn, Michael) (Entered: 04/22/2008) |
| 04/22/2008 | 29 | NOTICE of Appearance by Guy V. Amoresano on behalf of Mars Canada Inc., Mars North America, Mars Snackfoods U.S.A. LLC, Masterfoods USA, Mars, Incorporated (Amoresano, Guy) (Entered: 04/22/2008) |
| 04/22/2008 | 30 | NOTICE of Appearance by Stefan M. Meisner on behalf of Mars Canada Inc., Mars North America, Mars Snackfoods U.S.A. LLC, Masterfoods USA, Mars, Incorporated (Meisner, Stefan) (Entered: 04/22/2008) |
| 04/22/2008 | 31 | NOTICE of Appearance by Brian J. McMahon on behalf of Mars Canada Inc., Mars North America, Mars Snackfoods U.S.A. LLC, Masterfoods USA, Mars, Incorporated (McMahon, Brian) (Entered: 04/22/2008) |
| 04/23/2008 | 32 | CASE MANAGEMENT ORDER NO. 3 RE: INITIAL CASE MANAGEMENT CONFERENCE Case Management Conference set for 5/29/2008 at 09:00 AM in Harrisburg – Courtroom #2 before Honorable Christopher C. Conner. SEE ORDER FOR COMPLETE DETAILSSigned by Honorable Christopher C. Conner on 4/23/08. (jc) (Entered: 04/23/2008) |
| 04/23/2008 | | Document 28 (Entry of Appearance of Stefan M. Meisner) filed 4/22/08 deleted and replaced by document 30 filed 4/22/08. (jc) (Entered: 04/23/2008) |
| 04/23/2008 | 33 | NOTICE of Appearance by Roberta D. Liebenberg on behalf of The Lorain Novelty Co., Inc.. (Liebenberg, Roberta) (Entered: 04/23/2008) |
| 04/23/2008 | 34 | NOTICE of Appearance by Gerard A. Dever on behalf of The Lorain Novelty Co., Inc.. (Dever, Gerard) (Entered: 04/23/2008) |
| 04/23/2008 | 35 | NOTICE of Appearance by Ria C. Momblanco on behalf of The Lorain Novelty Co., Inc.. (Momblanco, Ria) (Entered: 04/23/2008) |
| 04/24/2008 | 36 | NOTICE of Appearance by Steven Dane Irwin on behalf of Katherine Woodman, Glenn Coffey (Irwin, Steven) (Entered: 04/24/2008) |

| 04/24/2008 | 37 | NOTICE of Appearance by Lee C. Swartz on behalf of Mandel Tobacco Company, Inc. (Swartz, Lee) (Entered: 04/24/2008) |
|---|---|---|
| 04/24/2008 | 38 | NOTICE of Appearance by Adam J. Levitt on behalf of Mandel Tobacco Company, Inc. (Levitt, Adam) (Entered: 04/24/2008) |
| 04/24/2008 | 39 | NOTICE of Appearance by Stephen M. Greecher, Jr on behalf of Mandel Tobacco Company, Inc. (Greecher, Stephen) (Entered: 04/24/2008) |
| 04/24/2008 | 40 | NOTICE of Appearance by Jeffrey B. Gittleman on behalf of The Lorain Novelty Co., Inc. (Gittleman, Jeffrey) (Entered: 04/24/2008) |
| 04/25/2008 | 41 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by David V. Weicht on behalf of Katherine Woodman, Glenn Coffey Attorney David V. Weicht is seeking special admission. Filing fee $ 25, receipt number 03140000000001271839.. (Weicht, David) (Entered: 04/25/2008) |
| 04/25/2008 | 42 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Roger P. Poorman on behalf of Katherine Woodman, Glenn Coffey Attorney Roger P. Poorman is seeking special admission. Filing fee $ 25, receipt number 03140000000001271871.. (Poorman, Roger) (Entered: 04/25/2008) |
| 04/25/2008 | 45 | NOTICE of Appearance by Craig S. Primis on behalf of The Hershey Company (Primis, Craig) (Entered: 04/25/2008) |
| 04/25/2008 | 46 | NOTICE of Appearance by Thomas D. Yannucci on behalf of The Hershey Company (Yannucci, Thomas) (Entered: 04/25/2008) |
| 04/28/2008 | 47 | ADMINISTRATIVE ORDER IT IS HEREBY ORDERED that: 1) The Clerk of Court is directed to REMOVE the notices of appearance (Docs. 43, 44) from the docket. This action is w/out prejudice to counsels' right to appear on behalf of Meijer, Inc., Meijer Distribution, Inc., Publix Supermarkets, Inc., and Affiliated Foods, Inc. in the event that a case in which they are parties is subsequently transferred to or filed with this court. 2) The Clerk of Court is directed to DROP plaintiss Meijer, Inc., Meijer Distribution, Inc., Publix Supermarkets, Inc., and Affiliated Foods, Inc. as parties to the above–captioned matter.Signed by Honorable Christopher C. Conner on 4/28/08. (jc) (Entered: 04/28/2008) |
| 04/28/2008 | | DOCUMENTS 43 &44 DELETED per Judge Conner's Order filed 4/28/08 47 . (jc) (Entered: 04/28/2008) |
| 04/28/2008 | 56 | SPECIAL ADMISSIONS FORM APPROVED as to David V. Weicht, Esquire. (Orig: SCR RegistryO Signed by Honorable Christopher C. Conner on 04/28/08. (ki) (Entered: 04/30/2008) |
| 04/28/2008 | 57 | SPECIAL ADMISSIONS FORM APPROVED as to Roger P. Poorman, Esquire. (Orig: SCR Registry) Signed by Honorable Christopher C. Conner on 04/30/08. (ki) (Entered: 04/30/2008) |
| 04/29/2008 | 48 | CERTIFICATE of Counsel re 37 Attorney Appearance – Entry of Appearance by Lee C. Swartz on behalf of Mandel Tobacco Company, Inc. (Swartz, Lee) (Entered: 04/29/2008) |
| 04/29/2008 | 49 | CERTIFICATE OF SERVICE by Mandel Tobacco Company, Inc. re 39 Attorney Appearance – Entry of Appearance (Greecher, Stephen) (Entered: 04/29/2008) |
| 04/29/2008 | 50 | NOTICE of Appearance by Bridget E. Montgomery on behalf of Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Schweppes PLC (Montgomery, Bridget) (Entered: 04/29/2008) |
| 04/29/2008 | 51 | NOTICE of Appearance by Jennifer L. Eul on behalf of Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Schweppes PLC (Eul, Jennifer) (Entered: 04/29/2008) |
| 04/29/2008 | 52 | NOTICE of Appearance by Simon B. Paris on behalf of The Lorain Novelty Co., Inc. (Paris, Simon) (Entered: 04/29/2008) |
| 04/29/2008 | 53 | CERTIFICATE OF SERVICE by Mandel Tobacco Company, Inc. re 38 Attorney Appearance – Entry of Appearance (Levitt, Adam) (Entered: 04/29/2008) |

| 04/29/2008 | 54 | CERTIFICATE OF SERVICE by Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Schweppes PLC re 50 Attorney Appearance – Entry of Appearance, 51 Attorney Appearance – Entry of Appearance (Eul, Jennifer) (Entered: 04/29/2008) |
|---|---|---|
| 04/29/2008 | 55 | CERTIFICATE of Service by The Lorain Novelty Co., Inc. re 52 Attorney Appearance – Entry of Appearance *of Simon B. Paris*. (Paris, Simon) (Entered: 04/29/2008) |
| 04/30/2008 | 59 | NOTICE of Appearance by Krishna B. Narine on behalf of Richard Miller, Marcia Miller (Narine, Krishna) (Entered: 04/30/2008) |
| 04/30/2008 | 61 | NOTICE of Appearance by Peter S. Linden on behalf of United Wholesale, International Wholesale, Inc., United Customs Distribution, Weaver Nut Company, Royal Enterprises Corporation (Linden, Peter) (Entered: 04/30/2008) |
| 04/30/2008 | 62 | NOTICE of Appearance by David E Kovel on behalf of International Wholesale, Inc., United Customs Distribution, Weaver Nut Company, Royal Enterprises Corporation, United Wholesale (Kovel, David) (Entered: 04/30/2008) |
| 04/30/2008 | 63 | NOTICE of Appearance by Beverly L Tse on behalf of International Wholesale, Inc., United Customs Distribution, Weaver Nut Company, Royal Enterprises Corporation, United Wholesale (Tse, Beverly) (Entered: 04/30/2008) |
| 04/30/2008 | | For future reference, certificates of service should NOT be filed as a separate document but should be incorporated within the document. (jc) (Entered: 04/30/2008) |
| 04/30/2008 | 64 | NOTICE of Appearance by Elizabeth C. Pritzker on behalf of Diane Chiger (Pritzker, Elizabeth) (Entered: 04/30/2008) |
| 05/01/2008 | | COUNSEL should note that ECF passwords and logins are not interchangeable. In order for your name to appear on the docket sheet when entering a Notice of Appearance you have to use your M.D. PA issued password and login. (jc) (Entered: 05/01/2008) |
| 05/01/2008 | 65 | ADMINISTRATIVE ORDER It is hereby ORDERED that: 1) The Clerk of Court is directed to REMOVE the notice of appearance (Doc. 58) and the certificate reflecting service thereof (Doc. 60) from the docket. This action is w/out prejudice to counsel's right to appear o/b/o of Weaver Nut Co. and Royal Enterprises Corp. in the event that a case in which they are parties is subsequently transferred to or filed with this court. 2) The Clerk of Court is directed to DROP pltfs Weaver Nut Co. and Royal Enterprises as parties. Signed by Honorable Christopher C. Conner on 5/1/08. (jc) (Entered: 05/01/2008) |
| 05/01/2008 | | DOCUMENTS 58 and 60 deleted per Administrative Order filed 5/1/08 65 . (jc) (Entered: 05/01/2008) |
| 05/01/2008 | 66 | ADMINISTRATIVE ORDER It is hereby ORDERED that: 1) The notice of appearance 59 is DECLARED ineffective with respect to Lori Ann Hongach and Eugenia Micelli. 2) This action is w/out prejudice to counsel's right to appear o/b/o Lori Ann Hongach and Eugenia Micelli in the event that a case in which they are parties is subsequently transferred to or commenced with this court. If such a case is subsequently transferred to or commenced with this court, counsel shall file a timely notice of appearance in the above–captioned matter. Signed by Honorable Christopher C. Conner on 5/1/08. (jc) (Entered: 05/01/2008) |
| 05/01/2008 | 67 | ADMINISTRATIVE ORDER It is hereby ORDERED that: 1) The notice of appearance 61 62 63 are DECLARED ineffective with respect to Weaver Nut Co. and Royal Enterprises Corp. 2) This action is w/out prejudice to counsel's right to appear o/b/o Weaver Nut Co. and Royal Enterprises Corp. in the event that a case in which they are parties is subsequently transferred to or commenced with this court. If such a case is subsequently transferred to or commenced with this court, counsel shall file a timely notice of appearance. 3) The Clerk of Court is directed to DROP plaintiffs Weanver Nut Co. and Royal Enterprises Corp. as parties to the above–captioned matter. Signed by Honorable Christopher C. Conner on 5/1/08. (jc) (Entered: 05/01/2008) |

| 05/06/2008 | 68 | NOTICE of Appearance by Michael A. Finio on behalf of Nestle United States, Inc., Nestle U.S.A., Inc., Nestle USA (Finio, Michael) (Entered: 05/06/2008) |
|---|---|---|
| 05/06/2008 | | COUNSEL should note that ECF passwords and logins are not interchangeable. In order for your name to appear on the docket sheet when entering a Notice of Appearance you have to use your M.D. PA issued password and login. (jc) (Entered: 05/06/2008) |
| 05/06/2008 | 69 | NOTICE of Appearance by Kimberly M. Colonna on behalf of The Hershey Company (Colonna, Kimberly) (Entered: 05/06/2008) |
| 05/06/2008 | 70 | NOTICE of Appearance by David E. Lehman on behalf of The Hershey Company (Lehman, David) (Entered: 05/06/2008) |
| 05/06/2008 | 71 | NOTICE of Appearance by Alan R. Boynton, Jr on behalf of The Hershey Company (Boynton, Alan) (Entered: 05/06/2008) |
| 05/07/2008 | 72 | NOTICE of Appearance by Matthew M. Haar on behalf of Nestle United States, Inc., Nestle U.S.A., Inc., Nestle USA (Haar, Matthew) (Entered: 05/07/2008) |
| 05/07/2008 | 73 | NOTICE of Appearance by Emily H. Damron on behalf of Nestle United States, Inc., Nestle U.S.A., Inc., Nestle USA (Damron, Emily) (Entered: 05/07/2008) |
| 05/07/2008 | 76 | CERTIFIED CONDITIONAL TRANSFER ORDER (CTO–1) signed by Jeffrey N. Luthi, Clerk of the Panel, filed 5/7/08 and received from the MDL Panel with Schedule CTO–1 Tag–Along Actions attached. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 77 | LETTER – from the MDPA Clerk's Office to Clerk in the Central District of California requesting transfer of their case to the M.D. of PA pursuant to Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 78 | LETTER – from the MDPA Clerk's Office to Clerk in the Central District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 79 | LETTER – from the MDPA Clerk's Office to Clerk in the Central District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 80 | LETTER – from the MDPA Clerk's Office to Clerk in the Central District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 81 | LETTER – from the MDPA Clerk's Office to the Clerk in the Central District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 82 | LETTER – from the MDPA Clerk's Office to Clerk in the Central District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 83 | LETTER – from the MDPA Clerk's Office to the Clerk in the Central District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 84 | LETTER – from the MDPA Clerk's Office to Clerk in the Central District of California reqeusting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 85 | LETTER – from the MDPA Clerk's Office to Clerk in the Central District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/09. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 86 | LETTER – from the MDPA Clerk's Office to Clerk in the Northern District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 87 | LETTER – from the MDPA Clerk's Office to Clerk in the Northern District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |

| 05/07/2008 | 88 | LETTER – from the MDPA Clerk's Office to Clerk in the Eastern District of Michigan requesting the tranfer of their case to the M.D. of PA pursuant to Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 89 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey reqesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 90 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 91 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 92 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesitng the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 93 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 94 | LETTER – from MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 95 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 96 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 97 | LETTER – from the MDPA Clerk's Office to Clerk in the District of Nnew Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc ) (Entered: 05/09/2008) |
| 05/07/2008 | 98 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 99 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 100 | LETTER – from the MDPA Clerk's Office to the Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 101 | LETTER – from the MDPA Clerk's Office to Clerk in the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 102 | LETTER – from the MDPA Clerk's Office to Clerk for the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 103 | LETTER – from the MDPA Clerk's Office to Clerk for the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 104 | LETTER – from the MDPA Clerk's Office to Clerk for the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |

| 05/07/2008 | 105 | LETTER – from the MDPA Clerk's Office to Clerk for the Southern District of New York requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 106 | LETTER – from the MDPA Clerk's Office to Clerk for the Southern District of New York requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 107 | LETTER – from the MDPA Clerk's Office to Clerk for the Southern District of New York requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 108 | LETTER – from the MDPA Clerk's Office to Clerk for the Southern District of New York requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc ) (Entered: 05/09/2008) |
| 05/07/2008 | 109 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting that their case be transferred to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 110 | LETTER – fro the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 111 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 112 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 113 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 114 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 115 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 116 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the tranfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc ) (Entered: 05/09/2008) |
| 05/07/2008 | 117 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 118 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 119 | LETTER – from the MDPA Clerk's Office to Clerk for the W.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 120 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of Texas requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/07/2008 | 121 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of Texas requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |

| 05/07/2008 | 122 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of Wisconsin requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–1–Tag–Along Order filed 5/7/08. (jc) (Entered: 05/09/2008) |
| 05/09/2008 | 74 | NOTICE of Appearance by Joshua R. Carver on behalf of Glenn Coffey (Carver, Joshua) (Entered: 05/09/2008) |
| 05/09/2008 | 75 | NOTICE of Appearance by Randall B. Weill on behalf of Glenn Coffey (Weill, Randall) (Entered: 05/09/2008) |
| 05/13/2008 | 123 | NOTICE of Appearance by Thomas M Mueller on behalf of Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Schweppes PLC. (Attachments: # 1 Affidavit of Service)(Mueller, Thomas) (Entered: 05/13/2008) |
| 05/13/2008 | 124 | NOTICE of Appearance by Anh P Le on behalf of Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Schweppes PLC. (Attachments: # 1 Affidavit of Service)(Le, Anh) (Entered: 05/13/2008) |
| 05/13/2008 | 125 | NOTICE of Appearance by Morissa R. Falk on behalf of CNS Confectionery Products, LLC, Winn Corporation, Stephen Snow, Comwest Industries Inc. (Falk, Morissa) (Entered: 05/13/2008) |
| 05/14/2008 | 126 | NOTICE of Appearance by Donald L Perelman on behalf of The Lorain Novelty Co., Inc. (Perelman, Donald) (Entered: 05/14/2008) |
| 05/14/2008 | 127 | NOTICE of Appearance by Gregory S. Asciolla on behalf of CNS Confectionery Products, LLC, Winn Corporation, Stephen Snow, Comwest Industries Inc. (Asciolla, Gregory) (Entered: 05/14/2008) |
| 05/14/2008 | 128 | CERTIFIED CONDITIONAL TRANSFER ORDER (CTO–2) signed by Jeffrey N. Luthi, Clerk of the Panel, filed 5/14/08 and received from the MDL Panel with Schedule CTO–2–Tag–Along Actions attached. (jc) (Entered: 05/14/2008) |
| 05/14/2008 | 129 | LETTER – from the MDPA Clerk's Office to Clerk for the Southern District of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–Along order filed 5/14/08. (jc) (Entered: 05/14/2008) |
| 05/14/2008 | 130 | LETTER – from the MDPA Clerk's Office to Clerk of the Northern District of Illinois requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–Along Order filed 5/14/08. (jc) (Entered: 05/14/2008) |
| 05/14/2008 | 131 | LETTER – from the MDPA Clerk's Office to Clerk for the Eastern District of Louisiana requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–Along Order filed 5/14/08. (jc) (Entered: 05/14/2008) |
| 05/14/2008 | 132 | LETTER – from the MDPA Clerk's Office to Clerk for the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–Along Order filed 5/14/08. (jc) (Entered: 05/14/2008) |
| 05/14/2008 | 133 | LETTER – from the MDPA Clerk's Office to Clerk for the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–Along Order filed 5/14/08. (jc) (Entered: 05/14/2008) |
| 05/14/2008 | 134 | LETTER – from the MDPA Clerk's Office to Clerk for the District of New Jersey requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–Along order filed 5/14/08. (jc) (Entered: 05/14/2008) |
| 05/14/2008 | 135 | LETTER – from the MDPA Clerk's Office to Clerk for the Southern District of New York requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–Along Order filed 5/14/08. (jc ) (Entered: 05/14/2008) |
| 05/14/2008 | 136 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of PA requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–2–Tag–along Order filed 5/14/08. (jc) (Entered: 05/14/2008) |
| 05/15/2008 | 137 | NOTICE of Appearance by Ronald J. Aranoff on behalf of Thomas Rode (Aranoff, Ronald) (Entered: 05/15/2008) |
| 05/15/2008 | 138 | NOTICE of Appearance by Timothy D Battin on behalf of Stephanos Sgouros (Battin, Timothy) (Entered: 05/15/2008) |

| 05/16/2008 | 139 | NOTICE of Appearance by Linda Nussbaum on behalf of Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc. (Nussbaum, Linda) (Entered: 05/16/2008) |
| 05/16/2008 | 140 | NOTICE of Appearance by Robert N. Kaplan on behalf of Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc. (Kaplan, Robert) (Entered: 05/16/2008) |
| 05/16/2008 | 141 | NOTICE of Appearance by W. Joseph Bruckner on behalf of Canteen Company of Utica–Rome, Inc.. (Bruckner, W.) (Entered: 05/16/2008) |
| 05/19/2008 | 142 | NOTICE of Appearance by Steven D. Shadowen on behalf of CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp. (Shadowen, Steven) (Entered: 05/19/2008) |
| 05/19/2008 | 143 | NOTICE of Appearance by Joseph T. Lukens on behalf of CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp. (Lukens, Joseph) (Entered: 05/19/2008) |
| 05/19/2008 | 144 | NOTICE of Appearance by Howard D. Scher on behalf of ITWAL, Ltd.. (Scher, Howard) (Entered: 05/19/2008) |
| 05/19/2008 | 145 | NOTICE of Appearance by Richard M Steuer on behalf of ITWAL, Ltd.. (Steuer, Richard) (Entered: 05/19/2008) |
| 05/19/2008 | 146 | NOTICE of Appearance by Rosa M Morales on behalf of ITWAL, Ltd.. (Morales, Rosa) (Entered: 05/19/2008) |
| 05/20/2008 | | COUNSEL are notified that Documents 144, 145 & 146 are to be docketed in the individual cases reflected on the Notice of Entry of Appearance. These cases to date are not consolidated into 1:MDL–08–1935. (jc) (Entered: 05/20/2008) |
| 05/20/2008 | 147 | NOTICE of Appearance by William J. Blechman on behalf of The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc. (Blechman, William) (Entered: 05/20/2008) |
| 05/20/2008 | 148 | NOTICE of Appearance by Douglas H Patton on behalf of The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc. (Patton, Douglas) (Entered: 05/20/2008) |
| 05/20/2008 | 149 | NOTICE of Appearance by Scott E Perwin on behalf of The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc. (Perwin, Scott) (Entered: 05/20/2008) |
| 05/20/2008 | 150 | NOTICE of Appearance by James T Almon on behalf of The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc. (Almon, James) (Entered: 05/20/2008) |
| 05/20/2008 | 151 | NOTICE of Appearance by Paula G Lin on behalf of ITWAL, Ltd.. (Lin, Paula) (Entered: 05/20/2008) |
| 05/20/2008 | 152 | NOTICE of Appearance by Cathleen Coyle McNulty on behalf of ITWAL, Ltd.. (McNulty, Cathleen) (Entered: 05/20/2008) |
| 05/21/2008 | 153 | NOTICE of Appearance by Jayson R. Wolfgang on behalf of ITWAL, Ltd. (Wolfgang, Jayson) (Entered: 05/21/2008) |
| 05/21/2008 | 154 | NOTICE of Appearance by Richard Alan Arnold on behalf of The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc. (Arnold, Richard) (Entered: 05/21/2008) |
| 05/21/2008 | 155 | NOTICE of Appearance by Peter S. Linden on behalf of Weaver Nut Company, Royal Enterprises Corporation (Linden, Peter) (Entered: 05/21/2008) |
| 05/21/2008 | 156 | NOTICE of Appearance by Daniel Hume on behalf of Weaver Nut Company, Royal Enterprises Corporation (Hume, Daniel) (Entered: 05/21/2008) |
| 05/21/2008 | 157 | NOTICE of Appearance by David E Kovel on behalf of Weaver Nut Company, Royal Enterprises Corporation (Kovel, David) (Entered: 05/21/2008) |
| 05/21/2008 | 158 | NOTICE of Appearance by Beverly L Tse on behalf of Weaver Nut Company, Royal Enterprises Corporation (Tse, Beverly) (Entered: 05/21/2008) |
| 05/21/2008 | 159 | NOTICE of Appearance by Seth R Gassman on behalf of Webb's Candies, Inc., NMJ Consultant Group, Inc. (Gassman, Seth) (Entered: 05/21/2008) |

| 05/21/2008 | 160 | NOTICE of Appearance by Ruthanne Gordon on behalf of Brookshire Brothers, Ltd. (Gordon, Ruthanne) (Entered: 05/21/2008) |
|---|---|---|
| 05/21/2008 | 161 | NOTICE of Appearance by Jane Gowen Penny on behalf of Jones Vend and OCS Distributing, Inc. (Attachments: #1 Certificate of Service)(Penny, Jane) (Entered: 05/21/2008) |
| 05/21/2008 | 162 | NOTICE of Appearance by Joseph M. Patane on behalf of John Candido (Patane, Joseph) (Entered: 05/21/2008) |
| 05/21/2008 | 163 | NOTICE of Appearance by Lauren Clare Russell on behalf of John Candido (Russell, Lauren) (Entered: 05/21/2008) |
| 05/22/2008 | | Document 164 filed 5/22/08 deleted due to docketing error. (jc) (Entered: 05/22/2008) |
| 05/22/2008 | 164 | NOTICE of Appearance by Howard J. Sedran on behalf of The Lorain Novelty Co., Inc.. (Sedran, Howard) (Entered: 05/22/2008) |
| 05/22/2008 | 165 | NOTICE of Appearance by Jayne A. Goldstein on behalf of NMJ Consultant Group, Inc. (Goldstein, Jayne) (Entered: 05/22/2008) |
| 05/22/2008 | 166 | NOTICE of Appearance by Jayne A. Goldstein on behalf of The Lorain Novelty Co., Inc. (Goldstein, Jayne) (Entered: 05/22/2008) |
| 05/22/2008 | 167 | NOTICE of Appearance by Kevin J. Kehner on behalf of Robert Philipson (Kehner, Kevin) (Entered: 05/22/2008) |
| 05/22/2008 | 168 | NOTICE of Appearance by Kenneth A. Wexler on behalf of Marcy Linder (Wexler, Kenneth) (Entered: 05/22/2008) |
| 05/22/2008 | 169 | NOTICE of Appearance by Walter W. Cohen on behalf of Robert Philipson (Cohen, Walter) (Entered: 05/22/2008) |
| 05/22/2008 | 170 | NOTICE of Appearance by Walter W. Cohen on behalf of Stephanos Sgouros (Cohen, Walter) (Entered: 05/22/2008) |
| 05/22/2008 | 171 | CASE MANAGEMENT PLAN *Parties' Joint Report Regarding Proposed Case Management Plans and Conference Agenda* by Stephen L. LaFrance Pharmacy, Inc., Nestle United States, Inc., Nestle U.S.A., Inc., Richard Miller, Marcia Miller, Cadbury Schweppes Americas, Cadbury Adams USA LLC, Nestle S.A., Western Skier, Ltd., CNS Confectionery Products, LLC, Cadbury Adams Canada, Inc., Winn Corporation, Cadbury Adams, Hershey Canada, Inc., Akisa Matsuda, Eric Lense, Mars Canada Inc., John Does I–X, Diane Chiger, Stephen Snow, Comwest Industries Inc., Mars North America, Michael W. DeMarshall, STLE Corporation, Mars Snackfoods U.S.A. LLC, Nestle Canada Inc., ITWAL, Ltd., Masterfoods USA, Michael McNamara, Nestle USA, Webb's Candies, Inc., Scott Lamson, International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, The Lorain Novelty Co., Inc., Robert Philipson, Mars US, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Paula Wolner, The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc., Affiliated Foods, Inc., Canteen Company of Utica–Rome, Inc., Lori Ann Hongach, Esther Naomi Lieberman, Brookshire Brothers, Ltd., PITCO Foods, Kraft Foods Inc., Alfred Ritter GMBH &Co. KG, Mars Snackfood US LLC, Cadbury Schweppes Americas Confectionery, Meijer, Inc., Meijer Distribution, Inc., Thomas Rode, Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Mandel Tobacco Company, Inc., Rite Aid Hdqtrs. Corp., Donald Webster, Giant Eagle, Inc., Debra L. Damaske, Shirley A. Dresen, John H. Brosius, Jane A. Balzer, Afrim Dzelili, Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cadbury Schweppes PLC, Cindy Elan–Mangano, George Patterson, John Candido, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, Eugenia Miceli, Jones Vend and OCS Distributing, Inc., Russell Traub, The Hershey Company, C.W. Brower, Inc., Craig Stephenson, Kevin Tierney, Treat America Limited, T. Levy Associates, Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, |

| | | |
|---|---|---|
| | | Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz, Mars, Incorporated, Nestle Suisse S.A.. (Cohen, Walter) (Entered: 05/22/2008) |
| 05/22/2008 | 172 | CASE MANAGEMENT PLAN *Plaintiffs' Pre–Conference Brief* by Stephen L. LaFrance Pharmacy, Inc., Richard Miller, Marcia Miller, Western Skier, Ltd., CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., Michael W. DeMarshall, STLE Corporation, Michael McNamara, Webb's Candies, Inc., Scott Lamson, International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, The Lorain Novelty Co., Inc., Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Paula Wolner, The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc., Affiliated Foods, Inc., Canteen Company of Utica–Rome, Inc., Lori Ann Hongach, Esther Naomi Lieberman, Brookshire Brothers, Ltd., PITCO Foods, Meijer, Inc., Meijer Distribution, Inc., Thomas Rode, Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Mandel Tobacco Company, Inc., Rite Aid Hdqtrs. Corp., Donald Webster, Giant Eagle, Inc., Debra L. Damaske, Shirley A. Dresen, John H. Brosius, Jane A. Balzer, Afrim Dzelili, Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, John Candido, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, Eugenia Miceli, Jones Vend and OCS Distributing, Inc., Russell Traub, C.W. Brower, Inc., Craig Stephenson, Kevin Tierney, Treat America Limited, T. Levy Associates, Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz. (Cohen, Walter) (Entered: 05/22/2008) |
| 05/22/2008 | 173 | MEMORANDUM OF LAW by Mars, Incorporated *Defendants Mars, Hershey, Nestle, Cadbury and Itwal's Pre–Conference Brief.* (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H)(Brown, Thomas) (Entered: 05/22/2008) |
| 05/23/2008 | 174 | NOTICE of Appearance by H. L. Montague, Jr on behalf of Brookshire Brothers, Ltd. (Montague, H.) (Entered: 05/23/2008) |
| 05/23/2008 | 175 | NOTICE of Appearance by Kevin B. Love on behalf of Seth E. Ellis, PA (Love, Kevin) (Entered: 05/23/2008) |
| 05/23/2008 | 176 | NOTICE of Appearance by William E. Hoese on behalf of Glenn Coffey (Hoese, William) (Entered: 05/23/2008) |
| 05/23/2008 | 177 | NOTICE of Appearance by Douglas A. Abrahams on behalf of Glenn Coffey (Abrahams, Douglas) (Entered: 05/23/2008) |
| 05/23/2008 | 178 | NOTICE of Appearance by Edward A. Wallace on behalf of Marcy Linder (Wallace, Edward) (Entered: 05/23/2008) |
| 05/23/2008 | 179 | NOTICE of Appearance by Bruce L. Simon on behalf of Jones Vend and OCS Distributing, Inc. (Simon, Bruce) (Entered: 05/23/2008) |
| 05/23/2008 | 180 | CASE MANAGEMENT ORDER NO. 3A RE: ATTORNEY ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE – It is hereby ORDERED that: 1. Attendance in person @ initial CMC shall not be mandatory... 2. Cnsl are advised that ct will utilize a telephone conferencing system for initial CMC &conferences throughout litigation...; 3. Cnsl who attend conf in person advised of limited seating capacity... no cnsl guaranteed seating in ctrm...; 4. All cnsl advised that ct will make available a transcript of proceedings...; 5. Clrk of Ct to file this order in action No. |

| | | 1:08–MDL–1935 only... (SEE ORDER FOR COMPLETE DETAILS.) Signed by Honorable Christopher C. Conner on 05/23/08. (ki) (Entered: 05/23/2008) |
|---|---|---|
| 05/23/2008 | 181 | NOTICE of Appearance by Mark J. Tamblyn on behalf of Marcy Linder (Tamblyn, Mark) (Entered: 05/23/2008) |
| 05/23/2008 | 182 | NOTICE of Appearance by Amber M. Nesbitt on behalf of Marcy Linder (Nesbitt, Amber) (Entered: 05/23/2008) |
| 05/23/2008 | 183 | Unopposed MOTION for Extension of Time to for Domestic Defendants to Respond to Complaint by Nestle U.S.A., Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit(s), # 3 Exhibit(s))(Finio, Michael) (Entered: 05/23/2008) |
| 05/27/2008 | 184 | NOTICE of Appearance by Adam S. Levy on behalf of T. Levy Associates (Levy, Adam) (Entered: 05/27/2008) |
| 05/27/2008 | 185 | ADMINISTRATIVE ORDER re: motion for ext of time for defts to respond to complaint in No. 1:08–CV–0879 183 – It is hereby ORDERED that: 1. The time w/in which defts must respond to complaint in No. 1:08–CV–0879 is STAYED pending conc of initial CMC &issuance of CMO est procedures for admin of matters incident to this litigation.; 2. Motion for ext of time 183 DENIED as MOOT w/out prejudice to parteis' rt to re–file it after expiration of stay. (See order for complete details.) Signed by Honorable Christopher C. Conner on 05/27/08. (ki) (Entered: 05/27/2008) |
| 05/27/2008 | 186 | NOTICE of Appearance by Donald E Haviland on behalf of T. Levy Associates (Haviland, Donald) (Entered: 05/27/2008) |
| 05/27/2008 | 187 | NOTICE of Appearance by Michael J. Lorusso on behalf of T. Levy Associates (Lorusso, Michael) (Entered: 05/27/2008) |
| 05/27/2008 | 188 | NOTICE of Appearance by Michael D. Hausfeld on behalf of VME Distributors, Inc., Card &Party Mart II Ltd., Webb's Candies, Inc., NMJ Consultant Group, Inc. (Hausfeld, Michael) (Entered: 05/27/2008) |
| 05/27/2008 | 189 | CASE MANAGEMENT ORDER NO. 3B re: CMO No. 3A 180 re: telephonic participation in 5/29/08 – 1. Cnsl to utilize CourtCall tele conf svcs...; 2. Cnsl who wish to participate in CMC by phone must register w/ CourtCall...; 3. CourtCall will provide cnsl w/ phone nubmer to be used.; 4. All cnsl must dial into CourtCall system @ least 10 mins prior to CMC...; 5. Use of cell phones for conf discouraged...; 6. Mute function must be engaged except when speaking.; 7. Cnsl must ID themselves for record each time they speak.; 8.Cnsl responsibile for own expenses incurred through use of CourtCall sves... (See order for complete details.) Signed by Honorable Christopher C. Conner on 05/27/08. (ki) (Entered: 05/27/2008) |
| 05/27/2008 | 190 | NOTICE of Voluntary Dismissal by Scott Lamson (Russell, Lauren) (Entered: 05/27/2008) |
| 05/27/2008 | 191 | NOTICE of Appearance by Mary J. Fait on behalf of Mandel Tobacco Company, Inc. (Attachments: # 1 Certificate of Service)(Fait, Mary) (Entered: 05/27/2008) |
| 05/27/2008 | 192 | Corporate Disclosure Statement by ITWAL, Ltd.. (Scher, Howard) (Entered: 05/27/2008) |
| 05/27/2008 | 193 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Mars Canada Inc., Mars North America, Mars Snackfoods U.S.A. LLC, Masterfoods USA, Mars, Incorporated. (Blakelock, Frederick) (Entered: 05/27/2008) |
| 05/27/2008 | 194 | NOTICE of Appearance by Torsten M. Kracht on behalf of Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc. (Kracht, Torsten) (Entered: 05/27/2008) |
| 05/27/2008 | 195 | NOTICE of Appearance by Todd M. Stenerson on behalf of Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc. (Stenerson, Todd) (Entered: 05/27/2008) |
| 05/27/2008 | 196 | NOTICE of Appearance by Michael A. McShane on behalf of Karin Jacobs (McShane, Michael) (Entered: 05/27/2008) |

| 05/28/2008 | 197 | ORDER re: voluntary dismissal of Scott Lamson &directing Clrk of Ct to drop Scott Lamson as party to matter, to CLOSE Civil No. 1:08−CV−0639 &to docket order in this matter &No. 1:08−CV−0639. (See order for complete details.) Signed by Honorable Christopher C. Conner on 05/28/08. (ki) (Entered: 05/28/2008) |
|---|---|---|
| 05/28/2008 | 198 | Corporate Disclosure Statement by Hershey Canada, Inc., The Hershey Company. (Boynton, Alan) (Entered: 05/28/2008) |
| 05/28/2008 | 199 | NOTICE of Appearance by William G. Caldes on behalf of Michael W. DeMarshall (Caldes, William) (Entered: 05/28/2008) |
| 05/28/2008 | 200 | NOTICE of Appearance by Eugene A. Spector on behalf of Michael W. DeMarshall (Caldes, William) (Entered: 05/28/2008) |
| 05/28/2008 | 201 | NOTICE of Appearance by Jay S. Cohen on behalf of Michael W. DeMarshall (Caldes, William) (Entered: 05/28/2008) |
| 05/28/2008 | 202 | NOTICE by Brookshire Brothers, Ltd. *Nomination of Interim Liaison Counsel for the Direct Purchaser Plaintiffs* (Montague, H.) (Entered: 05/28/2008) |
| 05/28/2008 | 203 | NOTICE of Appearance by Barry C. Barnett on behalf of Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli (Barnett, Barry) (Entered: 05/28/2008) |
| 05/28/2008 | 204 | NOTICE by Nestle U.S.A., Inc., Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Hershey Canada, Inc., Mars Canada Inc., Mars Snackfoods U.S.A. LLC, ITWAL, Ltd., Masterfoods USA, Cadbury Schweppes PLC, The Hershey Company, Mars, Incorporated *Defendants' Nomination of Interim Liaison Counsel* (Boynton, Alan) (Entered: 05/28/2008) |
| 05/28/2008 | 205 | CASE MANAGEMENT PLAN *Response of Fifty Plaintiffs to the Court's Case Management Order No. 3 Requiring Nomination of Interim Liaison Counsel* by Winn Corporation, Stephen Snow, Comwest Industries Inc., Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Thomas Rode, Julia Isenhower, Weaver Nut Company, Royal Enterprises Corporation, VME Distributors, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated). (Cohen, Walter) (Entered: 05/28/2008) |
| 05/28/2008 | 206 | NOTICE of Appearance by Fred A Silva on behalf of C.W. Brower, Inc. (Silva, Fred) (Entered: 05/28/2008) |
| 05/28/2008 | 207 | NOTICE of Appearance by Clinton P Walker on behalf of C.W. Brower, Inc. (Walker, Clinton) (Entered: 05/28/2008) |
| 05/29/2008 | 208 | NOTICE of Appearance by Christopher J. Cormier on behalf of Webb's Candies, Inc., NMJ Consultant Group, Inc. (Cormier, Christopher) (Entered: 05/29/2008) |
| 05/29/2008 | 209 | NOTICE of Appearance by Manuel J. Dominguez on behalf of Robert Philipson (Dominguez, Manuel) (Entered: 05/29/2008) |
| 05/29/2008 | 210 | CERTIFICATE OF SERVICE by Robert Philipson re 209 Attorney Appearance − Entry of Appearance (Dominguez, Manuel) (Entered: 05/29/2008) |
| 05/29/2008 | 211 | SUMMONS Returned Executed by Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc.. (Nussbaum, Linda) (Entered: 05/29/2008) |
| 05/29/2008 | 213 | NOTICE of Appearance by Rachel S. Black on behalf of Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli. (Black, Rachel) (Entered: 05/29/2008) |
| 05/29/2008 | 214 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Schweppes PLC. (Montgomery, Bridget) (Entered: 05/29/2008) |
| 05/29/2008 | 215 | AFFIDAVIT of Service for Amended Class Action Complaint served on Dennis A. Viaira on 4/28/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 05/29/2008) |

| 05/29/2008 | 216 | AFFIDAVIT of Service for Amended Class Action Complaint served on Terrence J. Ellwood on 4/09/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 05/29/2008) |
|---|---|---|
| 05/29/2008 | 217 | AFFIDAVIT of Service for Amended Class Action Complaint served on Dennis A. Viaira on 4/28/2008, filed by CNS Confectionery Products, LLC. (Falk, Morissa) (Entered: 05/29/2008) |
| 05/29/2008 | 218 | AFFIDAVIT of Service for Amended Class Action Complaint served on Gloria Fantanzzi on 4/17/2008, filed by CNS Confectionery Products, LLC. (Falk, Morissa) (Entered: 05/29/2008) |
| 05/29/2008 | 219 | AFFIDAVIT of Service for Amended Class Action Complaint served on Terrence J. Ellwood on 4/09/2008, filed by CNS Confectionery Products, LLC. (Falk, Morissa) (Entered: 05/29/2008) |
| 05/29/2008 | 220 | NOTICE of Appearance by Kathy L Monday on behalf of C.W. Brower, Inc. (Monday, Kathy) (Entered: 05/29/2008) |
| 05/29/2008 | 221 | NOTICE of Appearance by Richard M. Hagstrom on behalf of Cindy Elan–Mangano (Hagstrom, Richard) (Entered: 05/29/2008) |
| 05/29/2008 | 222 | NOTICE of Appearance by James S. Reece on behalf of Cindy Elan–Mangano (Reece, James) (Entered: 05/29/2008) |
| 05/29/2008 | 223 | NOTICE of Appearance by Aaron M. McParlan on behalf of Cindy Elan–Mangano (McParlan, Aaron) (Entered: 05/29/2008) |
| 05/29/2008 | 224 | NOTICE of Appearance by Michael E. Jacobs on behalf of Cindy Elan–Mangano (Jacobs, Michael) (Entered: 05/29/2008) |
| 05/29/2008 | 226 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by William A. Isaacson on behalf of Canteen Vending Company. Attorney William A. Isaacson is seeking special admission. Filing Fee: 25.00 Receipt Number: 111003618 (Attachments: # 1 Receipt) (jc) (Entered: 06/02/2008) |
| 05/29/2008 | 227 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Tanya S. Chutkan on behalf of Canteen Vending Company. Attorney Tanya S. Chutkan is seeking special admission. Filing Fee: 25.00 Receipt Number: 111003619 (Attachments: # 1 Receipt) (jc) (Entered: 06/02/2008) |
| 05/30/2008 | 225 | CASE MANAGEMENT ORDER NO. 4 INITIAL SCHEDULING &PROCEDURAL ORDER Upon consideration of the initial case management conference held with counsel on 5/29/08, it is hereby ORDERED that: 1) Appointment of Pltfs' Lead and Liaison counsel. Appointmnent of pltf's lead and liaison counsel shall be governed by the following procedures: a) On or before 6/10/08, pltfs shall file mtns for appt. of lead and liaison counsel specifying the anticpated duties of each such representative as well as the group to which such representative is responsible. SEE ORDER FOR COMPLETE DETAILS Signed by Honorable Christopher C. Conner on 5/30/08. (jc) (Entered: 05/30/2008) |
| 06/03/2008 | 228 | NOTICE of Appearance by Benjamin F. Johns on behalf of Stephen Snow, Comwest Industries Inc. (Johns, Benjamin) (Entered: 06/03/2008) |
| 06/03/2008 | 229 | NOTICE of Appearance by Hilary K. Ratway on behalf of Webb's Candies, Inc., NMJ Consultant Group, Inc. (Ratway, Hilary) (Entered: 06/03/2008) |
| 06/03/2008 | 230 | SPECIAL ADMISSIONS FORM APPROVED as to William Isaacson, Esq. on behalf of Canteen Vending CompanySigned by Honorable Christopher C. Conner on 6/3/08. (ma, ) (Entered: 06/03/2008) |
| 06/03/2008 | 231 | SPECIAL ADMISSIONS FORM APPROVED as to Tanya Chutkan, Esq. on behalf of Canteen Vending CompanySigned by Honorable Christopher C. Conner on 6/3/08. (ma, ) (Entered: 06/03/2008) |
| 06/04/2008 | 232 | NOTICE of Appearance by Mark S. Goldman on behalf of Eric Lense (Goldman, Mark) (Entered: 06/04/2008) |
| 06/04/2008 | 233 | MOTION to Appoint Counsel by Cyrus T.G.. (Attachments: # 1 Proposed Order)(Ball, Gordon) (Entered: 06/04/2008) |

| 06/04/2008 | 234 | DECLARATION by Cyrus T.G. re 233 MOTION to Appoint Counsel. (Attachments: # 1 Exhibit(s) Legal Resume−Biography)(Ball, Gordon) (Entered: 06/04/2008) |
|---|---|---|
| 06/04/2008 | 235 | Transcript of case management conference, held on 29 May 2008 before Magistrate Judge Smyser and District Court Judge Conner. Court Reporter: Wes Armstrong, Telephone number 717−542−5569. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/25/2008. Redacted Transcript Deadline set for 7/7/2008. Release of Transcript Restriction set for 9/2/2008. Modified on 6/16/2008 to replace cover sheet w/ wrong date w/ corrected version (ki). (Entered: 06/04/2008) |
| 06/05/2008 |  | COUNSEL are notified, for future reference, that motions and briefs in support are to be docketed as two separate documents in order to set up the brief in opposition deadline. (jc) (Entered: 06/05/2008) |
| 06/05/2008 | 236 | STENO NOTES/TAPE OF PROCEEDINGS filed by Wes Armstrong of Case Management Conference before Judge Conner on 5/29/08. (Court Reporter Notes/Tapes are not viewable pdf documents). (jc) (Entered: 06/05/2008) |
| 06/05/2008 | 237 | NOTICE of Appearance by Marc H. Edelson on behalf of Donald Webster. (Edelson, Marc) (Entered: 06/05/2008) |
| 06/05/2008 | 238 | NOTICE of Appearance by Mario N. Alioto on behalf of John Candido (Alioto, Mario) (Entered: 06/05/2008) |
| 06/06/2008 | 239 | NOTICE TO UNREGISTERED ECF ATTORNEYS/PRO SE PARTIES regarding the filing of 235 Transcript. Copy of notice mailed to Arthur Bailey, Allen Black, Cadbury Schweppes Americas, Tanya Chutkan, Brian English, Joseph Goldberg, Hershey Canada, Inc., William A. Isaacson, Joseph Kohn, Christopher Lovell, Jennifer Mara, Peter Moll, Thomas Muzilla, Nestle Canada Inc., Nestle S.A., Nestle Suisse, S.A., Joseph Ostoyich.(lh, ) (Entered: 06/06/2008) |
| 06/06/2008 | 240 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Steven R. Maher on behalf of Treat America Limited Attorney Steven Maher is seeking special admission. Filing fee $ 25, receipt number 03140000000001308271.. (Maher, Steven) (Entered: 06/06/2008) |
| 06/06/2008 | 241 | NOTICE of Appearance by Joseph U. Metz on behalf of Treat America Limited (Metz, Joseph) (Entered: 06/06/2008) |
| 06/06/2008 | 242 | AFFIDAVIT of Service for Amended Class Action Complaint served on Hans Peter Fuick on 3/25/2008, filed by CNS Confectionery Products, LLC. (Falk, Morissa) (Entered: 06/06/2008) |
| 06/06/2008 | 243 | AFFIDAVIT of Service for Amended Class Action Complaint served on Hans Peter Fuick on 3/25/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 06/06/2008) |
| 06/06/2008 | 244 | NOTICE of Appearance by Michael J. Boni on behalf of Donald Webster (Boni, Michael) (Entered: 06/06/2008) |
| 06/06/2008 | 245 | NOTICE of Appearance by Joshua D. Snyder on behalf of Donald Webster (Snyder, Joshua) (Entered: 06/06/2008) |
| 06/06/2008 | 247 | SERVICE LIST (jc) (Entered: 06/09/2008) |
| 06/09/2008 | 246 | SPECIAL ADMISSIONS FORM APPROVED as to Steven R. Maher, Esquire. (Orig: SCR Registry) Signed by Honorable Christopher C. Conner on 06/09/08. (ki) (Entered: 06/09/2008) |
| 06/09/2008 | 248 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Moira Cain−Mannix on behalf of Giant Eagle, Inc. Attorney Moira Cain−Mannix is seeking special admission. Filing fee $ 25, receipt number 03140000000001309389.. (Cain−Mannix, Moira) (Entered: 06/09/2008) |
| 06/09/2008 | 249 | NOTICE of Appearance by Joseph U. Metz on behalf of Roman M Silberfeld, Treat America Limited (Metz, Joseph) (Entered: 06/09/2008) |

| 06/09/2008 | 250 | NOTICE of Appearance by Richard L. Wyatt, Jr on behalf of Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc. (Wyatt, Richard) (Entered: 06/09/2008) |
|---|---|---|
| 06/09/2008 | 251 | SPECIAL ADMISSIONS FORM APPROVED as to Moira Cain–Mannix, Esquire. (Orig: SCR Registry) Signed by Honorable Christopher C. Conner on 06/09/08. (ki) (Entered: 06/10/2008) |
| 06/10/2008 | 252 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Joseph U. Metz on behalf of Treat America Limited Attorney Michael Geibelson is seeking special admission. Filing fee $ 25, receipt number 03140000000001310180.. (Metz, Joseph) (Entered: 06/10/2008) |
| 06/10/2008 | 253 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Joseph U. Metz on behalf of Treat America Limited Attorney Bernice Conn is seeking special admission. Filing fee $ 25, receipt number 03140000000001310196.. (Metz, Joseph) (Entered: 06/10/2008) |
| 06/10/2008 | 254 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Joseph U. Metz on behalf of Treat America Limited Attorney Thomas Undlin is seeking special admission. Filing fee $ 25, receipt number 03140000000001310201.. (Metz, Joseph) (Entered: 06/10/2008) |
| 06/10/2008 | 255 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Joseph U. Metz on behalf of Treat America Limited Attorney Roman Silberfeld is seeking special admission. Filing fee $ 25, receipt number 03140000000001310205.. (Metz, Joseph) (Entered: 06/10/2008) |
| 06/10/2008 | 256 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Joseph U. Metz on behalf of Treat America Limited Attorney K. Craig Wildfang is seeking special admission. Filing fee $ 25, receipt number 03140000000001310218.. (Metz, Joseph) (Entered: 06/10/2008) |
| 06/10/2008 | 257 | Proposed Pretrial Order *Appointing Silberfeld, Maher, and Metz as Lead Counsel* by Treat America Limited. (Metz, Joseph) (Entered: 06/10/2008) |
| 06/10/2008 | 258 | MOTION for Order *Appointing Silberfeld, Maher, and Metz as Lead Counsel* by Treat America Limited. (Attachments: # 1 Declaration of Roman Silberfeld, # 2 Declaration of Steven Maher, # 3 Declaration of Joseph Metz)(Metz, Joseph) (Entered: 06/10/2008) |
| 06/10/2008 | 259 | MOTION for Order *for Appointment of Lead and Liaison Counsel for Individual Plaintiffs* by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc., Affiliated Foods, Inc., Meijer, Inc., Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Giant Eagle, Inc.. (Attachments: # 1 Proposed Order)(Shadowen, Steven) (Entered: 06/10/2008) |
| 06/10/2008 | 260 | NOTICE of Appearance by Stephen D. Susman on behalf of Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli (Susman, Stephen) (Entered: 06/10/2008) |
| 06/10/2008 | 261 | SPECIAL ADMISSIONS FORM APPROVED as to Roman M. Silberfeld, Esquire. (Orig: SCR Registry)Signed by Honorable Christopher C. Conner on 06/10/08. (ki) (Entered: 06/10/2008) |
| 06/10/2008 | 262 | SPECIAL ADMISSIONS FORM APPROVED as to Thomas J. Undlin, Esquire. (Orig: SCR Registry)Signed by Honorable Christopher C. Conner on 06/10/08. (ki) (Entered: 06/10/2008) |
| 06/10/2008 | 263 | SPECIAL ADMISSIONS FORM APPROVED as to Bernice Conn, Esquire. (Orig: SCR Registry) Signed by Honorable Christopher C. Conner on 06/10/08. (ki) (Entered: 06/10/2008) |
| 06/10/2008 | 264 | SPECIAL ADMISSIONS FORM APPROVED as to K. Craig Wildfang, Esquire. (Orig: SCR Registry) Signed by Honorable Christopher C. Conner on 06/10/08. (ki) (Entered: 06/10/2008) |
| 06/10/2008 | 265 | SPECIAL ADMISSIONS FORM APPROVED as to Michael A. Geibelson, Esquire. (Orig: SCR Registry)Signed by Honorable Christopher C. Conner on 06/10/08. (ki) |

| | | |
|---|---|---|
| | | (Entered: 06/10/2008) |
| 06/10/2008 | 266 | MOTION to Appoint Counsel *Motion to Appoint Berger &Montague, P.C. and RodaNast, P.C. as Co−Lead Counsel for the Direct Purchaser Plaintiffs* by Brookshire Brothers, Ltd.. (Attachments: # 1 Proposed Order Proposed Order Appointing Co−Lead Class Counsel and Liaison Counsel for the Direct Purchaser Plaintiffs)(Montague, H.) (Entered: 06/10/2008) |
| 06/10/2008 | 267 | MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co−Lead Counsel for the Direct Purchaser Class Plaintiffs* by Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli. (Attachments: # 1 Proposed Order)(Barnett, Barry) (Entered: 06/10/2008) |
| 06/10/2008 | 268 | BRIEF IN SUPPORT *of Motion for Appointment of Susman Godfrey L.L.P. as Co−Lead Counsel for the Direct Purchaser Class Plaintiffs* re 267 MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co−Lead Counsel for the Direct Purchaser Class Plaintiffs* filed by Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli.(Barnett, Barry) (Entered: 06/10/2008) |
| 06/10/2008 | 269 | BRIEF IN SUPPORT re 266 MOTION to Appoint Counsel *Motion to Appoint Berger &Montague, P.C. and RodaNast, P.C. as Co−Lead Counsel for the Direct Purchaser Plaintiffs* filed by Brookshire Brothers, Ltd.. (Attachments: # 1 Exhibit(s) Table of Exhibits, # 2 Exhibit(s) Exhibit 1, # 3 Exhibit(s) Exhibit 2, # 4 Exhibit(s) Exhibit 3, # 5 Exhibit(s) Exhibit 4)(Montague, H.) (Entered: 06/10/2008) |
| 06/10/2008 | 270 | DECLARATION by Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli re 267 MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co−Lead Counsel for the Direct Purchaser Class Plaintiffs*, 268 Brief in Support, *Declaration of Barry Barnett*. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3)(Barnett, Barry) (Entered: 06/10/2008) |
| 06/10/2008 | 271 | CERTIFICATE OF SERVICE by Brookshire Brothers, Ltd. re 269 Brief in Support, 266 MOTION to Appoint Counsel *Motion to Appoint Berger &Montague, P.C. and RodaNast, P.C. as Co−Lead Counsel for the Direct Purchaser Plaintiffs* (Montague, H.) (Entered: 06/10/2008) |
| 06/10/2008 | 272 | DECLARATION by Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli re 267 MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co−Lead Counsel for the Direct Purchaser Class Plaintiffs*, 268 Brief in Support, *Declaration of Susphen D. Susman*. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Barnett, Barry) (Entered: 06/10/2008) |
| 06/10/2008 | 273 | DECLARATION by Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli re 267 MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co−Lead Counsel for the Direct Purchaser Class Plaintiffs*, 268 Brief in Support, *Declaration of Rachel S. Black*. (Attachments: # 1 Exhibit(s) 1)(Barnett, Barry) (Entered: 06/10/2008) |
| 06/10/2008 | 274 | MOTION to Consolidate Cases *Majority Plaintiffs' Motion to Consolidate Actions and for Appointment of Interim Direct Purchaser Class Co−Lead and Liaison and Local Counsel* by CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan−Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, VME Distributors, Inc.(individually and on behalf of a class of |

| | | |
|---|---|---|
| | | all those similarly situated), Long Leaf Vending Inc.. (Attachments: #1 Proposed Order)(Cohen, Walter) (Entered: 06/10/2008) |
| 06/10/2008 | 275 | BRIEF IN SUPPORT of *Majority Plaintiffs' Motion to Consolidate Actions and for Appointment of Interim Direct Purchaser Class Co–Lead and Liaison and Local Counsel* re 274 MOTION to Consolidate Cases *Majority Plaintiffs' Motion to Consolidate Actions and for Appointment of Interim Direct Purchaser Class Co–Lead and Liaison and Local Counsel* filed by CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc.. (Attachments: #1 Exhibit(s) Ex A–Chart Supporting Leadership, #2 Exhibit(s) Ex B – Labaton Antitrust Firm Resume, #3 Exhibit(s) Ex C – Preti Firm Resume, #4 Exhibit(s) Ex D – CMHT Resume, #5 Exhibit(s) Ex E – KM Firm Resume, #6 Exhibit(s) Ex F – Obermayer Rebmann Resume, #7 Exhibit(s) Ex F – Labaton 2006 &2007 Plaintiffs Hot List)(Cohen, Walter) (Entered: 06/10/2008) |
| 06/10/2008 | 276 | MOTION to Appoint Counsel by Michael McNamara. (Attachments: #1 Supplement Memorandum in Support of Motion, #2 Proposed Order Proposed Order)(McCarthy, James) (Entered: 06/10/2008) |
| 06/11/2008 | 277 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Bernard D. Marcus on behalf of Giant Eagle, Inc. Attorney Bernard Marcus is seeking special admission. Filing fee $ 25, receipt number 03140000000001311341.. (Marcus, Bernard) (Entered: 06/11/2008) |
| 06/11/2008 | 278 | NOTICE of Appearance by Joshua H. Grabar on behalf of Affiliated Foods, Inc. (Grabar, Joshua) (Entered: 06/11/2008) |
| 06/11/2008 | 279 | SPECIAL ADMISSIONS FORM APPROVED as to Bernard D. Marcus, Esquire. (Orig: SCR Registry)Signed by Honorable Christopher C. Conner on 06/11/08. (ki) (Entered: 06/12/2008) |
| 06/12/2008 | 280 | WAIVER OF SERVICE Returned by Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc.. (Kracht, Torsten) (Entered: 06/12/2008) |
| 06/12/2008 | 281 | AFFIDAVIT of Service for Class Action Complaint served on Linsey Wilson on 4/30/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 06/12/2008) |
| 06/12/2008 | 282 | AFFIDAVIT of Service for Amended Class Action Complaint served on Linsey Wilson on 4/30/2008, filed by CNS Confectionery Products, LLC. (Falk, Morissa) (Entered: 06/12/2008) |
| 06/13/2008 | 283 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Joseph U. Metz on behalf of Treat America Limited Attorney Michael Maher is seeking special admission. Filing fee $ 25, receipt number 03140000000001313452.. (Metz, Joseph) (Entered: 06/13/2008) |
| 06/13/2008 | 284 | NOTICE of Appearance by Joseph M. Vanek on behalf of Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc. (Vanek, Joseph) (Entered: 06/13/2008) |
| 06/13/2008 | 285 | AFFIDAVIT of Service for Complaint served on Peter Copeland on 2/7/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 06/13/2008) |
| 06/13/2008 | 286 | AFFIDAVIT of Service for Complaint served on Barbara A. Shanahan on 2/6/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 06/13/2008) |

| 06/13/2008 | 287 | NOTICE of Appearance by David P. Germaine on behalf of Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc. (Germaine, David) (Entered: 06/13/2008) |
|---|---|---|
| 06/13/2008 | 288 | AFFIDAVIT of Service for Class Action Complaint served on Wagma Hotaki on 2/6/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 06/13/2008) |
| 06/13/2008 | 289 | AFFIDAVIT of Service for Complaint served on Linda Warner on 2/7/2008, filed by Stephen Snow. (Falk, Morissa) (Entered: 06/13/2008) |
| 06/13/2008 | 290 | Corporate Disclosure Statement by Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Schweppes PLC. (Eul, Jennifer) (Entered: 06/13/2008) |
| 06/13/2008 | 291 | AFFIDAVIT of Service for Summons and Complaint served on Cadbury Adams Canada Inc., on 04/03/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 292 | AFFIDAVIT of Service for Summons and Complaint served on Cadbury Adams USA, LLC on 01/30/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 293 | AFFIDAVIT of Service for Summons and Complaint served on Cadbury Schweppes PLC. on 02/27/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 294 | AFFIDAVIT of Service for Summons and Complaint served on Cadbury Schweppes Americas on 01/30/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 295 | AFFIDAVIT of Service for Summons and Complaint served on Hershey Canada Inc., on 04/30/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 296 | AFFIDAVIT of Service for Summons and Complaint served on Itwal LTD., on 04/28/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 297 | AFFIDAVIT of Service for Summons and Complaint served on Mars Canada Inc., on 04/17/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 298 | AFFIDAVIT of Service for Summons and Complaint served on Mars, Inc., on 01/24/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 299 | AFFIDAVIT of Service for Summons and Complaint served on Masterfoods USA, on 01/30/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 300 | AFFIDAVIT of Service for Summons and Complaint served on Nestle Canada Inc., on 04/09/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 301 | AFFIDAVIT of Service for Summons and Complaint served on Nestle S.A. on 03/05/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 302 | AFFIDAVIT of Service for Summons and Complaint served on Nestle USA., on 01/24/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/13/2008 | 303 | AFFIDAVIT of Service for Summons and Complaint served on The Hershey Company on 01/25/2008, filed by United Wholesale. (Tse, Beverly) (Entered: 06/13/2008) |
| 06/16/2008 | 304 | SPECIAL ADMISSIONS FORM APPROVED as to Michael C. Maher, Esquire. (Orig: SCR Registry)Signed by Honorable Christopher C. Conner on 06/16/08. (ki) (Entered: 06/16/2008) |
| 06/16/2008 | 305 | WAIVER OF SERVICE Returned by Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Nussbaum, Linda) (Entered: 06/16/2008) |
| 06/16/2008 | 306 | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy-Vee, Inc., Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc.. (Nussbaum, Linda) (Entered: 06/16/2008) |

| 06/16/2008 | <u>307</u> | SUMMONS Returned Executed by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc., Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Nussbaum, Linda) (Entered: 06/16/2008) |
|---|---|---|
| 06/16/2008 | | DOCKET ANNOTATION – Doc <u>235</u> MODIFIED to replace transcript w/ typo error (wrong date on cover page) with corrected version. (ki) (Entered: 06/16/2008) |
| 06/17/2008 | <u>308</u> | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Michael A. McShane on behalf of Karin Jacobs Attorney Michael McShane is seeking special admission. Filing fee $ 25, receipt number 03140000000001316079.. (McShane, Michael) (Entered: 06/17/2008) |
| 06/17/2008 | <u>309</u> | NOTICE of Appearance by Elizabeth K. Tripodi on behalf of Isabelle Dikland (Tripodi, Elizabeth) (Entered: 06/17/2008) |
| 06/17/2008 | <u>310</u> | MOTION to Amend/Correct <u>276</u> MOTION to Appoint Counsel by Michael McNamara. (Attachments: # <u>1</u> Proposed Order Order Allowing Motion to Amend, # <u>2</u> Proposed Order Amended Proposed Order to Appoint Counsel)(McCarthy, James) (Entered: 06/17/2008) |
| 06/17/2008 | <u>311</u> | SPECIAL ADMISSIONS FORM APPROVED as to Michael A. McShane, Esquire. (Orig: SCR Registry) Signed by Honorable Christopher C. Conner on 06/17/08. (ki) (Entered: 06/17/2008) |
| 06/17/2008 | <u>312</u> | BRIEF IN OPPOSITION re <u>274</u> MOTION to Consolidate Cases *Majority Plaintiffs' Motion to Consolidate Actions and for Appointment of Interim Direct Purchaser Class Co–Lead and Liaison and Local Counsel Plaintiffs Brookshire Brothers, Ltd.'s and Stephen L. LaFrance Pharmacy, Inc. dba SAJ Distributors' Response to the "Majority Plaintiffs'" Motion for Appointment of Co–Lead Counsel for the Direct Purchaser Plaintiffs* filed by Brookshire Brothers, Ltd.. (Attachments: # <u>1</u> Exhibit(s) Ex. A Invitation of April 9, 2008)(Montague, H.) (Entered: 06/17/2008) |
| 06/17/2008 | <u>313</u> | CERTIFICATE OF SERVICE by Brookshire Brothers, Ltd. re <u>312</u> Brief in Opposition,, *Plaintiffs Brookshire Brothers, Ltd.'s and Stephen L. LaFrance Pharmacy, Inc. dba SAJ Distributors' Response to the "Majority Plaintiffs'" Motion for Appointment of Co–Lead Counsel for the Direct Purchaser Plaintiffs* (Montague, H.) (Entered: 06/17/2008) |
| 06/17/2008 | <u>314</u> | BRIEF IN OPPOSITION re <u>267</u> MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co–Lead Counsel for the Direct Purchaser Class Plaintiffs*, <u>266</u> MOTION to Appoint Counsel *Motion to Appoint Berger &Montague, P.C. and RodaNast, P.C. as Co–Lead Counsel for the Direct Purchaser Plaintiffs* filed by CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., VME Distributors, Inc., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc.. (Attachments: # <u>1</u> Exhibit(s) Exhibit A)(Cohen, Walter) (Entered: 06/17/2008) |
| 06/17/2008 | <u>315</u> | BRIEF IN OPPOSITION re <u>233</u> MOTION to Appoint Counsel, <u>258</u> MOTION for Order *Appointing Silberfeld, Maher, and Metz as Lead Counsel* filed by Cyrus T.G.. (Attachments: # <u>1</u> Exhibit(s) Declaration)(Ball, Gordon) (Entered: 06/17/2008) |
| 06/17/2008 | <u>316</u> | BRIEF IN OPPOSITION re <u>274</u> MOTION to Consolidate Cases *Majority Plaintiffs' Motion to Consolidate Actions and for Appointment of Interim Direct Purchaser Class Co–Lead and Liaison and Local Counsel* filed by Richard Miller, Marcia |

| | | |
|---|---|---|
| | | Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Barnett, Barry) (Entered: 06/17/2008) |
| 06/17/2008 | 317 | DECLARATION by Richard Miller, Marcia Miller, Lori Ann Hongach, Esther Naomi Lieberman, Eugenia Miceli re 316 Brief in Opposition, *of Barry Barnett*. (Barnett, Barry) (Entered: 06/17/2008) |
| 06/17/2008 | 318 | MOTION to Appoint Counsel *For Class of Indirect Purchasers for Resale* by a.Superior Office Snacks, Inc., Superior Office Snacks of Nebraska, Inc., Superior Office Snacks, Inc., Snacks for a Purpose, Inc., Honor Snacks, Inc., Oasis Distributors, Inc., LLG Enterprises of SE Wisconsin, LLC d/b/a The Snack Store.(Flannery, Michael) (Entered: 06/17/2008) |
| 06/17/2008 | 319 | DECLARATION by Superior Office Snacks of Nebraska, Inc., Superior Office Snacks, Inc., Snacks for a Purpose, Inc., Honor Snacks, Inc., Oasis Distributors, Inc., LLG Enterprises of SE Wisconsin, LLC d/b/a The Snack Store re 318 MOTION to Appoint Counsel *For Class of Indirect Purchasers for Resale*. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3)(Flannery, Michael) (Entered: 06/17/2008) |
| 06/17/2008 | 320 | BRIEF IN OPPOSITION re 274 MOTION to Consolidate Cases *Majority Plaintiffs' Motion to Consolidate Actions and for Appointment of Interim Direct Purchaser Class Co–Lead and Liaison and Local Counsel*, 267 MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co–Lead Counsel for the Direct Purchaser Class Plaintiffs*, 266 MOTION to Appoint Counsel *Motion to Appoint Berger &Montague, P.C. and RodaNast, P.C. as Co–Lead Counsel for the Direct Purchaser Plaintiffs* filed by Jones Vend and OCS Distributing, Inc..(Simon, Bruce) (Entered: 06/17/2008) |
| 06/18/2008 | 321 | NOTICE of Appearance by R. Laurence Macon on behalf of Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc. (Macon, R.) (Entered: 06/18/2008) |
| 06/18/2008 | 322 | NOTICE of Appearance by Richard M. Volin on behalf of Isabelle Dikland (Volin, Richard) (Entered: 06/18/2008) |
| 06/18/2008 | 323 | WAIVER OF SERVICE Returned by Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc.. (Kracht, Torsten) (Entered: 06/18/2008) |
| 06/18/2008 | 324 | ADMINISTRATIVE ORDER granting pltf indirect end user purchasers' motion to amend 310 prop order to pltfs' motion to appt cnsl 276 &directing that phrase "and liaison counsel" shall be DEEMED stricken from 1st line of Para 3 of prop order attached thereto (Doc. 276–3). (See order for complete details.) Signed by Honorable Christopher C. Conner on 06/18/08. (ki) (Entered: 06/18/2008) |
| 06/18/2008 | 325 | BRIEF IN OPPOSITION re 274 MOTION to Consolidate Cases *Majority Plaintiffs' Motion to Consolidate Actions and for Appointment of Interim Direct Purchaser Class Co–Lead and Liaison and Local Counsel*, 267 MOTION to Appoint Counsel *The Miller Plaintiffs' Motion for Appointment of Susman Godfrey L.L.P. as Co–Lead Counsel for the Direct Purchaser Class Plaintiffs*, 266 MOTION to Appoint Counsel *Motion to Appoint Berger &Montague, P.C. and RodaNast, P.C. as Co–Lead Counsel for the Direct Purchaser Plaintiffs* filed by Jones Vend and OCS Distributing, Inc..(Simon, Bruce) (Entered: 06/18/2008) |
| 06/18/2008 | 326 | SUMMONS Returned Executed by Webb's Candies, Inc.. (Gassman, Seth) (Entered: 06/18/2008) |
| 06/18/2008 | 327 | SUMMONS Returned Executed by Webb's Candies, Inc.. (Gassman, Seth) (Entered: 06/18/2008) |
| 06/18/2008 | 328 | SUMMONS Returned Executed by Webb's Candies, Inc.. (Gassman, Seth) (Entered: 06/18/2008) |
| 06/18/2008 | 329 | SUMMONS Returned Executed by Webb's Candies, Inc.. (Gassman, Seth) (Entered: 06/18/2008) |
| 06/18/2008 | 330 | SUMMONS Returned Executed by Webb's Candies, Inc.. (Gassman, Seth) (Entered: 06/18/2008) |

| 06/18/2008 | 331 | SUMMONS Returned Executed by Webb's Candies, Inc.. (Gassman, Seth) (Entered: 06/18/2008) |
|---|---|---|
| 06/19/2008 | 332 | CASE MANAGEMENT ORDER NO. 4A RE: APPT OF CNSL FOR DIRECT PURCHASER PLTFS – It is hereby ORDERED that: 1. Motions for appt of cnsl 266 ,267 &274 are DENIED w/out prejudice to direct purchaser pltfs' rt to re–file them in acc w/ provisions of following paragraph.; 2. By 7/3/08 direct purchaser pltfs shall file renewed motions for appt of cnsl... (see Paras 2a &2b for req'mts re: said filings).; 3. By 7/10/08 any party may file objs to said motions for appt.; 4. Nothing herein forecloses realignment of consituent subgroups of direct purchaser pltfs or prevents direct purchaser pltfs from filign single unanimous motion for appt.; 5. Nothing herein affects motions for appt filed by indirect business purchaser pltfs, indirect end user pltfs or indiv pltfs nor does it auth filing of addt'l motions by members of these pltf groups. (See order for complete details.) Signed by Honorable Christopher C. Conner on 06/19/08. (ki) (Entered: 06/19/2008) |
| 06/20/2008 | 333 | NOTICE of Appearance by Katherine A Morgan on behalf of Russell Traub (Morgan, Katherine) (Entered: 06/20/2008) |
| 06/20/2008 | 334 | NOTICE of Appearance by Bonny E. Sweeney on behalf of Russell Traub (Sweeney, Bonny) (Entered: 06/20/2008) |
| 06/20/2008 | 335 | AFFIDAVIT of Service for Summons and Complaint served on Cadbury Adams Canada Inc. on 04/3/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/20/2008) |
| 06/20/2008 | 336 | AFFIDAVIT of Service for Summons And Complaint served on Cadbury Adams USA, LLC on 01/30/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/20/2008) |
| 06/20/2008 | 337 | AFFIDAVIT of Service for Summons And Complaint served on Cadbury Schweppes PLC. on 02/27/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/20/2008) |
| 06/23/2008 | 338 | SUMMONS Returned Executed by Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz. (McCarthy, James) (Entered: 06/23/2008) |
| 06/23/2008 | 339 | SUMMONS Returned Executed by Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz. (McCarthy, James) (Entered: 06/23/2008) |
| 06/23/2008 | 340 | SUMMONS Returned Executed by Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz. (McCarthy, James) (Entered: 06/23/2008) |
| 06/23/2008 | 341 | SUMMONS Returned Executed by Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz. (McCarthy, James) (Entered: 06/23/2008) |
| 06/23/2008 | 342 | SUMMONS Returned Executed by Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey |

| | | |
|---|---|---|
| | | James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz. (McCarthy, James) (Entered: 06/23/2008) |
| 06/23/2008 | 343 | AFFIDAVIT of Service for Summons and Complaint served on Cadbury Schweppes Americas on 01/30/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 344 | AFFIDAVIT of Service for Summons and Complaint served on Hershey Canada Inc on 03/04/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 345 | NOTICE of Appearance by Roger M. Shrimp on behalf of C.W. Brower, Inc. (Shrimp, Roger) (Entered: 06/23/2008) |
| 06/23/2008 | 346 | AFFIDAVIT of Service for Summons and Complaint served on Itwal Ltd on 04/28/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 347 | AFFIDAVIT of Service for Summons and Complaint served on Mars Canada Inc on 04/17/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 348 | AFFIDAVIT of Service for Summons and Complaint served on Mars Inc. on 01/24/08, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 349 | AFFIDAVIT of Service for Summons and Complaint served on Masterfoods USA on 01/30/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 350 | AFFIDAVIT of Service for Summons and Complaint served on Nestle Canada Inc on 04/09/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 351 | AFFIDAVIT of Service for Summons and Complaint served on Nestle S.A. on 03/05/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 352 | AFFIDAVIT of Service for Summons and Complaint served on Nestle USA on 01/24/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/23/2008 | 353 | AFFIDAVIT of Service for Summons and Complaint served on The Hershey Company on 01/25/2008, filed by United Customs Distribution. (Tse, Beverly) (Entered: 06/23/2008) |
| 06/24/2008 | 354 | NOTICE of Appearance by Mark R. Cuker on behalf of Weis Markets, Inc. (Cuker, Mark) (Entered: 06/24/2008) |
| 06/24/2008 | 355 | NOTICE of Appearance by Mark R. Cuker on behalf of Weis Markets, Inc. (Cuker, Mark) (Entered: 06/24/2008) |
| 06/24/2008 | 357 | NOTICE by Cyrus T.G. re 315 Brief in Opposition *Re: Withdrawal of Nomination of Liaison Counsel* (Ball, Gordon) (Entered: 06/24/2008) |
| 06/24/2008 | | Doc. 356 filed 6/24/08 deleted and replaced with Doc. 357 filed 6/24/08. (gls) (Entered: 06/24/2008) |
| 06/26/2008 | 358 | NOTICE of Change of Address by Daniel Hume (Hume, Daniel) (Entered: 06/26/2008) |
| 06/27/2008 | 359 | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy-Vee, Inc.. (Patton, Douglas) (Entered: 06/27/2008) |
| 06/27/2008 | 360 | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy-Vee, Inc.. (Patton, Douglas) (Entered: 06/27/2008) |

| 06/27/2008 | <u>361</u> | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc.. (Patton, Douglas) (Entered: 06/27/2008) |
| 06/27/2008 | <u>362</u> | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc.. (Patton, Douglas) (Entered: 06/27/2008) |
| 06/27/2008 | <u>363</u> | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc.. (Patton, Douglas) (Entered: 06/27/2008) |
| 07/01/2008 | <u>364</u> | WAIVER OF SERVICE Returned by CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Lukens, Joseph) (Entered: 07/01/2008) |
| 07/01/2008 | <u>365</u> | WAIVER OF SERVICE Returned by CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Lukens, Joseph) (Entered: 07/01/2008) |
| 07/01/2008 | <u>366</u> | WAIVER OF SERVICE Returned by CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Lukens, Joseph) (Entered: 07/01/2008) |
| 07/01/2008 | <u>367</u> | WAIVER OF SERVICE Returned by CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Lukens, Joseph) (Entered: 07/01/2008) |
| 07/01/2008 | <u>368</u> | WAIVER OF SERVICE Returned by CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Lukens, Joseph) (Entered: 07/01/2008) |
| 07/01/2008 | <u>369</u> | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc.. (Patton, Douglas) (Entered: 07/01/2008) |
| 07/01/2008 | <u>370</u> | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc.. (Patton, Douglas) (Entered: 07/01/2008) |
| 07/01/2008 | <u>371</u> | WAIVER OF SERVICE Returned by The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc.. (Patton, Douglas) (Entered: 07/01/2008) |
| 07/01/2008 | <u>372</u> | NOTICE by Stephanos Sgouros *of Filing of Waiver of Service by Cadbury Schweppes PLC and Cadbury Adams Canada* (Battin, Timothy) (Entered: 07/01/2008) |
| 07/03/2008 | <u>373</u> | MOTION to Appoint Counsel *Joint Motion by Berger &Montague, Rodanast, Cohen Milstein Hausfeld &Toll, Preti Flaherty Beliveau &Pachios, Kirby McInerney and Labaton Sucharow to Appoint Interim Co–Lead Counsel for the Direct Purchaser Plaintiffs* by Stephen L. LaFrance Pharmacy, Inc., Western Skier, Ltd., CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Lori Ann Hongach, Brookshire Brothers, Ltd., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc.. (Attachments: # <u>1</u> Proposed Order)(Cohen, Walter) (Entered: 07/03/2008) |
| 07/03/2008 | <u>374</u> | BRIEF IN SUPPORT re <u>373</u> MOTION to Appoint Counsel *Joint Motion by Berger &Montague, Rodanast, Cohen Milstein Hausfeld &Toll, Preti Flaherty Beliveau &Pachios, Kirby McInerney and Labaton Sucharow to Appoint Interim Co–Lead Counsel for the Direct Purchaser Plaintiffs* |
| 07/03/2008 | <u>375</u> | CERTIFICATE OF SERVICE by Stephen L. LaFrance Pharmacy, Inc., Western Skier, Ltd., CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert |

| | | |
|---|---|---|
| | | Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Lori Ann Hongach, Brookshire Brothers, Ltd., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc. re 374 Brief in Support,,,,,, 373 MOTION to Appoint Counsel *Joint Motion by Berger &Montague, Rodanast, Cohen Milstein Hausfeld &Toll, Preti Flaherty Beliveau &Pachios, Kirby McInerney and Labaton Sucharow to Appoint Interim Co–Lead Counsel for the Direct Purchaser Plaintiffs* (Cohen, Walter) (Entered: 07/03/2008) |
| 07/09/2008 | 376 | NOTICE of Appearance by Kevin J. Miller on behalf of Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz (Miller, Kevin) (Entered: 07/09/2008) |
| 07/09/2008 | 377 | AFFIDAVIT of Service for Summons &Complaint served on Hershey Company on 4/11/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 378 | AFFIDAVIT of Service for Summons &Complaint served on Mars, Inc. on 4/11/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 379 | AFFIDAVIT of Service for Summons &Complaint served on Masterfoods USA on 4/11/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 380 | AFFIDAVIT of Service for Summons &Complaint served on Nestle USA on 4/11/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 381 | AFFIDAVIT of Service for Summons &Complaint served on Cadbury Schweppes Americas on 4/11/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 382 | AFFIDAVIT of Service for Summons &Complaint served on Cadbury Adams USA LLC on 4/11/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 383 | AFFIDAVIT of Service for Summons &Complaint served on Nestle, S.A. on 5/22/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 384 | AFFIDAVIT of Service for Summons &Complaint served on Cadbury Schweppes PLC on 5/21/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/09/2008 | 385 | AFFIDAVIT of Service for Summons &Complaint served on Mars Canada, Inc. on 6/02/08, filed by Cindy Elan–Mangano. (Hagstrom, Richard) (Entered: 07/09/2008) |
| 07/10/2008 | 386 | NOTICE of Appearance by Steven F. Benz on behalf of Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz (Benz, Steven) (Entered: 07/10/2008) |
| 07/14/2008 | 387 | CASE MANAGEMENT ORDER NO. 5 – ORDER APPOINTING INTERIM LEAD AND LOCAL COUNSEL – 1. Appt of interim cnsl for 1. a. Direct Purchasers – motion for appt by Walter W. Cohen 373 GRANTED, lead, local &exec committee cnsl appt'd, 1.b. Indirect purchasers – motion for appt by Joseph U. Metz 258 |

| | | |
|---|---|---|
| | | GRANTED, lead &local cnsl appt'd, motion for appt by W. Gordon Ball 233 DENIED &motion for appt by Michael Flannery 318 DENIED, 1.c. Indirect End Users− Motion for appt filed by James McCarthy, Jr. 276 , lead &local cnsl appt'd, 1.d. Individual Pltfs − Motion for appt by Steve D. Shadown 259 GRANTED &liaison cnsl appt'd.; 2. Role of counsel, inc. duties of lead cnsl, local cnsl (liaison cnsl) &executive committee set forth.; 3. Monthly cost reports requirements set forth.; 4. Preservation of privileges adddressed.; 5. Commencement of case mgmt schedule addressed (see CMO No. 4 225 ) − all ddls est by same to commence upon date of this order. (See order for complete details.) Signed by Honorable Christopher C. Conner on 07/14/08. (ki) (Entered: 07/14/2008) |
| 07/14/2008 | 389 | CERTIFIED CONDITIONAL TRANSFER ORDER (CTO−3) signed by Jeffrey N. Luthi, Clerk of the Panel filed 7/14/08. (jc) (Entered: 07/16/2008) |
| 07/15/2008 | 388 | AFFIDAVIT of Service for Summons &Complaint served on Nestle S.A. on 5/26/2008, filed by Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc.. (Kracht, Torsten) (Entered: 07/15/2008) |
| 07/16/2008 | 390 | LETTER − from MDPA Clerk's Office to Clerk in the E.D. of Pennsylvania requesting the transfer of their case to the M.D. of PA pursuant to the MDL 1935 Transfer Order filed 7/14/08. (jc) (Entered: 07/16/2008) |
| 07/21/2008 | 391 | CERTIFICATE OF SERVICE by Cindy Elan−Mangano *(Summons/Complaint) Hershey Canada served on 5/30/08* (Hagstrom, Richard) (Entered: 07/21/2008) |
| 07/22/2008 | 392 | NOTICE of Appearance by Peter G Safirstein on behalf of Edward S Hesano (Attachments: # 1 Certificate of Service)(Safirstein, Peter) (Entered: 07/22/2008) |
| 07/22/2008 | 393 | NOTICE of Appearance by Andrew J Morganti on behalf of Edward S Hesano (Attachments: # 1 Certificate of Service)(Morganti, Andrew) (Entered: 07/22/2008) |
| 07/24/2008 | 394 | CERTIFICATE OF SERVICE by Cindy Elan−Mangano *service of summons and complaint on Nestle Canada on 7/2/08* (Hagstrom, Richard) (Entered: 07/24/2008) |
| 07/25/2008 | 395 | AFFIDAVIT of Service for Summons and Complaint served on Ben Celetti on May 5, 2008, filed by Mars Canada Inc.. (Falk, Morissa) (Entered: 07/25/2008) |
| 07/28/2008 | 396 | MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* by Stephen L. LaFrance Pharmacy, Inc., Western Skier, Ltd., CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Lori Ann Hongach, Brookshire Brothers, Ltd., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan−Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, Food Lion, LLC, Kash N' Karry Food Stores, Inc., VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc..(Cohen, Walter) (Entered: 07/28/2008) |
| 07/28/2008 | 397 | BRIEF IN SUPPORT re 396 MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to* |

| | | |
|---|---|---|
| | | *Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* filed by Stephen L. LaFrance Pharmacy, Inc., Western Skier, Ltd., CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Lori Ann Hongach, Brookshire Brothers, Ltd., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc.. (Attachments: #_1_ Excerpt of Transcript of Case Management Conference, #_2_ Order in IN RE: Pressure Sensitive Labelstock litigation, #_3_ Third Case Management Order in IN RE: Linerboard Antitrust litigation)(Cohen, Walter) (Entered: 07/28/2008) |
| 07/28/2008 | 398 | WAIVER OF SERVICE Returned by Stephanos Sgouros. (Battin, Timothy) (Entered: 07/28/2008) |
| 07/28/2008 | 399 | Proposed Order Vacating Paragraph 3 and Modifying Paragraph 2 (a)(vi) of Case Management Order No. 5 by Stephen L. LaFrance Pharmacy, Inc., Western Skier, Ltd., CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Lori Ann Hongach, Brookshire Brothers, Ltd., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc..(Cohen, Walter) (Entered: 07/28/2008) |
| 07/28/2008 | 400 | CERTIFICATE OF SERVICE by Stephen L. LaFrance Pharmacy, Inc., Western Skier, Ltd., CNS Confectionery Products, LLC, Winn Corporation, Akisa Matsuda, Eric Lense, Diane Chiger, Stephen Snow, Comwest Industries Inc., STLE Corporation, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, Robert Philipson, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Lori Ann Hongach, Brookshire Brothers, Ltd., PITCO Foods, Thomas Rode, Mandel Tobacco Company, Inc., Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cindy Elan–Mangano, George Patterson, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, T. Levy Associates, Marlene Smith, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Long Leaf Vending Inc. (Cohen, Walter) (Entered: 07/28/2008) |

| 07/30/2008 | 401 | ORDER re: motion for reconsideration 396 – It is hereby ORDERED that: 1. If any pltf group opposes motion 396 they shall file br in opp by 8/15/08.; 2.Defts shall file br in opp by 8/15/08. (See order for complete details.) Signed by Honorable Christopher C. Conner on 07/30/08. (ki) (Entered: 07/30/2008) |
|---|---|---|
| 07/30/2008 | 402 | NOTICE of Appearance by Theresa J. Hensen on behalf of Donald Webster (Hensen, Theresa) (Entered: 07/30/2008) |
| 08/05/2008 | 403 | AMENDED DOCUMENT by Mars Canada Inc., Mars North America, Masterfoods USA, Mars Snackfood US LLC, Mars, Incorporated. Amendment to 193 Disclosure Statement Pursuant To FRCP 7.1 (Parent Corporations). (Blakelock, Frederick) (Entered: 08/05/2008) |
| 08/05/2008 | 404 | WAIVER OF SERVICE Returned by Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc.. (Kracht, Torsten) (Entered: 08/05/2008) |
| 08/05/2008 | 405 | WAIVER OF SERVICE Returned by CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp.. (Lukens, Joseph) (Entered: 08/05/2008) |
| 08/05/2008 | 406 | WAIVER OF SERVICE Returned by Longs Drug Stores California, Inc.. (Lukens, Joseph) (Entered: 08/05/2008) |
| 08/05/2008 | 407 | WAIVER OF SERVICE Returned by Longs Drug Stores California, Inc.. (Lukens, Joseph) (Entered: 08/05/2008) |
| 08/05/2008 | 408 | WAIVER OF SERVICE Returned by Longs Drug Stores California, Inc.. (Lukens, Joseph) (Entered: 08/05/2008) |
| 08/05/2008 | 409 | WAIVER OF SERVICE Returned by Longs Drug Stores California, Inc.. (Lukens, Joseph) (Entered: 08/05/2008) |
| 08/05/2008 | 410 | WAIVER OF SERVICE Returned by Longs Drug Stores California, Inc.. (Lukens, Joseph) (Entered: 08/05/2008) |
| 08/08/2008 | 411 | AFFIDAVIT of Service for Summons and Complaint served on Nestle Canada, Inc. on 6/26/2008, filed by Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc.. (Kracht, Torsten) (Entered: 08/08/2008) |
| 08/11/2008 | 412 | CERTIFIED CONDITIONAL TRANSFER ORDER (CTO–4) signed by Jeffrey N. Luthi, Clerk of the Panel, filed 8/11/08 and received from the MDL Panel with Schedule CTO–4 Tag–Along action attached. (jc) (Entered: 08/12/2008) |
| 08/12/2008 | 413 | LETTER – from the MDPA Clerk's Office to Clerk for the S.D. of California requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–4–Tag–Along Order filed 8/11/08. (jc) (Entered: 08/12/2008) |
| 08/12/2008 | 414 | LETTER – from the MDPA Clerk's Office to Clerk for the District of Columbia requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–4–Tag–Along Order filed 8/11/08. (jc) (Entered: 08/12/2008) |
| 08/12/2008 | 415 | LETTER – from the MDPA Clerk's Office to Clerk for the E.D. of Texas requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–4–Tag–Along Order filed 8/11/08. (jc) (Entered: 08/12/2008) |
| 08/12/2008 | 416 | LETTER – from the MDPA Clerk's Office to Clerk for the N.D. of Texas requesting the transfer of their case to the M.D. of PA pursuant to the Certified MDL CTO–4–Tag–Along Order filed 8/11/08. (jc) (Entered: 08/12/2008) |
| 08/12/2008 | 417 | NOTICE by Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc. *Concerning Class Allegations* (Kracht, Torsten) (Entered: 08/12/2008) |
| 08/13/2008 | 418 | AMENDED COMPLAINT *DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT* against all defendants, filed by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd.. (Attachments: # 1 Exhibit(s) A)(Cohen, Walter) (Entered: 08/13/2008) |
| 08/13/2008 | 419 | CERTIFICATE of Certificate of Service by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO |

| | | |
|---|---|---|
| | | Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd. re 418 Amended Complaint, *Direct Purchaser Plaintiffs' Consolidated Class Action Complaint*. (Cohen, Walter) (Entered: 08/13/2008) |
| 08/13/2008 | 420 | AMENDED COMPLAINT *Indirect End User Plaintiffs' Consolidated Class Action Complaint* against Cadbury Holdings Ltd., Cadbury PLC, Nestle U.S.A., Inc., Nestle S.A., Cadbury Adams Canada, Inc., Hershey Canada, Inc., Mars Canada Inc., Nestle Canada Inc., Mars Snackfood US LLC, The Hershey Company, Mars, Incorporated, filed by Lisa Blackwell, Kelsey French, Pernell Larsen, Linda K. Davis, Shirley A. Dresen, Michael McNamara, Debra L. Damaske, Craig Stephenson, Kevin Tierney, Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz. (Attachments: # 1 Civil Cover Sheet)(McCarthy, James) (Entered: 08/13/2008) |
| 08/13/2008 | 421 | AMENDED COMPLAINT *Individual Plaintiffs' Amended Consolidated Complaint* against Nestle U.S.A., Inc., Nestle S.A., Cadbury Adams Canada, Inc., Hershey Canada, Inc., Mars Canada Inc., Nestle Canada Inc., Mars Snackfood US LLC, Cadbury Schweppes PLC, The Hershey Company, Mars, Incorporated, filed by Longs Drug Stores California, Inc., Associated Grocers of Florida, Inc., The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc., Affiliated Foods, Inc., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Giant Eagle, Inc., Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc..(Shadowen, Steven) (Entered: 08/13/2008) |
| 08/14/2008 | 422 | AMENDED COMPLAINT *CONSOLIDATED CLASS COMPLAINT OF INDIRECT PURCHASERS FOR RESALE* against all defendants, filed by Treat America Limited.(Silberfeld, Roman) (Entered: 08/14/2008) |
| 08/15/2008 | 423 | NOTICE of Appearance by Leah A. Ramos on behalf of Cadbury Adams USA LLC, Cadbury Adams Canada, Inc., Cadbury Holdings Ltd., Cadbury PLC (Ramos, Leah) (Entered: 08/15/2008) |
| 08/15/2008 | 424 | BRIEF IN OPPOSITION re 396 MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* filed by Nestle USA.(Finio, Michael) (Entered: 08/15/2008) |
| 08/18/2008 | 425 | MOTION for Order *Direct Purchaser Class Plaintiffs' Motion to Deem Served Nestle S.A. and Nestle Canada, Inc.*. by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd.. (Attachments: # 1 Proposed Order)(Cohen, Walter) (Entered: 08/18/2008) |
| 08/18/2008 | 426 | BRIEF IN SUPPORT *of Direct Purchaser Class Plaintiffs' Motion to Deem Served Nestle S.A. And Nestle Canada, Inc.* re 425 MOTION for Order *Direct Purchaser Class Plaintiffs' Motion to Deem Served Nestle S.A. and Nestle Canada, Inc..* filed by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd.. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E)(Cohen, Walter) |

| | | (Entered: 08/18/2008) |
|---|---|---|
| 08/18/2008 | 427 | CERTIFICATE of Certificate of Non–Concurrence in Motion by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd. re 425 MOTION for Order *Direct Purchaser Class Plaintiffs' Motion to Deem Served Nestle S.A. and Nestle Canada, Inc..*, 426 Brief in Support,, *of Direct Purchaser Class Plaintiffs' Motion to Deem Served Nestle S.A.And Nestle Canada, Inc..* (Cohen, Walter) (Entered: 08/18/2008) |
| 08/18/2008 | 428 | CERTIFICATE OF SERVICE by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd. re 425 MOTION for Order *Direct Purchaser Class Plaintiffs' Motion to Deem Served Nestle S.A. and Nestle Canada, Inc..*, 426 Brief in Support,, *of Direct Purchaser Class Plaintiffs' Motion to Deem Served Nestle S.A. And Nestle Canada, Inc.* (Cohen, Walter) (Entered: 08/18/2008) |
| 08/19/2008 | 429 | MOTION for Order *Unopposed Motion For Entry Of Stipulation As To Service* by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd.. (Attachments: # 1 Proposed Stipulated Order, # 2 Exhibit(s) A)(Cohen, Walter) (Entered: 08/19/2008) |
| 08/19/2008 | 430 | CERTIFICATE of Concurrence in Motion by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd. re 429 MOTION for Order *Unopposed Motion For Entry Of Stipulation As To Service.* (Cohen, Walter) (Entered: 08/19/2008) |
| 08/19/2008 | 431 | CERTIFICATE OF SERVICE by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd. re 429 MOTION for Order *Unopposed Motion For Entry Of Stipulation As To Service* (Cohen, Walter) (Entered: 08/19/2008) |
| 08/19/2008 | 432 | STIPULATION AND ORDER AS TO SERVICE APPLICABLE TO ALL DIRECT PURCHASER CLASS ACTION CASES (Stipulation 429 approved by the court) – 1. Direct purchaser pltfs may serve &aforementioned defts' cnsl authorized to &will accept from direct purchasers' ct–appt'd co–lead cnsl the consolidated amended complaint for all direct purchaser pltfs to be served on 8/13/08.; 2. No defense or objection except re: svc of process is waived or impaired by any deft's negotiation or entry into this stip &all defenses reserved except as to form of process &method of svc.; 3. Deft shall have until 9/29/08 to answer or otherwise respond to direct purchasers' consolidated amended complaint. (See order for complete details.) Signed by Honorable Christopher C. Conner on 08/19/08. (ki) (Entered: 08/20/2008) |
| 08/21/2008 | 433 | Letter from Anh P. Le, Esq. to court advising of withdrawl of appearance on behalf of Cadbury Ddefendants. Attorney Le terminated as of today's date. (pw, ) (Entered: 08/21/2008) |
| 08/21/2008 | 434 | REPLY BRIEF re 399 MOTION for Order *Proposed Order Vacating Paragraph 3 and Modifying Paragraph 2 (a)(vi) of Case Management Order No. 5* MOTION for Order *Proposed Order Vacating Paragraph 3 and Modifying Paragraph 2 (a)(vi) of Case Management Order No. 5* MOTION for Order *Proposed Order Vacating Paragraph 3 and Modifying Paragraph 2 (a)(vi) of Case Management Order No. 5* MOTION for Order *Proposed Order Vacating Paragraph 3 and Modifying Paragraph 2 (a)(vi) of Case Management Order No. 5* MOTION for Order *Proposed Order Vacating Paragraph 3 and Modifying Paragraph 2 (a)(vi) of Case Management Order No. 5* MOTION for Order *Proposed Order Vacating Paragraph 3 and Modifying Paragraph 2 (a)(vi) of Case Management Order No. 5*, 396 MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph* |

| | | |
|---|---|---|
| | | *2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5* MOTION for Reconsideration *Motion of Direct Purchaser Plaintiffs to Reconsider and to Vacate Paragraph 3 and to Modify Paragraph 2(a)(vi) of Case Management Order No. 5 In Support Of Motion Of Direct Purchaser Plaintiffs To Reconsider And Vacate Paragraph 3 And To Modify Paragraph 2(a)(vi) Of Case Management Order No. 5* filed by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd..(Cohen, Walter) (Entered: 08/21/2008) |
| 08/21/2008 | 435 | CERTIFICATE OF SERVICE by Stephen L. LaFrance Pharmacy, Inc., Diane Chiger, The Lorain Novelty Co., Inc., Brookshire Brothers, Ltd., PITCO Foods, Marc Lavin, Jill Lavin, Jones Vend and OCS Distributing, Inc., Card &Party Mart II Ltd. re 434 Reply Brief,,,,,,,, *In Support Of Motion Of Direct Purchaser Plaintiffs To Reconsider And Vacate Paragraph 3 And To Modify Paragraph 2(a)(vi) Of Case Management Order No. 5* (Cohen, Walter) (Entered: 08/21/2008) |
| 08/26/2008 | 436 | CERTIFICATE OF SERVICE by Cindy Elan–Mangano *of Summons and Complaint to ITWAL, Ltd. (Canada)* (Hagstrom, Richard) (Entered: 08/26/2008) |
| 08/26/2008 | 437 | CERTIFICATE OF SERVICE by Cindy Elan–Mangano *of Summons and Complaint to Cadbury Adams Canada, Inc.* (Hagstrom, Richard) (Entered: 08/26/2008) |
| 08/28/2008 | 438 | STATUS REPORT *Parties' Joint Status Report Regarding Discovery Matters* by Stephen L. LaFrance Pharmacy, Inc., Nestle United States, Inc., Cyrus T.G., Northlake Pizza and Subs, LLC, Nestle U.S.A., Inc., Richard Miller, Marcia Miller, Cadbury Schweppes Americas, Cadbury Adams USA LLC, Nestle S.A., Western Skier, Ltd., CNS Confectionery Products, LLC, Cadbury Adams Canada, Inc., Winn Corporation, Cadbury Adams, Hershey Canada, Inc., Superior Office Snacks, Inc., Superior Office Snacks of Nebraska, Inc., Akisa Matsuda, Snacks for a Purpose, Inc., Honor Snack, Inc., Oasis Distributors, Inc., LLG Enterprises of SE Wisconsin, LLC, Eric Lense, Mars Canada Inc., John Does I–X, Diane Chiger, Stephen Snow, Comwest Industries Inc., Mars North America, Michael W. DeMarshall, STLE Corporation, Longs Drug Stores California, Inc., Mars Snackfoods U.S.A. LLC, Associated Grocers of Florida, Inc., Lisa Blackwell, Kelsey French, Pernell Larsen, Linda K. Davis, Shirley A. Dresen, Cadbury Holdings Ltd., Cadbury PLC, Nestle Canada Inc., ITWAL, Ltd., Masterfoods USA, Michael McNamara, Nestle USA, Webb's Candies, Inc., International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, The Lorain Novelty Co., Inc., Robert Philipson, Mars US, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Paula Wolner, The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc., Affiliated Foods, Inc., Canteen Company of Utica–Rome, Inc., Lori Ann Hongach, Esther Naomi Lieberman, Brookshire Brothers, Ltd., PITCO Foods, Kraft Foods Inc., Alfred Ritter GMBH &Co. KG, Mars Snackfood US LLC, Cadbury Schweppes Americas Confectionery, Meijer, Inc., Meijer Distribution, Inc., Thomas Rode, Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Mandel Tobacco Company, Inc., Rite Aid Hdqtrs. Corp., Donald Webster, Giant Eagle, Inc., Debra L. Damaske, John H. Brosius, Jane A. Balzer, Afrim Dzelili, Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cadbury Schweppes PLC, Cindy Elan–Mangano, George Patterson, John Candido, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, Eugenia Miceli, Jones Vend and OCS Distributing, Inc., Russell Traub, The Hershey Company, C.W. Brower, Inc., Craig Stephenson, Kevin Tierney, Treat America Limited, T. Levy Associates, Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark |

| | | |
|---|---|---|
| | | Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., Mars, Incorporated, VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Cheryl Currie, Long Leaf Vending Inc., Nestle Suisse S.A.. (Cohen, Walter) (Entered: 08/28/2008) |
| 08/28/2008 | 439 | CERTIFICATE OF SERVICE by Stephen L. LaFrance Pharmacy, Inc., Nestle United States, Inc., Cyrus T.G., Northlake Pizza and Subs, LLC, Nestle U.S.A., Inc., Richard Miller, Marcia Miller, Cadbury Schweppes Americas, Cadbury Adams USA LLC, Nestle S.A., Western Skier, Ltd., CNS Confectionery Products, LLC, Cadbury Adams Canada, Inc., Winn Corporation, Cadbury Adams, Hershey Canada, Inc., Superior Office Snacks, Inc., Superior Office Snacks of Nebraska, Inc., Akisa Matsuda, Snacks for a Purpose, Inc., Honor Snack, Inc., Oasis Distributors, Inc., LLG Enterprises of SE Wisconsin, LLC, Eric Lense, Mars Canada Inc., John Does I–X, Diane Chiger, Stephen Snow, Comwest Industries Inc., Mars North America, Michael W. DeMarshall, STLE Corporation, Longs Drug Stores California, Inc., Mars Snackfoods U.S.A. LLC, Associated Grocers of Florida, Inc., Lisa Blackwell, Kelsey French, Pernell Larsen, Linda K. Davis, Shirley A. Dresen, Cadbury Holdings Ltd., Cadbury PLC, Nestle Canada Inc., ITWAL, Ltd., Masterfoods USA, Michael McNamara, Nestle USA, Webb's Candies, Inc., Scott Lamson, International Wholesale, Inc., Katherine Woodman, United Customs Distribution, United Wholesale, Glenn Coffey, The Lorain Novelty Co., Inc., Robert Philipson, Mars US, Valos House of Candy, Original Fowler's Chocolate Co., Inc., Stephanos Sgouros, Paula Wolner, The Kroger Co., Safeway Inc., Walgreen Co., Hy–Vee, Inc., Affiliated Foods, Inc., Canteen Company of Utica–Rome, Inc., Lori Ann Hongach, Esther Naomi Lieberman, Brookshire Brothers, Ltd., PITCO Foods, Kraft Foods Inc., Alfred Ritter GMBH &Co. KG, Mars Snackfood US LLC, Cadbury Schweppes Americas Confectionery, Meijer, Inc., Meijer Distribution, Inc., Thomas Rode, Publix Super Markets, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Mandel Tobacco Company, Inc., Rite Aid Hdqtrs. Corp., Donald Webster, Giant Eagle, Inc., Debra L. Damaske, John H. Brosius, Jane A. Balzer, Afrim Dzelili, Isabelle Dikland, Daphne Matalene, Julia Isenhower, D Controls, Inc., Jonathan Benjamin, Adrianne Shienvold, Autry Greer &Sons, Inc., Tanya O. Butts, Ben Lee Distributors, Inc., Weaver Nut Company, Seth E. Ellis, PA, Marc Lavin, Jill Lavin, Daniel Klein, Royal Enterprises Corporation, Ellen Widom, Cadbury Schweppes PLC, Cindy Elan–Mangano, George Patterson, John Candido, Carmen Pellitteri, Dacia Lower, Marcy Linder, Molly Wagman, NMJ Consultant Group, Inc., Canteen Vending Company, Eugenia Miceli, Jones Vend and OCS Distributing, Inc., Russell Traub, The Hershey Company, C.W. Brower, Inc., Craig Stephenson, Kevin Tierney, Treat America Limited, T. Levy Associates, Judith Bishop, Eric Rodman Cohen, James Miles, Darla Jackson, David Levy, Frank Gerencser, Sarah Allder, Timothy Duffy, Korey James Christensen, Susan Jones, Abbie Soule, Stephanie Aceto, Donna Siler, Timothy Emmer, Sarina Vlock, Robert Allder, Michelle Bounderate, Amy K. Luminoso, Katherine Mary Ferlic, Mark Moynahan, Douglas Dillard Glenn, Monica Browne, Mike Carrels, Layna M. Rose, James Veneziano, Marlene Smith, Mike Davis, Arnie Enz, Food Lion, LLC, Hannaford Bros. Co., Kash N' Karry Food Stores, Inc., Mars, Incorporated, VME Distributors, Inc., Card &Party Mart II Ltd., Edward S Hesano, Karin Jacobs, Weis Markets, Inc., VME Distributors, Inc.(individually and on behalf of a class of all those similarly situated), Cheryl Currie, Long Leaf Vending Inc., Nestle Suisse S.A. re 438 Status Report,,,,,,,,,,, *Parties' Joint Status Report Regarding Discovery Matters* (Cohen, Walter) (Entered: 08/28/2008) |