STUART M. PAYNTER (SBN 226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com

-and-

WILLIAM F. MURPHY (SBN 82482)
WILLIAM P. WILSON (SBN 230444)
DILLINGHAM & MURPHY LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com
       wpw@dillinghammurphy.com

Attorneys for Plaintiff JOSHUA A. WEAVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. 08-cv-003636 MEJ<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING ON REMAND** |

This matter having come before this Court on Plaintiff's Motion to Expedite Hearing on His Motion to Remand and the Court having reviewed the relevant papers it is hereby ORDERED:

Plaintiff's Motion for Administrative Relief to Expedite Hearing on Remand is hereby GRANTED and the Clerk shall schedule Plaintiff's Motion for Remand for hearing on or before September ___, 2008; The October 31, 2008 hearing on Plaintiff's Motion to Remand is hereby VACATED.

IT IS SO ORDERED

_____
United States District Court Judge

Page 1 - Case No. 08-cv-003636 MEJ
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING ON REMAND