STUART M. PAYNTER (SBN 226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com

-and-

WILLIAM F. MURPHY (SBN 82482)
WILLIAM P. WILSON (SBN 230444)
DILLINGHAM & MURPHY LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com
wpw@dillinghammurphy.com

Attorneys for Plaintiff JOSHUA A. WEAVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated, | Case No. 08-cv-003636 ~~MEJ~~ |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ ORDER DENYING ~~GRANTING~~ MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING ON REMAND |
| v. | |
| NESTLÉ USA, INC., | |
| Defendant. | |

This matter having come before this Court on Plaintiff's Motion to Expedite Hearing on His Motion to Remand and the Court having reviewed the relevant papers it is hereby ORDERED:

Plaintiff's Motion for Administrative Relief to Expedite Hearing on Remand is hereby ~~GRANTED and the Clerk shall schedule Plaintiff's Motion for Remand for hearing on or before September ___, 2008; The October 31, 2008 hearing on Plaintiff's Motion to Remand is hereby VACATED.~~ DENIED.

IT IS SO ORDERED

Dated: September 4, 2008

*/s/ Jeffrey S. White*
United States District Court Judge

Page 1 - Case No. 08-cv-003636 MEJ
[PROPOSED] ORDER ~~GRANTING~~ MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING ON REMAND