STUART M. PAYNTER (SBN 226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com

-and-

WILLIAM F. MURPHY (SBN 82482)
WILLIAM P. WILSON (SBN 230444)
DILLINGHAM & MURPHY LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wpw@dillinghammurphy.com

Attorneys for Plaintiff Weaver

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO CALIFORNIA

| | |
|---|---|
| JOSHUA A. WEAVER, on behalf of himself and a class of person similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. 08-cv-003636 JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND** |

This matter having come before the Court on Plaintiff's Motion to Remand and the Court having reviewed the relevant papers, it is hereby ORDERED:

Plaintiff's motion to remand is GRANTED and this action is REMANDED to the Superior Court of the State of California for the County of San Francisco.

IT IS SO ORDERED

Dated: _____, 2008

_____
UNITED STATES DISTRICT JUDGE