| | |
|---|---|
| 1 | STUART M. PAYNTER (SBN 226147) |
| 2 | THE PAYNTER LAW FIRM PLLC |
|   | 1200 G Street N.W., Suite 800 |
| 3 | Washington, D.C. 20005 |
|   | Telephone: (202) 626-4486 |
| 4 | Facsimile: (866) 734-0622 |
|   | Email: stuart@smplegal.com |
| 5 | |
|   | -and- |
| 6 | |
|   | WILLIAM F. MURPHY (SBN 82482) |
| 7 | WILLIAM P. WILSON (SBN 230444) |
|   | DILLINGHAM & MURPHY LLP |
| 8 | 225 Bush Street, Sixth Floor |
|   | San Francisco, CA 94104 |
| 9 | Telephone: (415) 397-2700 |
|   | Facsimile: (415) 397-3300 |
| 10 | Email: wfm@dillinghammurphy.com |
|    |        wpw@dillinghammurphy.com |

Attorneys for Plaintiff JOSHUA A. WEAVER

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated, | Case No. 08-cv-003636 JSW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| NESTLÉ USA, INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, 6th Floor, San Francisco, California 94104-4207. On September 4, 2008, I served the following on each party listed below: |

**PLAINTIF'S REPLY IN SUPPORTR OF MOTION TO REMAND**

**[PROPOSED] ORDER GRANTING MOTION TO REMAND**

__XX__ **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Roxann E. Henry
Howrey LLP
1299 Pensylvania Avenue, N.W.
Washington, DC 20004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2008, at San Francisco, California.

_____
Sharen March

Case No. 08-cv-003636 JSW
POS