**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA A. WEAVER,

    Plaintiff,

v.

NESTLE USA, INC.,

    Defendant.
                            /

No. C 08-03636 JSW

**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE HEARING**

    The Court has received Defendant's administrative motion to continue the hearing on Plaintiff's motion to remand and Plaintiff's opposition to Defendant's request. The Court HEREBY DENIES Defendant's administrative motion to continue the hearing.

    **IT IS SO ORDERED.**

Dated: October 27, 2008

                                                                            JEFFREY S. WHITE
                                                                            UNITED STATES DISTRICT JUDGE