IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WEAVER, | |
|     Plaintiff, | No. C 08-03636 JSW |
| v. | |
| NESTLE USA, INC., | **ORDER DIRECTING PLAINTIFF TO FILE RESPONSE** |
|     Defendant. | |

On October 31, 2008, Nestle USA, Inc. ("Defendant") filed a motion to stay this Court's remand order and an administrative motion to have its motion for a stay heard on shortened time. The Court HEREBY DIRECTS plaintiff Joshua A. Weaver to file a response to Defendant's administrative motion and motion for a stay by no later than 10:00 a.m. on Wednesday, November 5, 2008.

**IT IS SO ORDERED.**

Dated: November 3, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE