IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA A. WEAVER,

    Plaintiff,

v.

NESTLE USA, INC.,

    Defendant.

No. C 08-03636 JSW

**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SHORTEN TIME**

    The Court has received Defendant's administrative motion to shorten time on the hearing on its motion for a stay and has received Plaintiff's opposition to Defendant's request. The Court HEREBY DENIES Defendant's administrative motion to shorten time.

    **IT IS SO ORDERED.**

Dated: November 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE