**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA A. WEAVER,

    Plaintiff,

v.

NESTLE USA, INC.,

    Defendant.
_____/

No. C 08-03636 JSW

**ORDER GRANTING DEFENDANT'S MOTION TO STAY**

Now before the Court is Defendant's motion to stay the order of remand pending its permit application to appeal pursuant to 28 U.S.C. § 1453(c). The Court finds that this matter is appropriate for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for December 19, 2008 is HEREBY VACATED. Having considered the parties' pleadings and the relevant legal authority, the Court concludes that a limited stay of these proceedings, pending a ruling from the Ninth Circuit resolving Defendant's application for appeal, would further judicial economy and efficiency. Accordingly, the Court hereby GRANTS Defendant's motion to stay.

**IT IS SO ORDERED.**

Dated: December 17, 2008

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE