**FILED**

**JAN 23 2009**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NESTLÉ USA, INC.,<br><br>              Petitioner,<br><br> v.<br><br>JOSHUA A. WEAVER, on behalf of himself and a class of persons similarly situated,<br><br>              Respondent. | No. 08-80179<br><br>D.C. No. 3:08-cv-03636-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SILVERMAN and BYBEE, Circuit Judges.

Petitioner's request to file a reply in this petition for permission to appeal is granted. The reply has been filed.

The petition for permission to appeal the district court's order remanding the class action to state court is denied. *See* 28 U.S.C. § 1453(c).

**DENIED.**

SNR/MOATT